# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 7 |
| Electric Last Mile Solutions, Inc., et al.,[1] | ) ) ) | Case No. 22-10537 (MFW) |
| Debtors. | ) ) ) | Jointly Administered |

## RESERVATION OF RIGHTS OF AJ CAPITAL INVESTMENT, LLC AND LUO PAN INVESTMENTS II, LLC WITH RESPECT TO THE MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE CHAPTER 7 TRUSTEE TO RETAIN AND COMPENSATE INDEPENDENT CONTRACTORS

AJ Capital Investment, LLC and Luo Pan Investments II, LLC, (collectively, the "**Shareholder Parties**")[2] by and through their undersigned counsel, hereby submit this reservation of rights with respect to the *Motion for Entry of an Order Authorizing the Chapter 7 Trustee to Retain and Compensate Independent Contractors* (the "Motion") [Dkt. No. 8]:[3]

1. The Shareholder Parties do not object to the hiring of Independent Contractors to assist the Trustee. In particular, the Shareholder Parties understand that the Trustee may need to retain Independent Contractors to facilitate the process of maximizing the value of the Debtors' assets, and that some of the Debtors' former employees may be best positioned to assist the Trustee. As the Debtors' largest shareholders, the Shareholder Parties are especially supportive of maximizing the value of the Debtors' estates for the benefit of all stakeholders, and are eager to facilitate that outcome.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are: Electric Last Mile Solutions, Inc. [8711] and Electric Last Mile, Inc. [0357].

[2] The Shareholder Parties are directly or indirectly owned or controlled by Mr. Jason Luo, who is the Debtors' largest shareholder.

[3] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Motion.

2. The Shareholder Parties also understand that—as reflected in a divided decision of the Debtors' board of directors to file under Chapter 7—certain of the Debtors' key stakeholders believe that the Chapter 7 filing may have been premature, or that at a minimum the Debtors had the opportunity to consider other value-maximizing alternatives, including to file under Chapter 11 rather than Chapter 7. For this reason, the Shareholder Parties wish to ensure that the Trustee and the parties have ample time to explore all possible outcomes and make reasoned decisions about the most value-maximizing outcomes for the Debtors.

3. The Shareholder Parties accordingly do not object to the retention of Independent Contractors for the purpose of allowing the Trustee to preserve the value of the Debtors' estates while the Trustee and the Debtors' other stakeholders explore all available options. The Shareholder Parties note, however, that neither the specific Independent Contractors proposed nor their proposed compensation are identified in the Motion. For this and other reasons, the Shareholder Parties respectfully reserve all rights with respect to the Motion.

4. The Shareholder Parties further respectfully reserve all rights and remedies with respect to the Debtors and these Chapter 7 cases, including the rights to (a) amend or supplement this Reservation of Rights and otherwise take any additional or further action with respect to the Motion or the matters addressed therein, and (b) be heard before this Court with respect to the Motion or the matters addressed therein.

*[remainder of page intentionally left blank]*

| | |
|---|---|
| Dated: June 21, 2022<br>Wilmington, DE | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br><br>*/s/ Matthew D. Stachel*<br>Matthew D. Stachel (#5419)<br>500 Delaware Avenue, Suite 200<br>Post Office Box 32<br>Wilmington, DE 19899-0032<br>Telephone: (302) 655-4423<br>Facsimile: (302) 397-2682<br>Email: mstachel@paulweiss.com<br><br>Roberto Finzi<br>Andrew J. Ehrlich<br>Gregory F. Laufer<br>Jacob A. Adlerstein<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Telephone: (212) 373-3000<br>Facsimile: (212) 757-3990<br>E-mail: rfinzi@paulweiss.com<br>  aehrlich@paulweiss.com<br>  glaufer@paulweiss.com<br>  jadlerstein@paulweiss.com<br><br>*Counsel to the Shareholder Parties* |