**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| Electric Last Mile Solutions, Inc., *et al.*,[1] | Case No. 22-10537 (MFW) (Joint Administration) |
| Debtors. | **Hearing Date: July 20, 2022 at 2:00 p.m. (ET)** **Objection Deadline: July 8, 2022 at 4:00 p.m. (ET)** |

**NOTICE OF MOTION OF THE CHAPTER 7 TRUSTEE FOR ENTRY OF AN ORDER PURSUANT TO SECTIONS 105, 365, AND 554 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 6006 AND 6007 AUTHORIZING (I) THE REJECTION OF A CERTAIN UNEXPIRED LEASE, EFFECTIVE AS OF THE PETITION DATE AND (II) ABANDONMENT OF RELATED PERSONAL PROPERTY**

PLEASE TAKE NOTICE that David W. Carickhoff, the Chapter 7 Trustee of the above-captioned debtors, has filed the **Motion of the Chapter 7 Trustee for Entry of an Order Pursuant to Sections 105, 365, and 554 of the Bankruptcy Code and Bankruptcy Rules 6006 and 6007 Authorizing (I) the Rejection of a Certain Unexpired Lease, Effective as of the Petition Date and (II) Abandonment of Related Personal Property** (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

Any responses or objections to the Motion must be made in writing and filed on or before **July 8, 2022 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline") with the Bankruptcy Court. At the same time, you must also serve a copy of the response upon counsel to the Trustee listed below so that the response is received on or before the Objection Deadline.

If an objection is timely filed, a hearing on the Motion will be held on **July 20, 2022 at 2:00 p.m. (Eastern Time)** before the Honorable Mary F. Walrath, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom #4, Wilmington, Delaware 19801. It is currently is anticipated that the hearing will be held remotely via Zoom. Notice and details regarding participation in the hearing will be provided separately in advance of the hearing.

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors are: Electric Last Mile Solutions, Inc. (8711) and Electric Last Mile, Inc. (0357).

2

**If no objection is timely raised in accordance with the procedures set forth above, the Bankruptcy Court may enter an order approving the Motion without further notice or hearing.**

Dated: June 22, 2022

ARCHER & GREINER, P.C.

*/s/ Alan M. Root*
Alan M. Root (No. 5427)
300 Delaware Avenue, Suite 1100
Wilmington, DE 19801
Telephone: 302-777-4350
Facsimile: 302-777-4352
Email: aroot@archerlaw.com

*Proposed Counsel for the Chapter 7 Trustee*