**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| Electric Last Mile Solutions, Inc., *et al.*, [1] | Case No. 22-10537 (MFW)<br>(Joint Administration) |
| Debtors. | **Re: D.I.** \_\_\_\_ |

**ORDER GRANTING MOTION OF THE CHAPTER 7 TRUSTEE FOR ENTRY OF AN ORDER PURSUANT TO SECTIONS 105, 365, AND 554 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 6006 AND 6007 AUTHORIZING (I) THE REJECTION OF A CERTAIN UNEXPIRED LEASE, EFFECTIVE AS OF THE PETITION DATE AND (II) ABANDONMENT OF RELATED PERSONAL PROPERTY**

Upon the Motion (the "Motion")[2] of David W. Carickhoff, as chapter 7 trustee (the "Trustee") for the above-captioned debtors (the "Debtors"), seeking entry of an order authorizing: (i) the rejection of the San Francisco Lease effective as of the Petition Date and (ii) the Trustee to abandon the Estates' interest in any Remaining Personal Property; the Court finding that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b), (iii) notice of the Motion was sufficient under the circumstances and that no other or further notice need be provided; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and the Court having determined that the relief sought in the Motion is in the best interest of the Debtors and the Estates; and after due deliberation and sufficient cause appearing therefor,

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors are: Electric Last Mile Solutions, Inc. (8711) and Electric Last Mile, Inc. (0357).

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The San Francisco Lease is hereby deemed rejected as of the Petition Date.

3. The Trustee is authorized to abandon the Estates' interest in any Remaining Personal Property located at the San Francisco Leased Property and such abandonment is effective as of the Petition Date.

4. The Trustee is authorized and empowered to take all actions necessary to implement the relief granted in this Order.

5. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6. This Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.