# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| Electric Last Mile Solutions, Inc., *et al.*,[1] | Case No. 22-10537 (MFW) (Joint Administration) |
| Debtors. | |

## CERTIFICATE OF SERVICE

I, Alan M. Root, hereby certify that on June 22, 2022, I caused true and correct copies of the **Motion of the Chapter 7 Trustee for Entry of an Order Pursuant to Sections 105, 365, and 554 of the Bankruptcy Code and Bankruptcy Rules 6006 and 6007 Authorizing (I) the Rejection of a Certain Unexpired Lease, Effective as of Petition Date and (II) Abandonment of Related Personal Property** to be served (i) by CM/ECF on all parties registered to receive notices in this case and (ii) on all parties on the attached service list as indicated thereon.

Dated: June 22, 2022

ARCHER & GREINER, P.C.

*/s/ Alan M. Root*
Alan M. Root (No. 5427)
300 Delaware Avenue, Suite 1100
Wilmington, DE 19801
Telephone: 302-777-4350
Facsimile: 302-777-4352
Email: aroot@archerlaw.com

*Proposed Counsel for the Chapter 7 Trustee*

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors are: Electric Last Mile Solutions, Inc. (8711) and Electric Last Mile, Inc. (0357).

## **SERVICE LIST**

**By Email:**

| | |
|---|---|
| Linda A. Casey<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>Linda.Casey@usdoj.gov | Kara Hammond Coyle<br>Young Conaway Stargatt & Taylor LLP<br>1000 North King Street<br>Wilmington, DE 19801<br>bankfilings@ycst.com |

Matthew Stachel
Paul, Weiss, Rifkind, Wharton & Garrison LLP
500 Delaware Avenue, Suite 200
Post Office Box 32
Wilmington, DE 19899-0032
mstachel@paulweiss.com

**By First Class Mail:**

Tempo Interactive, Inc.
346 9th Street
San Francisco, CA 94103
Attn: Moawia Eldeeb, CEO

224892429v2