# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| Electric Last Mile Solutions, Inc., *et al.*, | Case No. 22-10537 (MFW) |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST
## FOR NOTICE AND SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the attorneys set forth below hereby appear on behalf of AJ Capital Investment, LLC and Luo Pan Investments II, LLC (collectively, the "Shareholder Parties"); and request, pursuant to Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure, and Sections 1109(b) and 342 of Title 11 of the United States Code, that copies of all notices given in the above-captioned cases and all papers served or required to be served in the above-captioned cases be given to and served upon the undersigned attorneys at the addresses set forth below:

| | |
|---|---|
| Mark E. Felger | Andrew J. Ehrlich |
| Gregory F. Fischer | Jacob A. Adlerstein |
| COZEN O'CONNOR | Roberto Finzi |
| 1201 N. Market Street, Suite 1001 | PAUL, WEISS, RIFKIND, WHARTON |
| Wilmington, DE 19801 | & GARRISON LLP |
| (T) 302-295-2000 | 1285 Avenue of the Americas |
| mfelger@cozen.com | New York, NY 10019-6064 |
| gfischer@cozen.com | Telephone: 212-373-3166 |
| | aehrlich@paulweiss.com |
| | jadlerstein@paulweiss.com |
| | rfinzi@paulweiss.com |

**PLEASE TAKE FURTHER NOTICE** that the foregoing request encompasses, without limitation, all orders, notices, petitions, schedules, statements, objections, pleadings, applications, motions, requests, complaints or demands or whether formal or informal, written or oral, and whether transmitted or conveyed by mail, telephone, courier services, hand delivery,

facsimile transmission, electronic mail, telex or otherwise that (i) affects or purports to affect in any way, any rights or interests of the Debtors or any creditor or party-in-interest in these cases.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Notice and Service of Papers shall not be deemed or construed to be a consent to the jurisdiction of this Court, or to be a waiver of (a) Shareholder Parties' rights (i) to have final orders in matters entered only after *de novo* review by a District Court judge where a bankruptcy judge may not enter final orders or judgments, (ii) to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to these cases, and (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (b) any other rights, claims, actions, setoffs, or recoupments to which the Shareholder Parties are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments the Shareholder Parties hereby expressly reserve.

Dated: June 22, 2022

COZEN O'CONNOR

*/s/ Gregory F. Fischer*
Gregory F. Fischer (DE No. 5269)
Cozen O'Connor
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
Telephone: (302) 295-2000
Email: gfischer@cozen.com

*Counsel for AJ Capital Investment, LLC and Luo Pan Investments II, LLC*