# THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| ELECTRIC LAST MILE SOLUTIONS, INC.,[1] | ) | Case No. 22-10537 (MFW) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 7 |
| | ) | |
| ELECTRIC LAST MILE, INC., | ) | Case No. 22-10538 (MFW) |
| | ) | |
| Debtor. | ) | |

## THE CHAPTER 7 CASES SCHEDULES AND SOFAS GLOBAL NOTES

**These Global Notes regarding the above-captioned debtors and debtors in possession (collectively, the "Debtors") Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "SOFAs") comprise an integral part of the Schedules and SOFAs and should be referred to and considered in connection with any review of them**

1. The Debtors prepared these unaudited Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "SOFAs") pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure. Except where otherwise noted, the information provided herein is presented as of the beginning of business on April 30, 2022.

2. While the Debtors have made every reasonable effort to ensure that the Schedules and SOFAs are accurate and complete based upon information that was available to them at the time of preparation, inadvertent errors or omissions may exist and the subsequent receipt of information and/or further review and analysis of the Debtors' books and records may result in changes to financial data and other information contained in the Schedules and SOFAs. Moreover, because the Schedules and SOFAs contain unaudited information, which is subject to further review and potential adjustment, there can be no assurance that the Schedules and SOFAs are complete or accurate.

3. In reviewing and signing the Schedules and SOFAs, Robert Song, the duly authorized and designated representative of the Debtors (the "Designated Representative"), has necessarily relied upon the prior efforts, statements and representations of other employees, personnel, and

---

[1] The Debtors in the above captioned Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Electric Last Mile Solutions, Inc. (8711), and Electric Last Mile, Inc. (0357). The Debtors' principal place of business is 1055 W Square Lake Road, Troy, Michigan 48098.

29424535.4

professionals of the Debtors. The Designated Representative has not (and could not have) personally verified the accuracy of each such statement and representation that collectively provide the information presented in the Schedules and SOFAs, including but not limited to, statements and representations concerning amounts owed to creditors and their addresses.

4. The Debtors reserve their rights to amend the Schedules and SOFAs as may be necessary or appropriate in the Debtors' sole and absolute discretion, including, but not limited to, the right to assert offsets or defenses to (which rights are expressly preserved), or to dispute, any claim reflected on the Schedules as to amount, liability or classification, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated." These Global Notes will apply to all such amendments. Furthermore, nothing contained in the Schedules or SOFAs shall constitute a waiver of the Debtors' rights with respect to the chapter 7 cases and specifically with respect to any issues involving substantive consolidation, equitable subordination and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers, or an admission relating to the same.

5. Any failure to designate a claim listed on the Debtors' Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent" or "unliquidated." Additionally, the dollar amounts of claims listed may be exclusive of contingent and additional unliquidated amounts. Further, the claims of individual creditors are listed as the amounts entered on the Debtors' books and records and may not reflect credits or allowances due from such creditors to the Debtors or setoffs applied by such creditors against amounts due by such creditors to the Debtors with respect to other transactions between them. The Debtors reserve all of their rights with respect to any such credits and allowances.

6. Some of the Debtors' scheduled assets and liabilities are unknown and/or unliquidated. In such cases, no amounts are listed or the amounts are listed as "undetermined," "unknown," or to similar effect. Accordingly, for this and other reasons the Schedules may not fully reflect the aggregate amount of the Debtors' assets and liabilities.

7. At times, the preparation of the Schedules and the SOFAs required the Debtors to make assumptions that may affect the reported amounts of assets and liabilities, the disclosures of contingent assets and liabilities, and/or other items. Actual results could differ from those estimates. Pursuant to Fed. R. Bankr. P. 1009, the Debtors may amend their Schedules and SOFAs as they deem necessary and appropriate to reflect material changes. In addition, the Debtors, for the benefit of their estates, reserve the right to dispute or to assert offsets or defenses to any claim listed on the Schedules or SOFAs.

8. Given the differences between the information requested in the Schedules and the financial information utilized under generally accepted accounting principles in the United States ("GAAP"), the aggregate asset values and claim amounts set forth in the Schedules may not necessarily reflect the amounts that would be set forth in a balance sheet prepared in accordance with GAAP.

9. With respect to Schedule A/B, question 3, the account balances are as of June 13, 2022 and include 18,146,717.98 of restricted cash that collateralizes the Promissory Note disclosed in Schedule D

10. With respect to Schedule A/B, questions 6-7, the retainer amounts paid by the Debtors to their bankruptcy counsel, Young Conway Stargatt & Taylor, LLP, on an earned upon receipt basis, do not constitute an interest of the Debtors in property and are thus not listed in response to Schedule B, questions 6-7.  This amount is listed in response to SOFA question 11.

11. With respect to Schedule A/B, questions 6-8, certain payments disclosed may not be reimbursable to the Debtors due to potential counterclaims against the Debtors or other potential offsetting obligations.

12. With respect to Schedule A/B, question 72, the Debtors are not currently owed any tax refunds. The Debtors are uncertain whether they will retain any net operating losses for preceding tax years, but have listed their current net operating losses.

13. With respect to Schedule E/F, part 1, the Debtors believe that they are current on all tax obligations. Certain amounts that may have accrued, but are not yet due and owing, have been omitted.  Certain unliquidated and contingent claims against the Debtors may exist in connection with the findings of a special committee investigation, as disclosed in a Form 8-K filed on January 26, 2022, which are not captured herein.

14. With respect to Schedule E/F, parts 1 and 2, and in connection with NASDAQ/SEC compliance issues resulting from the findings of a special committee investigation, the Debtors did not deliver Restricted Stock Units (RSUs) to individuals that received 2021 Restricted Stock Unit Award Agreements.   Under those agreements, RSUs vested on January 2, 2022 and March 21, 2022 and were to be delivered 2.5 months after they vested.  Potential claims resulting from this activity were not included in Schedule E/F.

15. With respect to Schedule E/F, part 2, all creditors and amounts listed are derived from the Debtors' accounts payable as of June 13, 2022.  The Debtors are unable to state with certainty the dates that such debts were incurred, and accordingly, the Debtors have not listed the dates that such debts were incurred. The Debtors will, however, provide the chapter 7 trustee with the most recent aging report available.

16. With respect to Schedule G, although effort was made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred.  While All contracts identified were included in the Schedule G filing for the Electric Last Mile, Inc. operating entity, certain contracts listed may be with the parent entity, Electric Last Mile Solutions, Inc.  While the Debtors attempted to individually disclose written contracts or agreements with current and former executives, potential verbal and/or written agreements with non-executive employees (such as offer letters, confidentiality and retention arrangements) were not individually disclosed.

17. With respect to Schedule G, the employment agreements referenced in the disclosure are intended to capture all potential agreements and respective obligations, including, but not limited to, indemnification, confidentiality, inventions, and non-solicitation, if applicable.

18. With respect to SOFA questions 3-4, applicable cash disbursements made through June 14, 2022 were captured in the disclosure.

19. With respect to SOFA questions 3-4, certain payment dates disclosed (particularly those listed with the last day of a particular month) are as of the date the disbursement was posted in the Debtors' general ledger rather than specific disbursement date. The Debtors have bank statements available to assist in a full reconciliation between posting date and disbursement date.

20. With respect to SOFA question 7, all legal matters were disclosed in the SOFA for the parent entity, Electric Last Mile Solutions, Inc. It is possible that the operating entity, Electric Last Mile Solutions, Inc., may be a party to certain of the legal matters.

21. With respect to SOFA question 11, certain payments made to FTI Consulting, Inc. and Latham & Watkins LLP (as disclosed in SOFA question 3) may have been for services in connection with bankruptcy related topics.

22. With respect to SOFA questions 26(b) through 26(d), the Debtors have excluded rank and file accountants and bookkeepers in response to this question, instead listing those officers who supervised them, as well as the Debtors' external accounting and audit firms.

23. With respect to SOFA question 26(d), the Debtors contacted dozens of parties in connection with its efforts to raise new sources of capital and shared financial information to certain of those parties, which are not individually disclosed herein.

24. The Debtors and their past or present officers, employees, attorneys, professionals and agents (including, but not limited to, the Designated Representative), do not guarantee or warrant the accuracy, completeness, or currency of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein. The Debtors and their past or present officers, employees, attorneys, professionals and agents (including, but not limited to, the Designated Representative) expressly do not undertake any obligation to update, modify, revise or re-categorize the information provided herein or to notify any third party should the information be updated, modified, revised or re-categorized. In no event shall the Debtors or their past or present officers, employees, attorneys, professionals and/or agents (including, but not limited to, the Designated Representative) be liable to any third party for any direct, indirect, incidental, consequential or special damages (including, but not limited to, damages arising from the disallowance of any potential claim against the Debtors or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused arising from or related to any information provided herein or omitted herein.

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Electric Last Mile Solutions, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF DELAWARE** |
| Case number (if known) | **22-10537 (MFW)** |

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1: Income

1. **Gross revenue from business**

   ☒ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☒ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☒ None.

   | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
   |---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

| Debtor | Electric Last Mile Solutions, Inc. | Case number *(if known)* | 22-10537 (MFW) |

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |

### 6. Setoffs
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |

**Part 3:    Legal Actions or Assignments**

### 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Nasdaq**<br>N/A | Nasdaq regulation | N/A<br>H. Jay Miller, Listing Analyst<br>Howard Miller - howard.miller@nasdaq.com | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | **FINRA (National Cause and Financial Crimes Detection Programs)**<br>Matter No. 20220739723 | FINRA demand | N/A<br>15200 Omega Dr.<br>Suite 1450<br>Chicago, IL 60604 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **US Securities and Exchange Commission (SEC) - In the Matter of Electric Last Mile Solutions, Inc.**<br>C-8851 | SEC Investigation | N/A<br>175 W. Jackson Blvd<br>Suite 200<br>Royal Oak, MI 48067 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **U.S. Department of Labor, Occupational Safety & Health Administration Re: Electric Last Mile Solutions, Inc.**<br>James Vurpillat/5-2700-22-101 | OSHA matter | N/A<br>117 W. Fourth Street<br>Suite 200<br>Royal Oak, MI 48067 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Benjamin Wu**<br>JAMS Ref # 1345001993 | Mediation | N/A<br>Williams, Williams Rattner & Plunkett<br>380 North Old Woodward<br>Suite 300<br>Birmingham, MI 48009 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **Jun Zheng (Lead Plaintiff in Consolidated Shareholder Suit) (Other plaintiffs: Hacker, Gebman and Fontaine)**<br>Master File Civil Action No. 22-CV-545 | Shareholder suit | U.S.D.C. for the District of New Jersey | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| Debtor | Electric Last Mile Solutions, Inc. | Case number *(if known)* | 22-10537 (MFW) |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.7. | **Meier v Electric Last Mile Solutions, Inc.**<br>Case No. 2:22-CV-02052 | Derivative lawsuit | U.S.D.C. New Jersey | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | **Ethridge**<br>N/A | Derivative lawsuit | U.S. D.C. New Jersey | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | **Nayman**<br>N/A | Deivative lawsuit | Federal Court Michigan | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10. | **State of Michigan vs. Electric Last Mile**<br>Case Nos. 2022031496-SN and 2022031497-S | Commercial Vehicle Violations | Michigan State 5th District<br>811 Port St.<br>Saint Joseph, MI 49085 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11. | **UAW Local 5**<br>NLRB Case No. 25-CA-284259 | NLRB charge against the Company, as successor to SF Motors | National Labor Relations Board<br>575 N. Pennsylvania St.<br>Suite 230<br>Indianapolis, IN 46204 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12. | **Gary Brons**<br>MIOSHA Case No. D-21-235-1 | Discriminatory action involving termination | N/A<br>MIOSHAinfo@michigan.gov | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4: Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6: Certain Payments or Transfers

| Debtor | Electric Last Mile Solutions, Inc. | Case number *(if known)* 22-10537 (MFW) |
|---|---|---|

## 11. Payments related to bankruptcy
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☒ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

## 12. Self-settled trusts of which the debtor is a beneficiary
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

## 13. Transfers not already listed on this statement
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7: Previous Locations

## 14. Previous addresses
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | 1055 W Square Lake Road<br>Troy, MI 48098 | 6/25/21- Date |

## Part 8: Health Care Bankruptcies

## 15. Health Care bankruptcies
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

## 16. Does the debtor collect and retain personally identifiable information of customers?

☒ No.
☐ Yes. State the nature of the information collected and retained.

## 17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or

| Debtor | Electric Last Mile Solutions, Inc. | Case number *(if known)* | 22-10537 (MFW) |
|---|---|---|---|

**profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

### Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

### Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

### Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

| Debtor | Electric Last Mile Solutions, Inc. | Case number *(if known)* | 22-10537 (MFW) |
|---|---|---|---|

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|---|
| 25.1. | Electric Last Mile, Inc.<br>1055 W Square Lake Road<br>Troy, MI 48098 | | EIN:<br><br>From-To  6/25/21 |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | Rob Song<br>1055 W Square Lake Road<br>Troy, MI 48098 | 8/10/2021-Date |
| 26a.2. | Albert Li<br>1055 W Square Lake Road<br>Troy, MI 48098 | 6/24/2021-11/05/2021 |
| 26a.3. | Danil Babushkin<br>1055 W Square Lake Road<br>Troy, MI 48098 | 7/02/2021-2/15/2022 |
| 26a.4. | Julie Shiner<br>1055 W Square Lake Road<br>Troy, MI 48098 | 8/10/2021-Date |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

| Debtor | Electric Last Mile Solutions, Inc. | Case number *(if known)* | 22-10537 (MFW) |
|---|---|---|---|

☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26b.1. | **BDO**<br>**2600 West Big Beaver Rd.**<br>**Suite 600**<br>**Troy, MI 48084** | **6/24/2021-2/08/2022** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **Rob Song**<br>**1055 W Square Lake Road**<br>**Troy, MI 48098** | |
| 26c.2. | **Julie Shiner**<br>**1055 W Square Lake Road**<br>**Troy, MI 48098** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

**Name and address**

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Tom Dono | 1055 W Square Lake Road<br>Troy, MI 48098 | Chief Legal Compliance and Safety Officer & Corporate | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Ron Feldelsen | 1055 W Square Lake Road<br>Troy, MI 48098 | Chief Revenue Officer | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Brian Krzanich | 1055 W Square Lake Road<br>Troy, MI 48098 | Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Shauna McIntyre | 1055 W Square Lake Road<br>Troy, MI 48098 | Director, Interim CEO & President | |

| Debtor | Electric Last Mile Solutions, Inc. | Case number *(if known)* | 22-10537 (MFW) |
|---|---|---|---|

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Richard Peretz | 1055 W Square Lake Road Troy, MI 48098 | Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| David Boris | 1055 W Square Lake Road Troy, MI 48098 | Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Neil Goldberg | 1055 W Square Lake Road Troy, MI 48098 | Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Rob Song | 1055 W Square Lake Road Troy, MI 48098 | CFO & Treasurer | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Richard Boris | 1055 W Square Lake Road Troy, MI 48098 | Director | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Albert Li | 1055 W. Square Lake Road Troy, MI 48098 | CFO and Treasurer | 6/24/2021-11/05/2021 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Benjamin Wu | 1055 W Square Lake Road Troy, MI 48098 | General Counsel and Secretary | 6/24/2021-12/06/2021 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Hailiang Hu | 1055 W Square Lake Road Troy, MI 48098 | COO | 6/24/2021-6/04/2022 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| James Taylor | 1055 W Square Lake Road Troy, MI 48098 | Chief Executive Officer and Director | 6/24/2021-2/01/2022 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Jonathan Ballon | 1055 W Square Lake Road Troy, MI 48098 | Chief Strategy and Digital Officer | 7/12/21-3/4/22 |

| Debtor | Electric Last Mile Solutions, Inc. | Case number (if known) | 22-10537 (MFW) |
|---|---|---|---|

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Kev Adjemian | 1055 W Square Lake Road Troy, MI 48098 | Chief Technical Officer | 6/24/21-11/5/21 |
| Jason Luo | 1055 W Square Lake Road Troy, MI 48098 | Executive Chairman, President & Director | 6/24/21-2/1/22 |
| Georgette Dulworth | 1055 W Square Lake Road Troy, MI 48098 | Former Chief Operating Officer | 6/1/21-4/8/22 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ■ No
    ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

    ■ No
    ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

    ■ No
    ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    6/22/2022

/s/ Rob Song                                **Rob Song**
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **CFO and Treasurer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes