## THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| ELECTRIC LAST MILE SOLUTIONS, INC.,[1] | ) | Case No. 22-10537 (MFW) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| In re: | ) | Chapter 7 |
| | ) | |
| ELECTRIC LAST MILE, INC., | ) | Case No. 22-10538 (MFW) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## THE CHAPTER 7 CASES SCHEDULES AND SOFAS GLOBAL NOTES

**These Global Notes regarding the above-captioned debtors and debtors in possession (collectively, the "Debtors") Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "SOFAs") comprise an integral part of the Schedules and SOFAs and should be referred to and considered in connection with any review of them**

1. The Debtors prepared these unaudited Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "SOFAs") pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure. Except where otherwise noted, the information provided herein is presented as of the beginning of business on April 30, 2022.

2. While the Debtors have made every reasonable effort to ensure that the Schedules and SOFAs are accurate and complete based upon information that was available to them at the time of preparation, inadvertent errors or omissions may exist and the subsequent receipt of information and/or further review and analysis of the Debtors' books and records may result in changes to financial data and other information contained in the Schedules and SOFAs. Moreover, because the Schedules and SOFAs contain unaudited information, which is subject to further review and potential adjustment, there can be no assurance that the Schedules and SOFAs are complete or accurate.

3. In reviewing and signing the Schedules and SOFAs, Robert Song, the duly authorized and designated representative of the Debtors (the "Designated Representative"), has necessarily relied upon the prior efforts, statements and representations of other employees, personnel, and

---

[1] The Debtors in the above captioned Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Electric Last Mile Solutions, Inc. (8711), and Electric Last Mile, Inc. (0357). The Debtors' principal place of business is 1055 W Square Lake Road, Troy, Michigan 48098.

professionals of the Debtors. The Designated Representative has not (and could not have) personally verified the accuracy of each such statement and representation that collectively provide the information presented in the Schedules and SOFAs, including but not limited to, statements and representations concerning amounts owed to creditors and their addresses.

4.  The Debtors reserve their rights to amend the Schedules and SOFAs as may be necessary or appropriate in the Debtors' sole and absolute discretion, including, but not limited to, the right to assert offsets or defenses to (which rights are expressly preserved), or to dispute, any claim reflected on the Schedules as to amount, liability or classification, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated." These Global Notes will apply to all such amendments. Furthermore, nothing contained in the Schedules or SOFAs shall constitute a waiver of the Debtors' rights with respect to the chapter 7 cases and specifically with respect to any issues involving substantive consolidation, equitable subordination and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers, or an admission relating to the same.

5.  Any failure to designate a claim listed on the Debtors' Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent" or "unliquidated." Additionally, the dollar amounts of claims listed may be exclusive of contingent and additional unliquidated amounts. Further, the claims of individual creditors are listed as the amounts entered on the Debtors' books and records and may not reflect credits or allowances due from such creditors to the Debtors or setoffs applied by such creditors against amounts due by such creditors to the Debtors with respect to other transactions between them. The Debtors reserve all of their rights with respect to any such credits and allowances.

6.  Some of the Debtors' scheduled assets and liabilities are unknown and/or unliquidated. In such cases, no amounts are listed or the amounts are listed as "undetermined," "unknown," or to similar effect. Accordingly, for this and other reasons the Schedules may not fully reflect the aggregate amount of the Debtors' assets and liabilities.

7.  At times, the preparation of the Schedules and the SOFAs required the Debtors to make assumptions that may affect the reported amounts of assets and liabilities, the disclosures of contingent assets and liabilities, and/or other items. Actual results could differ from those estimates. Pursuant to Fed. R. Bankr. P. 1009, the Debtors may amend their Schedules and SOFAs as they deem necessary and appropriate to reflect material changes. In addition, the Debtors, for the benefit of their estates, reserve the right to dispute or to assert offsets or defenses to any claim listed on the Schedules or SOFAs.

8.  Given the differences between the information requested in the Schedules and the financial information utilized under generally accepted accounting principles in the United States ("GAAP"), the aggregate asset values and claim amounts set forth in the Schedules may not necessarily reflect the amounts that would be set forth in a balance sheet prepared in accordance with GAAP.

9.  With respect to Schedule A/B, question 3, the account balances are as of June 13, 2022 and include 18,146,717.98 of restricted cash that collateralizes the Promissory Note disclosed in Schedule D

10. With respect to Schedule A/B, questions 6-7, the retainer amounts paid by the Debtors to their bankruptcy counsel, Young Conway Stargatt & Taylor, LLP, on an earned upon receipt basis, do not constitute an interest of the Debtors in property and are thus not listed in response to Schedule B, questions 6-7. This amount is listed in response to SOFA question 11.

11. With respect to Schedule A/B, questions 6-8, certain payments disclosed may not be reimbursable to the Debtors due to potential counterclaims against the Debtors or other potential offsetting obligations.

12. With respect to Schedule A/B, question 72, the Debtors are not currently owed any tax refunds. The Debtors are uncertain whether they will retain any net operating losses for preceding tax years, but have listed their current net operating losses.

13. With respect to Schedule E/F, part 1, the Debtors believe that they are current on all tax obligations. Certain amounts that may have accrued, but are not yet due and owing, have been omitted. Certain unliquidated and contingent claims against the Debtors may exist in connection with the findings of a special committee investigation, as disclosed in a Form 8-K filed on January 26, 2022, which are not captured herein.

14. With respect to Schedule E/F, parts 1 and 2, and in connection with NASDAQ/SEC compliance issues resulting from the findings of a special committee investigation, the Debtors did not deliver Restricted Stock Units (RSUs) to individuals that received 2021 Restricted Stock Unit Award Agreements. Under those agreements, RSUs vested on January 2, 2022 and March 21, 2022 and were to be delivered 2.5 months after they vested. Potential claims resulting from this activity were not included in Schedule E/F.

15. With respect to Schedule E/F, part 2, all creditors and amounts listed are derived from the Debtors' accounts payable as of June 13, 2022. The Debtors are unable to state with certainty the dates that such debts were incurred, and accordingly, the Debtors have not listed the dates that such debts were incurred. The Debtors will, however, provide the chapter 7 trustee with the most recent aging report available.

16. With respect to Schedule G, although effort was made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred. While All contracts identified were included in the Schedule G filing for the Electric Last Mile, Inc. operating entity, certain contracts listed may be with the parent entity, Electric Last Mile Solutions, Inc. While the Debtors attempted to individually disclose written contracts or agreements with current and former executives, potential verbal and/or written agreements with non-executive employees (such as offer letters, confidentiality and retention arrangements) were not individually disclosed.

17. With respect to Schedule G, the employment agreements referenced in the disclosure are intended to capture all potential agreements and respective obligations, including, but not limited to, indemnification, confidentiality, inventions, and non-solicitation, if applicable.

18. With respect to SOFA questions 3-4, applicable cash disbursements made through June 14, 2022 were captured in the disclosure.

19. With respect to SOFA questions 3-4, certain payment dates disclosed (particularly those listed with the last day of a particular month) are as of the date the disbursement was posted in the Debtors' general ledger rather than specific disbursement date. The Debtors have bank statements available to assist in a full reconciliation between posting date and disbursement date.

20. With respect to SOFA question 7, all legal matters were disclosed in the SOFA for the parent entity, Electric Last Mile Solutions, Inc. It is possible that the operating entity, Electric Last Mile Solutions, Inc., may be a party to certain of the legal matters.

21. With respect to SOFA question 11, certain payments made to FTI Consulting, Inc. and Latham & Watkins LLP (as disclosed in SOFA question 3) may have been for services in connection with bankruptcy related topics.

22. With respect to SOFA questions 26(b) through 26(d), the Debtors have excluded rank and file accountants and bookkeepers in response to this question, instead listing those officers who supervised them, as well as the Debtors' external accounting and audit firms.

23. With respect to SOFA question 26(d), the Debtors contacted dozens of parties in connection with its efforts to raise new sources of capital and shared financial information to certain of those parties, which are not individually disclosed herein.

24. The Debtors and their past or present officers, employees, attorneys, professionals and agents (including, but not limited to, the Designated Representative), do not guarantee or warrant the accuracy, completeness, or currentness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein. The Debtors and their past or present officers, employees, attorneys, professionals and agents (including, but not limited to, the Designated Representative) expressly do not undertake any obligation to update, modify, revise or re-categorize the information provided herein or to notify any third party should the information be updated, modified, revised or re-categorized. In no event shall the Debtors or their past or present officers, employees, attorneys, professionals and/or agents (including, but not limited to, the Designated Representative) be liable to any third party for any direct, indirect, incidental, consequential or special damages (including, but not limited to, damages arising from the disallowance of any potential claim against the Debtors or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused arising from or related to any information provided herein or omitted herein.

**Fill in this information to identify the case:**

Debtor name  **Electric Last Mile , Inc.**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   **22-10538 (MFW)**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*............................................................     $      **0.00**

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*...........................................................     $     **61,570,604.25**

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*.............................................................     $     **61,570,604.25**

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*....................     $     **53,472,956.00**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................     $      **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................     +$     **4,235,147.77**

4.   **Total liabilities** ....................................................................................................
    Lines 2 + 3a + 3b     $     **57,708,103.77**

**Fill in this information to identify the case:**

Debtor name    **Electric Last Mile , Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **22-10538 (MFW)**

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No.   Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **JPM Chase - Main disbursement account** | | | $1,683,419.00 |
| 3.2. | **JPM Chase - Domestic disbursement account used to fund China expenses** | | | $372,947.00 |
| 3.3. | **JPM Chase - Revenue Account** | | | $956.00 |
| 3.4. | **J.P.Morgan Asset Management - Money Market Account** | | | $18,058,749.00 |
| 3.5. | **JPM Chase - Restricted cash account** | | | $18,146,718.00 |
| 3.6. | **JPM Chase - Warranty account** | | | $6,543.00 |

Debtor   **Electric Last Mile , Inc.**
_____   Case number *(If known)*  **22-10538 (MFW)**
         Name

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

|  |
|---|
| **$38,269,332.00** |

**Part 2:    Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☒ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Contemporary Amperex Technology Co., Limited (CATL) - Capacity deposit** | **$9,203,758.00** |
| 7.2. | **Lizhou Wuling Auto Industry Deposit** | **$1,397,371.12** |
| 7.3. | **East West Bank (L/C)** | **$1,200,000.00** |
| 7.4. | **Hughes, Hubbard, & Reed** | **$375,937.83** |
| 7.5. | **Brown Rudnick** | **$365,694.28** |
| 7.6. | **FTI Consulting** | **$121,762.31** |
| 7.7. | **Jinhoa Automotive (Duplicate pmt - waiting on refund)** | **$147,404.74** |
| 7.8. | **China Lease Deposit** | **$86,106.37** |
| 7.9. | **Marcum LLP** | **$103,000.00** |
| 7.10. | **California Office Rent Deposit** | **$55,000.00** |
| 7.11. | **Mishawaka Utilities Deposit** | **$44,000.00** |

Debtor   **Electric Last Mile , Inc.** _____   Case number *(If known)* **22-10538 (MFW)**
         Name

| 7.12. | **Mishawaka Gas Deposit** | **$43,335.00** |
| 7.13. | **ICR Retainer** | **$30,000.00** |
| 7.14. | **Dykema Gossett** | **$12,720.83** |
| 7.15. | **Paradigm Counsel** | **$10,000.00** |
| 7.16. | **Zen City Center (Company Apartment)** | **$9,600.00** |
| 7.17. | **Latham & Watkins** | **$600,275.88** |

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

| 8.0. | **Liuzhou Wuling Automobile Industry Ltd - Prepaid inventory** | **$1,338,530.00** |
| 8.1. | **Unamortized SAP Implementation Cost** | **$1,281,991.26** |
| 8.2. | **Nanjing Automobile Le Import Export - Prepaid inventory** | **$290,055.00** |
| 8.3. | **Assured Partners (D&O Public Placement Insurance 6/24/21 - 6/24/22)** | **$423,411.17** |
| 8.4. | **SAP Svc Contract & Development Costs** | **$168,790.00** |
| 8.5. | **Assured Partners (Mishawaki Plant Insurance 6/24/21 - 6/24/22)** | **$61,826.70** |
| 8.6. | **3DSMan (Engineering Software - 1 year subscription)** | **$38,821.84** |

Debtor   **Electric Last Mile , Inc.**                              Case number *(If known)*  **22-10538 (MFW)**
         Name

| 8.7. | **Brooklyn Digital Foundry (Web Design)** | $32,175.00 |
| 8.8. | **California Rent (May rent)** | $27,500.00 |
| 8.9. | **Siemens   (Engineering Software - 1 year subscription)** | $23,070.09 |
| 8.10. | **BMC Group VDR (25 - Electronic Document Hosting 25GB)** | $21,875.00 |
| 8.11. | **SF Motors Rent (Prepaid Parking Lot Rent)** | $17,949.19 |
| 8.12. | **Flexible Support Group (Parts & Service Manuals)** | $14,582.50 |
| 8.13. | **Workiva (Accounting Software - 1 Year Subscription)** | $12,500.00 |
| 8.14. | **City of Troy - Summer Tax (City of Troy Property Tax)** | $7,581.06 |
| 8.15. | **Marsh USA (auto insurance for 7 UU)** | $6,670.97 |
| 8.16. | **Mpulse Software Inc (Annual MSP Subscription Renewal)** | $6,573.07 |
| 8.17. | **CDW (Apple computers - Ca office)** | $6,348.43 |
| 8.18. | **City of Troy - Winter Tax (City of Troy Property Tax)** | $5,374.50 |
| 8.19. | **Workiva (Accounting Software - 1 Year Subscription)** | **Unknown** |
| 8.20. | **Zen City Center (Company Apartment)** | $600.00 |

Debtor    **Electric Last Mile , Inc.**                                         Case number *(If known)* **22-10538 (MFW)**
　　　　　　Name

| | | |
|---|---|---|
| 8.21. | **Relx (LexisNexis - Inteligize Annual Subscription)** | $4,462.50 |
| 8.22. | **Envoy (Covid survey - 1/12/22 - 1/11/23)** | $4,305.60 |
| 8.23. | **Assured Partners (Adding 2021 Isuzu, 2021 Trailer, 2022 Tesla)** | $2,806.68 |
| 8.24. | **TechSee (Annual Subscription - 5 users )** | $2,200.00 |
| 8.25. | **Advantage Engineering (Upper Fascia, Lower Fascia, Grille (20 ea))** | $1,866.20 |
| 8.26. | **Computer Aided Technology (Licenses)** | $1,800.00 |
| 8.27. | **Mpulse Software Inc (SF Motors License Transfer - Plant Use)** | $850.89 |
| 8.28. | **MathWorks (Engineering Software - 1 year subscription)** | $769.56 |
| 8.29. | **Deliotte (US GAAP subscription (9/14/21 - 9/13/22))** | $631.68 |

9.　　**Total of Part 2.**

　　　Add lines 7 through 8. Copy the total to line 81.　　　　　　　　　　　**$17,611,885.25**

---

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☒ No.  Go to Part 4.
☐ Yes Fill in the information below.

---

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☒ No.  Go to Part 5.

| Debtor | **Electric Last Mile , Inc.** | | Case number *(if known)* | **22-10538 (MFW)** |
|---|---|---|---|---|
| | Name | | | |

☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.   Go to Part 6.
☒ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** **Inventory - Semi Finished Goods** | | $21,144,460.31 | Book Value | Unknown |
| | **Inventory - Finished Goods** | | $992,159.98 | N/A | Unknown |
| | **Inventory - Finished Goods on Consignment** | | $4,565,032.00 | N/A | Unknown |
| 22. | **Other inventory or supplies** **Inventory In Transit** | | $87,909.78 | N/A | Unknown |

**23.   Total of Part 5.**                                                                                                    **$0.00**

Add lines 19 through 22.   Copy the total to line 84.

**24.   Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

**25.   Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes. Book value _____   Valuation method _____   Current Value _____

**26.   Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.   Go to Part 8.
☒ Yes Fill in the information below.

Debtor   **Electric Last Mile , Inc.**                              Case number *(If known)*  **22-10538 (MFW)**
          Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. Office furniture **Furniture & Fixtures** | **$130,066.84** | **N/A** | **Unknown** |
| 40. Office fixtures | | | |
| 41. Office equipment, including all computer equipment and communication systems equipment and software **Computer Hardware and Equipment** | **$298,527.13** | **N/A** | **Unknown** |
| **Computer Software** | **$30,316.12** | **N/A** | **Unknown** |
| **Website Development** | **$25,496.54** | **N/A** | **Unknown** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**

    Add lines 39 through 42.   Copy the total to line 86.

|  |
|---|
| **$0.00** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☐ No
    ☒ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☒ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | | |
| 47.1. **Tesla Model 3** | **$57,408.42** | **N/A** | **Unknown** |
| 47.2. **Dodge Ram Pickup** | **$38,118.01** | **N/A** | **Unknown** |
| 47.3. **2017 Chevy 3500 Stake Bed Truck** | **$37,712.20** | **N/A** | **Unknown** |
| 47.4. **Ford Transit** | **$32,397.20** | **N/A** | **Unknown** |
| 47.5. **UU-02 Stock Cab/Chassi LSFGL2308MD401963** | **$23,775.00** | **N/A** | **Unknown** |

Debtor  **Electric Last Mile , Inc.**                                      Case number *(If known)*  **22-10538 (MFW)**
        Name

| | | | | |
|---|---|---|---|---|
| 47.6. | **UU-12 Show Vehicle** <br> **LSFGL2306MD800984** | $23,775.00 | N/A | Unknown |
| 47.7. | **UU-05 Stock Cab/Chassi** <br> **LSFGL2301MD800987** | $23,775.00 | N/A | Unknown |
| 47.8. | **UU-03 Stock Cab/Chassi** <br> **LSFGL2300MD800978** | $23,775.00 | N/A | Unknown |
| 47.9. | **ELMS0051 - MKT Wrapped Show** <br> **Vehicle** | $22,918.86 | N/A | Unknown |
| 47.10. | **Ford Transit Connect** | $21,855.67 | N/A | Unknown |
| 47.11. | **UD-0 Microsoft Demo Unit** | $18,852.61 | N/A | Unknown |
| 47.12. | **UD-0 First Unit** | $18,357.94 | N/A | Unknown |
| 47.13. | **ELMS0165 - MKT Vehicle (MSU)** | $16,708.83 | N/A | Unknown |
| 47.14. | **ELMS0077 - MKT Sales Vehicle** | $16,496.72 | N/A | Unknown |
| 47.15. | **ELMS0056 - MKT Wrapped Show** <br> **Vehicle** | $15,525.69 | Book Value | Unknown |
| 47.16. | **ELMS0013 - MKT Wrapped Show** <br> **Vehicle** | $15,525.68 | N/A | Unknown |
| 47.17. | **ELMS0016 - MKT Wrapped Show** <br> **Vehicle** | $15,525.68 | N/A | Unknown |
| 47.18. | **Norstar Gooseneck Trailer 102"x44'** | $10,869.44 | N/A | Unknown |
| 47.19. | **Trailer Flatbed 25' Dual Axle 25KGVWR** | $7,492.87 | N/A | Unknown |
| 47.20. | **Golf Cart 2+2 Seat** | $3,664.00 | N/A | Unknown |
| 47.21. | **Golf Cart 2 Seat** | $3,424.00 | N/A | Unknown |

Debtor    **Electric Last Mile , Inc.**                                    Case number *(If known)*  **22-10538 (MFW)**
                  Name

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
      floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm
      machinery and equipment)**

| | | | |
|---|---|---|---|
| Tooling in process at Mishawaka Plant | $7,023,594.55 | N/A | Unknown |
| Machinery & Equipment | $2,420,630.38 | N/A | Unknown |

51.  **Total of Part 8.**

Add lines 47 through 50.   Copy the total to line 87.

|  |
|---|
| $0.00 |

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
      ☐ No
      ☒ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
      ☒ No
      ☐ Yes

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☒ Yes Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **M&E (Mishawaka Plant) acquired from SERES transaction** | | $70,329,363.51 | Book Value | Unknown |
| 55.2.  **Buildings (Mishawaka Plant)** | | $111,946,112.52 | Book Value | Unknown |
| 55.3.  **Land & Land Improvements (Mishawaka Plant)** | | $3,008,356.13 | Book Value | Unknown |
| 55.4.  **Leasehold Improvements (Mishawaka Parking Lot)** | | $1,736,377.47 | Book Value | Unknown |

| Debtor | **Electric Last Mile , Inc.** | | Case number *(If known)*  **22-10538 (MFW)** |
|---|---|---|---|
| | Name | | |

| 55.5. | **Leasehold Improvements (HQ signage)** | | $6,875.42 | Book Value | Unknown |
|---|---|---|---|---|---|

**56.** **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| $0.00 |
|---|

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No
☒ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No
☐ Yes

**Part 10:** **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.   Go to Part 11.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** **Trademark: Country: China - Status: Pending - Application # 1628495 - EFFICIENT BY NATURE** | $0.00 | Book Value | Unknown |
| **Trademark: Country: China - Status: Pending - Application # 56772493 - ELECTRIC LAST MILE** | $0.00 | Book Value | Unknown |
| **Trademark: Country: China - Status: Pending - Application # 1627913 - ELM** | $0.00 | Book Value | Unknown |
| **Trademark: Country: China - Status: Pending - Application # 1627910 - ELMS** | $0.00 | Book Value | Unknown |
| **Trademark: Country: China - Status: Pending - Application # 60628551 - ELMS ELECTIC LAST MILE SOLUTIONS (Stylized & ELMS Logo)** | $0.00 | Book Value | Unknown |
| **Trademark: Country: China - Status: Pending - Application # 60140230 - ELMS ELECTIC LAST MILE SOLUTIONS (Stylized & ELMS Logo)** | $0.00 | Book Value | Unknown |
| **Trademark: Country: China - Status: Pending - Application # 60119426 - ELMS ELECTIC LAST MILE SOLUTIONS (Stylized & ELMS Logo)** | $0.00 | Book Value | Unknown |

Debtor    **Electric Last Mile , Inc.**                                    Case number *(If known)*  **22-10538 (MFW)**
　　　　　　Name

| | | |
|---|---|---|
| **Trademark: Country: China - Status: Pending - Application # 56776294 - ELMS ELECTIC LAST MILE SOLUTIONS (Stylized & ELMS Logo)** | $0.00     **Book Value** | **Unknown** |
| **Trademark: Country: China - Status: Pending - Application # 56742260 - ELMS ELECTIC LAST MILE SOLUTIONS (Stylized & ELMS Logo)** | $0.00     **Book Value** | **Unknown** |
| **Trademark: Country: China - Status: Pending - Application # 56766332 - ELMS ELECTIC LAST MILE SOLUTIONS (Stylized & ELMS Logo)** | $0.00     **Book Value** | **Unknown** |
| **Trademark: Country: China - Status: Pending - Application # 56741881 - ELMS ELECTIC LAST MILE SOLUTIONS (Stylized & ELMS Logo)** | $0.00     **Book Value** | **Unknown** |
| **Trademark: Country: China - Status: Pending - Application # 56759977 - ELMS ELECTIC LAST MILE SOLUTIONS (Stylized & ELMS Logo)** | $0.00     **Book Value** | **Unknown** |
| **Trademark: Country: China - Status: Pending - Application # 1640115 - ELMS Logo** | $0.00     **Book Value** | **Unknown** |
| **Trademark: Country: European Union - Status: Pending - Application # 1628495 - EFFICIENT BY NATURE** | $0.00     **Book Value** | **Unknown** |
| **Trademark: Country: European Union - Status: Registered - Application # 018486099 - ELECTRIC LAST MIILE SOLUTIONS** | $0.00     **Book Value** | **Unknown** |
| **Trademark: Country: European Union - Status: Registered - Application # 018486095 - ELECTRIC LAST MILE** | $0.00     **Book Value** | **Unknown** |
| **Trademark: Country: European Union - Status: Pending - Application # 1627913 - ELM** | $0.00     **Book Value** | **Unknown** |
| **Trademark: Country: European Union - Status: Pending - Application # 1627910 - ELMS** | $0.00     **Book Value** | **Unknown** |
| **Trademark: Country: European Union - Status: Registered - Application # 018486105 - ELMS ELECTIC LAST MILE SOLUTIONS (Stylized & ELMS Logo)** | $0.00     **Book Value** | **Unknown** |
| **Trademark: Country: European Union - Status: Pending - Application # 1640115 - ELMS Logo** | $0.00     **Book Value** | **Unknown** |

Debtor    **Electric Last Mile , Inc.**    Case number *(If known)*  **22-10538 (MFW)**
Name

| | | | |
|---|---|---|---|
| **Trademark: Country: India - Status: Pending - Application # 5226547 - EFFICIENT BY NATURE** | $0.00 | Book Value | Unknown |
| **Trademark: Country: India - Status: Pending - Application # 4997310 - ELECTRIC LAST MIILE SOLUTIONS** | $0.00 | Book Value | Unknown |
| **Trademark: Country: India - Status: Pending - Application # 4997309 - ELECTRIC LAST MILE** | $0.00 | Book Value | Unknown |
| **Trademark: Country: India - Status: Pending - Application # 5228224 - ELM** | $0.00 | Book Value | Unknown |
| **Trademark: Country: India - Status: Pending - Application # 5232902 - ELMS** | $0.00 | Book Value | Unknown |
| **Trademark: Country: India - Status: Pending - Application # 4997311 - ELMS ELECTIC LAST MILE SOLUTIONS (Stylized & ELMS Logo)** | $0.00 | Book Value | Unknown |
| **Trademark: Country: India - Status: Pending - Application # 1640115 - ELMS Logo** | $0.00 | Book Value | Unknown |
| **Trademark: Country: Madrid Protocol - Status: Registered - Application # TBD - EFFICIENT BY NATURE** | $0.00 | Book Value | Unknown |
| **Trademark: Country: Madrid Protocol - Status: Registered - Application # TBD - ELM** | $0.00 | Book Value | Unknown |
| **Trademark: Country: Madrid Protocol - Status: Registered - Application # TBD - ELMS** | $0.00 | Book Value | Unknown |
| **Trademark: Country: Madrid Protocol - Status: Registered - Application # 1640115 - ELMS Logo** | $0.00 | Book Value | Unknown |
| **Trademark: Country: United Kingdom - Status: Pending - Application # 1628495 - EFFICIENT BY NATURE** | $0.00 | Book Value | Unknown |
| **Trademark: Country: United Kingdom - Status: Registered - Application # UK00003652268 - ELECTRIC LAST MIILE SOLUTIONS** | $0.00 | Book Value | Unknown |
| **Trademark: Country: United Kingdom - Status: Registered - Application # UK00003652264 - ELECTRIC LAST MILE** | $0.00 | Book Value | Unknown |

| Debtor | **Electric Last Mile , Inc.** | | Case number *(If known)* | **22-10538 (MFW)** |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| **Trademark: Country: United Kingdom - Status: Pending - Application # 1627913 - ELM** | | $0.00 | Book Value | Unknown |
| **Trademark: Country: United Kingdom - Status: Pending - Application # 1627910 - ELMS** | | $0.00 | Book Value | Unknown |
| **Trademark: Country: United Kingdom - Status: Registered - Application # UK00003652274 - ELMS ELECTIC LAST MILE SOLUTIONS (Stylized & ELMS Logo)** | | $0.00 | Book Value | Unknown |
| **Trademark: Country: United Kingdom - Status: Pending - Application # 1640115 - ELMS Logo** | | $0.00 | Book Value | Unknown |
| **Trademark: Country: United States of America - Status: Pending - Application # 90/366182 - EFFICIENT BY NATURE** | | $0.00 | Book Value | Unknown |
| **Trademark: Country: United States of America - Status: Pending - Application # 90/366095 - ELECTRIC LAST MIILE SOLUTIONS** | | $0.00 | Book Value | Unknown |
| **Trademark: Country: United States of America - Status: Pending - Application # 90/366080 - ELECTRIC LAST MILE** | | $0.00 | Book Value | Unknown |
| **Trademark: Country: United States of America - Status: Pending - Application # 90/366055 - ELM** | | $0.00 | Book Value | Unknown |
| **Trademark: Country: United States of America - Status: Pending - Application # 90/366006 - ELMS** | | $0.00 | Book Value | Unknown |
| **Trademark: Country: United States of America - Status: Pending - Application # 90/366153 - ELMS & Elms Z Logo Design** | | $0.00 | Book Value | Unknown |
| **Trademark: Country: United States of America - Status: Pending - Application # 90/632121 - ELMS ELECTIC LAST MILE SOLUTIONS (Stylized & ELMS Logo)** | | $0.00 | Book Value | Unknown |
| **Trademark: Country: United States of America - Status: Pending - Application # 90/632079 - ELMS Logo** | | $0.00 | Book Value | Unknown |
| **Trademark: Country: United States of America - Status: Pending - Application # 90/366118 - Elms Z Logo Design** | | $0.00 | Book Value | Unknown |

Debtor  **Electric Last Mile , Inc.**                                    Case number *(If known)*  **22-10538 (MFW)**
         Name

| | | | |
|---|---|---|---|
| Patent - 63/216208 - US - (United States) - **FRONT BODY VEHICLE ASSEMBLY** | $0.00 | Book Value | Unknown |
| Patent - 63/232341 - US - (United States) - **BATTERY MOUNTING ASSEMBLY FOR ELECTRIC VEHICLE** | $0.00 | Book Value | Unknown |
| Patent - 63/271879 - US - (United States) - **A-PILLAR AIRBAG SYSTEM** | $0.00 | Book Value | Unknown |
| Patent - 63/282390 - US - (United States) - **ELECTRIC VEHICLE BATTERY EXCHANGE SYSTEM AND METHOD** | $0.00 | Book Value | Unknown |
| Patent - 63/282393 - US - (United States) - **ELECTRIC VEHICLE ALIGNMENT SYSTEM AND METHOD** | $0.00 | Book Value | Unknown |
| Patent - 63/282396 - US - (United States) - **ELECTRIC VEHICLE BATERY ATTACHMENT SYSTEM AND METHOD** | $0.00 | Book Value | Unknown |
| Patent - 63/282404 - US - (United States) - **BATTERY EXCHANGE STAION FOR ELECTRIC VEHICLE SYSTEM AND METHODS** | $0.00 | Book Value | Unknown |
| Patent - 63/301746 - US - (United States) - **ADJUSTABLE ROOF ASSEMBLY** | $0.00 | Book Value | Unknown |
| Patent - 63/306728 - US - (United States) - **INTEGRATED ELECTRIC VEHICLE COMUNICATIONS CONTROLLER** | $0.00 | Book Value | Unknown |
| 61.  **Internet domain names and websites** **e-urbandelivery.com** | $0.00 | Book Value | Unknown |
| **electriclastmile.com** | $0.00 | Book Value | Unknown |
| **e-lastmilesolutions.com** | $0.00 | Book Value | Unknown |
| **electriclastmilesolutions.com** | $0.00 | Book Value | Unknown |
| **https://www.youtube.com/channel/UCMYy4eCr 01cd2pq0K2lEXHA** | $0.00 | Book Value | Unknown |
| **https://twitter.com/ELMSolutions** | $0.00 | Book Value | Unknown |

Debtor   **Electric Last Mile , Inc.**                         Case number *(If known)*   **22-10538 (MFW)**
         Name

| | | | |
|---|---|---|---|
| https://www.linkedin.com/company/electric-last-mile-solutions | $0.00 | Book Value | Unknown |
| https://www.facebook.com/ElectricLastMileSolutions | $0.00 | Book Value | Unknown |
| https://www.instagram.com/electriclastmilesolutions/ | $0.00 | Book Value | Unknown |
| https://vimeo.com/user125684026 | $0.00 | Book Value | Unknown |

62.   **Licenses, franchises, and royalties**

63.   **Customer lists, mailing lists, or other compilations**

64.   **Other intangibles, or intellectual property**

65.   **Goodwill**

66.   **Total of Part 10.**                                                              | $0.00 |
      Add lines 60 through 65. Copy the total to line 89.

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
      ☒ No
      ☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
      ☒ No
      ☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
      ☒ No
      ☐ Yes

**Part 11:   All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.   Go to Part 12.
    ☒ Yes Fill in the information below.

                                                                          Current value of
                                                                          debtor's interest

71.   **Notes receivable**
      Description (include name of obligor)

72.   **Tax refunds and unused net operating losses (NOLs)**
      Description (for example, federal, state, local)

      **Net Operating Loss**                              Tax year                 $5,689,387.00

73.   **Interests in insurance policies or annuities**

74.   **Causes of action against third parties (whether or not a lawsuit
      has been filed)**

Official Form 206A/B                 Schedule A/B Assets - Real and Personal Property                 page 15

Debtor    **Electric Last Mile , Inc.**                                  Case number *(If known)*  **22-10538 (MFW)**
_____
Name

| | |
|---|---|
| **BDO (former auditor)** | **Unknown** |
| Nature of claim | |
| Amount requested              **$0.00** | |

| | |
|---|---|
| **Foley and Lardner LLP (former corporate counsel)** | **Unknown** |
| Nature of claim | |
| Amount requested              **$0.00** | |

| | |
|---|---|
| **White & Case (former Forum Merger III Corporation counsel)** | **Unknown** |
| Nature of claim | |
| Amount requested              **$0.00** | |

| | |
|---|---|
| **Jason Luo (fomer executive)** | **Unknown** |
| Nature of claim | |
| Amount requested              **$0.00** | |

| | |
|---|---|
| **James Taylor (former executive)** | **Unknown** |
| Nature of claim | |
| Amount requested              **$0.00** | |

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

| |
|---|
| **$5,689,387.00** |

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

Debtor    **Electric Last Mile , Inc.**                                      Case number *(If known)* **22-10538 (MFW)**
          Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $38,269,332.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $17,611,885.25 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.**   *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* .....................................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $5,689,387.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $61,570,604.25 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $61,570,604.25 |

---

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 17

**Fill in this information to identify the case:**

Debtor name  **Electric Last Mile , Inc.**

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known)  **22-10538 (MFW)**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | Amount of claim | Value of collateral that supports this claim |
| | Do not deduct the value of collateral. | |

---

**2.1  Atlantic Specialty Insurance Company**
Creditor's Name

**605 U.S. Highway 169
Eighth Floor
ATTN: Collateral Manager
Plymouth, MN 55441**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
Unknown**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien

**Describe the lien**
Letter of Credit No. 220SL005076
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☑ Contingent
☐ Unliquidated
☐ Disputed

| | |
|---|---|
| **$1,200,000.00** | **Unknown** |

---

**2.2  Industrial and Commercial Bank of China**
Creditor's Name

**1001 Grant Avenue
San Francisco, CA 94133**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
Unknown**

Describe debtor's property that is subject to a lien

**Describe the lien**
 Promisory Note
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| | |
|---|---|
| **$15,489,319.00** | **Unknown** |

---

| Debtor | Electric Last Mile , Inc. | Case number (if known) | 22-10538 (MFW) |
|---|---|---|---|
| | Name | | |

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

---

| 2.3 | SF Motors (Seres) | Describe debtor's property that is subject to a lien | $36,783,637.00 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | | | |

**3033 Scott Blvd
Santa Clara, CA 95054**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Unknown**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe the lien
Land Contract Obligation

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $53,472,956.00 |
|---|---|---|

---

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

---

**Fill in this information to identify the case:**

Debtor name  **Electric Last Mile , Inc.**

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known)  **22-10538 (MFW)**

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

**Part 2:**    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

|   | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,558.00 |
|---|---|---|---|
| | **3S Incorporated**<br>**8686 Southwest Pkwy**<br>**Arcadia, IN 46030** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade Claim**<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,893.85 |
|---|---|---|---|
| | **A.T. Kearney, Inc.**<br>**227 W. Monroe Street**<br>**Chicago, IL 60606** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade Claim**<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $241,400.00 |
|---|---|---|---|
| | **Advantage Engineering Inc.**<br>**5000 Regal Drive**<br>**Windor, ON (Ontario) L0L 1N9** | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade Claim**<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,210.15 |
|---|---|---|---|
| | **Amazon Web Services**<br>**410 Terry Ave. N**<br>**Seattle, WA 98109** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade Claim**<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | |

| Debtor | **Electric Last Mile , Inc.** | Case number (if known) | **22-10538 (MFW)** |
|---|---|---|---|
| | Name | | |

---

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,140.00** |
|---|---|---|---|

**Amphenol Automotive Connection Syst**
**No. 20 Tianshan Road, Changzhou Cit**
**Jiangsu Province, P.R. China**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10,003.75** |
|---|---|---|---|

**Ashgrove Marketing Agency, LLC**
**30475 South Wixom Road Suite 100A**
**Wixom, MI 48393**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,643.91** |
|---|---|---|---|

**AT&T**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,725.00** |
|---|---|---|---|

**Autoliv**
**1320 Pacific Drive**
**Auburn Hills, MI 48326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,000.00** |
|---|---|---|---|

**B.C. Welding, Inc.**
**12801 Industrial Park Drive**
**Granger, IN (Indiana) 46530-0000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$152,999.77** |
|---|---|---|---|

**Barnes & Thornburg**
**11 South Meridian Strret**
**Indianapolis, IN 46204**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,500.00** |
|---|---|---|---|

**Bay Valuation Advisors, LLC**
**1 Kaiser Plaza Ste 1475**
**Oakland, CA 94612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor __Electric Last Mile , Inc.__      Case number (if known) __22-10538 (MFW)__

Name

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**BDO**
**2600 West Big Beaver Rd Suite 600**
**Troy, MI 48084**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade Claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,254.50** |
|---|---|---|---|

**Beary Landscape Management, Inc.**
**15001 W. 159th Street**
**Homer Glen, IL 60491**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __    Promisory Note

Basis for the claim: __Trade Claim__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,354.18** |
|---|---|---|---|

**Berger Harris LLP**
**1105 N Market Street 11th Floor**
**Wilmington, DE 19801**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade Claim__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$223,287.19** |
|---|---|---|---|

**Bluewater Technologies Group, Inc**
**30303 Beck Rd**
**Wixom, MI 48393**

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade Claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,650.00** |
|---|---|---|---|

**Bobtit Business Media**
**3520 Challenger Street**
**Torrance, CA 90503**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade Claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$404,926.50** |
|---|---|---|---|

**Bozhon Inc.**
**3094 Kenneth Street**
**Santa Clara, CA 95054**

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade Claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$54,375.00** |
|---|---|---|---|

**Brooklyn Digital Foundry**
**149 East Durham Street**
**Philadelphia, PA 19119**

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade Claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Last Mile , Inc.** | Case number (if known) | **22-10538 (MFW)** |
|---|---|---|---|
| | Name | | |

---

**3.19** | Nonpriority creditor's name and mailing address
**Buckeye Power Sales Co., Inc**
**6850 Commerce Court Dr.**
**Blacklick, OH 43004**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Claim 

Is the claim subject to offset? ■ No ☐ Yes

**$1,476.60**

---

**3.20** | Nonpriority creditor's name and mailing address
**Burke Porter**
**730 Plymouth**
**Grand Rapids, MI 49505**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Claim 

Is the claim subject to offset? ■ No ☐ Yes

**$13,522.90**

---

**3.21** | Nonpriority creditor's name and mailing address
**BWI Group Beijing West Industries Co. Lt**
**12501 E Grand River Rd**
**Brighton, MI 48116**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Trade Claim 

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.22** | Nonpriority creditor's name and mailing address
**Cayman Dynamics, LLC**
**P.O. Box 1654**
**Ann Arbor, MI 48106**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Trade Claim 

Is the claim subject to offset? ■ No ☐ Yes

**$59,700.00**

---

**3.23** | Nonpriority creditor's name and mailing address
**Central Computer Supplies**
**139 Hampshire**
**Troy, MI 48085**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Claim 

Is the claim subject to offset? ■ No ☐ Yes

**$535.19**

---

**3.24** | Nonpriority creditor's name and mailing address
**CINTAS CORPORATION**
**232 E MAPLE RD**
**Troy, MI 48083**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Claim 

Is the claim subject to offset? ■ No ☐ Yes

**$1,212.85**

---

**3.25** | Nonpriority creditor's name and mailing address
**Contemporary Amperex Technology Co., Lim**
**No. 2 Xin'gang Road Zhangwan Town**
**Ningde City, Fuijian, 150 (Fujian) 00035**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Claim 

Is the claim subject to offset? ■ No ☐ Yes

**$923.60**

---

| Debtor | Electric Last Mile , Inc. | Case number (if known) | 22-10538 (MFW) |
|---|---|---|---|
| | Name | | |

**3.26**

Nonpriority creditor's name and mailing address
**Continental Automotive GmbH**
**123 IDK**
**Regensburg, 06 (Hessen) 93009-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

**$67,875.00**

---

**3.27**

Nonpriority creditor's name and mailing address
**Continental Stock Transfer & Trust**
**One State St Plaza**
**New York, NY 10004**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

**$1,669.91**

---

**3.28**

Nonpriority creditor's name and mailing address
**Creative Financial Staffing**
**P.O. Box 95111**
**Chicago, IL 60694**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

**$5,960.63**

---

**3.29**

Nonpriority creditor's name and mailing address
**CSC**
**251 Little Falls Dr**
**Wilmington, DE 19808**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

**$209.94**

---

**3.30**

Nonpriority creditor's name and mailing address
**Cyber Protect LLC**
**13216 Herbert Ave**
**Warren, MI 48089**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

**$1,345.50**

---

**3.31**

Nonpriority creditor's name and mailing address
**Decorative Metal Solutions Inc**
**33714 Doreka Dr**
**Fraser, MI 48026**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

**$24,238.00**

---

**3.32**

Nonpriority creditor's name and mailing address
**DeLeeuw Design Company, LLC**
**53929 Pheasant Ridge Dr**
**Bristol, IN 46507**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

**$600.00**

---

| Debtor | **Electric Last Mile , Inc.** | Case number (if known) | **22-10538 (MFW)** |
|---|---|---|---|
| | Name | | |

---

**3.33** | Nonpriority creditor's name and mailing address
**Deloitte and Touche LLP**
**111 Monument Circle**
**Indianapolis, IN 46204**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

**$35,000.00**

---

**3.34** | Nonpriority creditor's name and mailing address
**DEP**
**850 East Long Lake Rd**
**Troy, MI 48055**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

**$28,000.00**

---

**3.35** | Nonpriority creditor's name and mailing address
**Department of Treasury - Internal Revenu**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Tax claim**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.36** | Nonpriority creditor's name and mailing address
**Diligent Corporation**
**1111 19th Street NW**
**Washington, DC 20036**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

**$7,375.00**

---

**3.37** | Nonpriority creditor's name and mailing address
**Distyll Graphic Solutions**
**PO BOX 933551**
**Atlanta,, GA 32293**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

**$6,163.53**

---

**3.38** | Nonpriority creditor's name and mailing address
**DSA Systems Inc**
**1389 Wheaton Dr**
**Troy, MI 48083**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

**$301,617.00**

---

**3.39** | Nonpriority creditor's name and mailing address
**DXP Enterprises Rick Kuhlmann**
**13200 McKinley Highway**
**Mishawaka, IN 46545**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

**$401.32**

---

| Debtor | **Electric Last Mile , Inc.** | Case number (if known) | **22-10538 (MFW)** |
|---|---|---|---|
| | Name | | |

---

**3.40** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,208.00**

**Edgar Agents**
**105 White Oak Lane**
**Old Bridge, NJ 08857**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.41** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,750.00**

**EDI**
**10099 Radiance Dr**
**Fair Haven, MI (Michigan) 48023-0000**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,903.00**

**EDLO**
**497 Yorktown Rd.**
**Logansport, IN 46947**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.43** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26.09**

**EFC International**
**1940 Craigshire Rd.**
**Saint Louis, MO 63146**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,050.00**

**Element**
**27485 George Merrelli Drive**
**Warren, MI 48092**

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.45** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$146.64**

**Elijah**
**111 N. Wabash**
**Suite 2018**
**Chicago, IL 60602**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.46** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$467.25**

**Elite Imaging**
**1000 Chicago Rd**
**Elm Hall, MI 48830**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Electric Last Mile , Inc.**

Name

Case number (if known) **22-10538 (MFW)**

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$66,444.00** |
|---|---|---|---|

**ELMI Union Defined Benefit Plan**
**Monroe and Associates, Inc.**
25901 W 10 Mile Rd #200
Southfield, MI 48033

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade Claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$444.78** |
|---|---|---|---|

**ERS Wireless**
57678 County Road 3
Elkhart, IN 46517

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade Claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17,013.00** |
|---|---|---|---|

**EV Power Source, LLC**
11407 Royalshire Dr
Dallas, TX 75230

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade Claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$92,557.00** |
|---|---|---|---|

**Faegre Drinker Daniels Trust Accoun**
600 East 96th Street Suite 600
Indianapolis, IN 46240

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade Claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|

**FEV North America Inc.**
4554 Glenmeade Lane
Auburn Hills, MI 48326

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade Claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$500.00** |
|---|---|---|---|

**Financial Accounting Standards FASB**
PO Box 418272
Boston, MA 02241

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade Claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Foley and Lardner LLP**
500 Woodward Ave
Detroit, MI 48226

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade Claim__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Last Mile , Inc.**
_____
Name

Case number (if known)    **22-10538 (MFW)**
_____

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,600.00** |
|---|---|---|---|

**Fowlerville Proving Ground**
**1750 Smith Rd**
**Fowlerville, MI 48836**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Claim**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,582.44** |
|---|---|---|---|

**Freedman Seating Co**
**4545 Augusta Blvd**
**Chicago, IL 60651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Claim**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,675.00** |
|---|---|---|---|

**FW Cooke**
**190 S. LaSalle Street Suite 2120**
**Chicago, IL 60603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Claim**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$416.50** |
|---|---|---|---|

**GAOFE International Industrial Co.**
**#26, building 2, 3rd floor, wanzhang roa**
**Dongwan**
**Shanghai China**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Claim**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17,856.00** |
|---|---|---|---|

**Global Enterprise Tech Resource Inc.**
**3250 W Big Beaver Rd.**
**Suite 139**
**Troy, MI 48084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Claim**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,844.09** |
|---|---|---|---|

**Glovis America, Inc.**
**17305 Von Karman Ave**
**Irvine, CA 92614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Claim**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,205.00** |
|---|---|---|---|

**Guardian Alarm**
**20800 Southfield Rd**
**Southfield, MI 48075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Claim**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Electric Last Mile , Inc.** | Case number (if known) | **22-10538 (MFW)** |
|---|---|---|---|
| | Name | | |

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$88,378.00** |
|---|---|---|---|

**Guardian Auto Transport LLC**
**275 12th St**
**Wheeling, IL 60090**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Claim__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$814.70** |
|---|---|---|---|

**Holland & Knight**
**1180 W Peachtree St. NW**
**Suite 1800**
**Atlanta, GA 30309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Claim__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$616,071.68** |
|---|---|---|---|

**HTI Cybermetics**
**40033 Mitchell Drive**
**Sterling Heights, MI 48313**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Claim__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,700.00** |
|---|---|---|---|

**Hull Toyota Lift**
**4221 Technology Dr**
**South Bend, IN 46628**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Claim__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31,200.00** |
|---|---|---|---|

**ICR LLC**
**761 Main Ave**
**Norwalk, CT 06851**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Claim__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$141,527.45** |
|---|---|---|---|

**Indiana Michigan Power**
**110 E Wayne St.**
**Fort Wayne, IN 46802**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Claim__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$719.60** |
|---|---|---|---|

**Intrepid**
**1850 Research Dr**
**Troy, MI 48083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Claim__

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | Electric Last Mile , Inc. | Case number (if known) | 22-10538 (MFW) |
|---|---|---|---|
| | Name | | |

---

**3.68**

**Nonpriority creditor's name and mailing address**
Jaydu LLC
460 Stull St
Suite 300
South Bend, IN 46601

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Claim**

Is the claim subject to offset? ☑ No ☐ Yes

**$57,500.00**

---

**3.69**

**Nonpriority creditor's name and mailing address**
JPM Chase
PO BOX 15918
MAIL SUITE DE1-1404
WILMINGTON, DE 19850

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Corporate Credit Card**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.70**

**Nonpriority creditor's name and mailing address**
Logic People LLC
8679 26 Mile Rd #308
Washington, MI 48094

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Claim**

Is the claim subject to offset? ☑ No ☐ Yes

**$3,910.87**

---

**3.71**

**Nonpriority creditor's name and mailing address**
MacAllister Rentals
2147 South 11th Street
Niles, MI 49200

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Claim**

Is the claim subject to offset? ☑ No ☐ Yes

**$5,006.00**

---

**3.72**

**Nonpriority creditor's name and mailing address**
Magnum Security Services Inc
601 S Bend Ave
South Bend, IN 46617

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Claim**

Is the claim subject to offset? ☑ No ☐ Yes

**$12,375.00**

---

**3.73**

**Nonpriority creditor's name and mailing address**
Marsh USA Inc.
1166 Avenue of the Americas
New York, NY 10036

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Claim**

Is the claim subject to offset? ☑ No ☐ Yes

**$11,573.00**

---

**3.74**

**Nonpriority creditor's name and mailing address**
Mathworks
3 Apple Hill Drive
Natick, MA 01760

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Claim**

Is the claim subject to offset? ☑ No ☐ Yes

**$731.40**

---

| Debtor | **Electric Last Mile , Inc.** | Case number (if known) | **22-10538 (MFW)** |
|---|---|---|---|
| | Name | | |

---

**3.75** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$232,890.00**

**MGA Research Corp**
**446 Executive Dr.**
**Troy, MI 48083**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Claim**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.76** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,607.20**

**Midtronics, Inc.**
**7000 Monroe St.**
**Willowbrook, IL 60527**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Claim**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.77** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,538.66**

**MOMAR**
**1830 Ellsworth Industrial Dr**
**Atlanta, GA (Georgia) 30318-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Claim**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.78** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,820.12**

**Motion**
**3901 S. Main Street**
**South Bend, IN 46614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Claim**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.79** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,118.00**

**Motor City Fastener LLC DBA Motor City I**
**1600 1600 East 10 Mile Rd**
**Hazel Park, MI 48030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Claim**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.80** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$51,865.86**

**Nanjing Automobile Import and Expor**
**2 Lijing Road, 9th Floor, R&D Mansi**
**Nanjing, 100 (Jiangsu) 00021-0061**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Claim**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.81** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,894.00**

**Nationwide Janitorial Services**
**3002 North Home Street**
**Mishawaka, IN 46545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Claim**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor    **Electric Last Mile , Inc.**
Name

Case number (if known)    **22-10538 (MFW)**

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,250.00 |
|---|---|---|---|

**Opinicus Consulting LLC**
**2880 Croftshire Court**
**Rochester, MI 48306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41,765.20 |
|---|---|---|---|

**Osirius Group LLC**
**725 S. Adams Rd., Ste 205**
**Birmingham, MI 48009**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,948.02 |
|---|---|---|---|

**Page One Automotive**
**211 South Hill Dr.**
**Suite D**
**Brisbane, CA 94005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,701.00 |
|---|---|---|---|

**Pfinder Chemical US Lp**
**11525 Brogham Drive**
**Sterling Heights, MI 48312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,605.50 |
|---|---|---|---|

**Premium Services, Inc.**
**25899 W Twelve Mile Rd Suite 250**
**Southfield, MI 48034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $286.93 |
|---|---|---|---|

**Proforma Premier Marketing**
**PO Box 640814**
**Cincinnati, OH 45264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $164,902.40 |
|---|---|---|---|

**Prosco**
**15-28**
**Glen Wild, NY 12738**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Last Mile , Inc.** | Case number (if known) | **22-10538 (MFW)** |
|---|---|---|---|
| | Name | | |

---

**3.89** | **Nonpriority creditor's name and mailing address**
**Public Company Accounting Oversight Boar**
PO Box 418631
Boston, MA 02241

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Claim__

Is the claim subject to offset? ☐ No ☐ Yes

**$3,300.00**

---

**3.90** | **Nonpriority creditor's name and mailing address**
**Quality-One International**
1333 Anderson Road
Clawson, MI 48017

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Claim__

Is the claim subject to offset? ■ No ☐ Yes

**$8,650.00**

---

**3.91** | **Nonpriority creditor's name and mailing address**
**Randy Marion Isuzu, LLC dba Randy Marion**
209 West Plaza Drive
Moorsville, NC 28117

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Customer Claim__

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.92** | **Nonpriority creditor's name and mailing address**
**RCO Engineering**
29200 Calahan Rd
Roseville, MI 48660

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Trade Claim__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.93** | **Nonpriority creditor's name and mailing address**
**Samsong Industry Co.**
1005 Jungwoo Building
13-25 Youido-dong Youngdeungpo-gu, 11 (S

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Trade Claim__

Is the claim subject to offset? ■ No ☐ Yes

**$221,645.46**

---

**3.94** | **Nonpriority creditor's name and mailing address**
**SAP**
3999 W Chester Pike
Newtown Square, PA 19073

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Trade Claim__

Is the claim subject to offset? ■ No ☐ Yes

**$145,512.00**

---

**3.95** | **Nonpriority creditor's name and mailing address**
**Schneider**
4808 KROEMER ROAD
Fort Wayne, IN 46818

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Trade Claim__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Last Mile , Inc.** | Case number (if known) | **22-10538 (MFW)** |
|---|---|---|---|
| | Name | | |

---

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50.08** |
|---|---|---|---|

**Shanghai Ding Zhen Testing Technology Co**
**No.6, Fukang West Road, Anting Town**
**Shanghai China**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Claim**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$85.00** |
|---|---|---|---|

**Shred Corp**
**31751 Sherman Avenue**
**Madison Heights, MI 48071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Claim**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$41,150.88** |
|---|---|---|---|

**Siemens Industry Software, Inc.**
**PO box 2168**
**Carol Stream, IL 60132**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Claim**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,019.32** |
|---|---|---|---|

**Sirun Technoloby Co., Ltd**
**25 F. Block D. Swan Tower National**
**Xinwu District, Wuxi City**
**100 (Jiangsu)**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Claim**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,960.00** |
|---|---|---|---|

**Smart Sheet Inc.**
**10500 NE 8th St.**
**Suite1300**
**Bellevue, WA 98004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Claim**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$32,089.68** |
|---|---|---|---|

**Synergia Automotive, LLC**
**1965 Research Dr Suite 150**
**Troy, MI 48083**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Claim**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$62,500.00** |
|---|---|---|---|

**The Benchmark Company**
**150 East 58th St. 17th Fl.**
**New York, NY 10155**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Claim**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

Debtor  **Electric Last Mile , Inc.**
_____
Name

Case number (if known)  **22-10538 (MFW)**
_____

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,163.00** |
|---|---|---|---|

**Thomson Reuters**
**610 Opperman Drive**
**Saint Paul, MN 55123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,661.10** |
|---|---|---|---|

**TK Elevator Corporation**
**3100 Interstate North Ctr SE Ste 50**
**Atlanta, GA 30339**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,115.00** |
|---|---|---|---|

**Unatech Technology Solutions LLC**
**723 Langley Road**
**Rochester, MI 48309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,630.52** |
|---|---|---|---|

**Vector North America Inc.**
**39500 Orchard Hill Place**
**Novi, MI 48375**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$49,000.00** |
|---|---|---|---|

**Venshure Test Services**
**18600 W Old Highway 12**
**Chelsea, MI 48118**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$850.85** |
|---|---|---|---|

**Waste Management**
**20645 Ireland Road**
**South Bend, IN 46614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Weldstar**
**3305 Lathrop St**
**South Bend, IN 46628**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Last Mile , Inc.**                                    Case number (if known)  **22-10538 (MFW)**

_____
Name

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,711.00 |

**Wilmer Hale**
**250 Greenwich St**
**New York, NY 10007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $79,500.00 |

**Workiva**
**2900 University Blvd**
**Ames, IA 50010**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,415.73 |

**Zuken USA, Inc.**
**238 Littleton Road, Ste 100**
**Westford, MA 01886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 4,235,147.77 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 4,235,147.77 |

| Fill in this information to identify the case: |
|---|

Debtor name    **Electric Last Mile , Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **22-10538 (MFW)**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest    **Supplier PO**<br><br>State the term remaining<br><br>List the contract number of any government contract | **3 HTI LLC**<br>**7 Cliff Swallow Dr Ste 201**<br>**Medford, NJ 08055** |
| 2.2.    State what the contract or lease is for and the nature of the debtor's interest    **Supplier PO**<br><br>State the term remaining<br><br>List the contract number of any government contract | **3DS Man**<br>**3000 Atrium Way #296**<br>**Mount Laurel, NJ 08054** |
| 2.3.    State what the contract or lease is for and the nature of the debtor's interest    **Insurance Policy**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Accident Fund**<br>**200 N. Grand Ave.**<br>**PO Box 40790**<br>**Lansing, MI 48901-7990** |
| 2.4.    State what the contract or lease is for and the nature of the debtor's interest    **Insurance Policy**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Accident Fund General Insurance Company**<br>**200 N. Grand Ave.**<br>**PO Box 40790**<br>**Lansing, MI 48901-7990** |

| Debtor 1 | **Electric Last Mile , Inc.** | | | Case number (*if known*) | **22-10538 (MFW)** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Supplier agreement** |
|---|---|---|

|  | State the term remaining | |
|  | List the contract number of any government contract | **ADP Canada Co.**<br>**3250 Bloor St W 16th Floor**<br>**Ontario**<br>**Canada** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Supplier agreement - addendum** |
|---|---|---|

|  | State the term remaining | |
|  | List the contract number of any government contract | **ADP, Inc.**<br>**1 ADP Boulevard**<br>**Roseland, NJ 07068** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Supplier agreement** |
|---|---|---|

|  | State the term remaining | |
|  | List the contract number of any government contract | **ADP, Inc.**<br>**1 ADP Boulevard**<br>**Roseland, NJ 07068** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **NDA** |
|---|---|---|

|  | State the term remaining | |
|  | List the contract number of any government contract | **Adrian Steel Co**<br>**906 James St.**<br>**Adrian, MI 49221** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **LOI** |
|---|---|---|

|  | State the term remaining | |
|  | List the contract number of any government contract | **Advantage Engineering Inc.**<br>**5000 Regal Drive**<br>**Oldcastle, Ontario**<br>**Canada** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Supplier PO** |
|---|---|---|

|  | State the term remaining | **Altair Engineering**<br>**1820 E Big Beaver Rd**<br>**Troy, MI 48083** |

Debtor 1   **Electric Last Mile , Inc.**

First Name          Middle Name          Last Name

Case number (*if known*)   **22-10538 (MFW)**

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

List the contract number of any government contract  _____

2.11.    State what the contract or lease is for and the nature of the debtor's interest    **NDA**

State the term remaining

List the contract number of any government contract  _____
**Alyeska Investment Group, L.P**
**77 West Wacker Drive, 7th Floor**
**Chicago, IL 60601**

2.12.    State what the contract or lease is for and the nature of the debtor's interest    **NDA**

State the term remaining

List the contract number of any government contract  _____
**Amazon Internet Services Private Limited**
**Block E, 14th Floor, Unit Nos. 1401 to 1421, Inter**
**Nehru Place, New Delhi   110019.**
**India**

2.13.    State what the contract or lease is for and the nature of the debtor's interest    **NDA**

State the term remaining

List the contract number of any government contract  _____
**Amp&Axle Consulting**
**4402 King Edward Avenue**
**Montreal, QC**
**Canada**

2.14.    State what the contract or lease is for and the nature of the debtor's interest    **NDA**

State the term remaining

List the contract number of any government contract  _____
**Ample, Inc**
**100 Hooper St, Suite 25**
**San Francisco, CA 94117**

2.15.    State what the contract or lease is for and the nature of the debtor's interest    **NDA**

State the term remaining

List the contract number of any government contract  _____
**ARKO Corp.**
**8565 Magellan Pkwy, Suite 400**
**Richmond, VA 23227**

| Debtor 1 | **Electric Last Mile , Inc.** | | Case number *(if known)* | **22-10538 (MFW)** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **LOI** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Autoliv**<br>**1320 Pacific Drive**<br>**Auburn Hills, MI 48326** |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Axle Test Quote** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **AVL North America Corporate Services, In**<br>**47603 Halyard Drive**<br>**Plymouth, MI 48170** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance Policy** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **AXA / XL**<br>**100 Washington Blvd**<br>**Stamford, CT 06902** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance Policy** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **AXIS Insurance**<br>**92 Pitts Bay Road**<br>**Pembroke, HM Bermuda** |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Credit** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Bank: Industrial and Commercial Bank of**<br>**345 California Street**<br>**San Francisco, CA 94104** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Credit** | |
| | State the term remaining | | **Bank: Industrial and Commercial Bank of**<br>**345 California Street**<br>**San Francisco, CA 94104** |

Debtor 1  **Electric Last Mile , Inc.**

First Name                Middle Name               Last Name

Case number *(if known)*   **22-10538 (MFW)**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Credit** |
|---|---|---|
| | State the term remaining | **Bank: Industrial and Commercial Bank of** |
| | List the contract number of any government contract | **345 California Street**<br>**San Francisco, CA 94104** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **NDA** |
|---|---|---|
| | State the term remaining | **Beazley USA Services, Inc.** |
| | List the contract number of any government contract | **30 Batterson Park Rd.**<br>**Farmington, CT 06032** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Credit** |
|---|---|---|
| | State the term remaining | **Beneficiary: SF Motors, Inc. D/B/A Seres** |
| | List the contract number of any government contract | **3033 Scott Blvd.**<br>**Santa Clara, CA 95054** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Credit** |
|---|---|---|
| | State the term remaining | **Beneficiary: SF Motors, Inc. D/B/A Seres** |
| | List the contract number of any government contract | **3033 Scott Blvd.**<br>**Santa Clara, CA 95054** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Credit** |
|---|---|---|
| | State the term remaining | **Beneficiary: SF Motors, Inc. D/B/A Seres** |
| | List the contract number of any government contract | **3033 Scott Blvd.**<br>**Santa Clara, CA 95054** |

| Debtor 1 | **Electric Last Mile , Inc.** | | Case number *(if known)* | **22-10538 (MFW)** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Employment agreement** | |
|---|---|---|---|
| | State the term remaining | | **Benjamin Wu** |
| | List the contract number of any government contract | | **1055 W Square Lake Rd** **Troy, MI 48098** |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **NDA** | |
|---|---|---|---|
| | State the term remaining | | **Biynah Industrial Partners** |
| | List the contract number of any government contract | | **5353 Wayzata Blvd., Suite 205** **Minneapolis, MN 55416** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **NDA** | |
|---|---|---|---|
| | State the term remaining | | **BlackRock Financial Management, Inc.** |
| | List the contract number of any government contract | | **55 East 52nd Street** **New York, NY 10055** |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **NDA** | |
|---|---|---|---|
| | State the term remaining | | **BMC Group d/b/a SmartRoom** |
| | List the contract number of any government contract | | **3732 W 120th St.** **Hawthorne, CA 90250** |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Supplier Spot Buy PO** | |
|---|---|---|---|
| | State the term remaining | | **Bobchuck LLC** |
| | List the contract number of any government contract | | **224 West Marshall St** **Femdale, MI 48220** |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **NDA** | |
|---|---|---|---|
| | State the term remaining | | **BofA Securities, Inc.** **One Bryant Park** **New York, NY 10036** |

Debtor 1   **Electric Last Mile , Inc.**
       First Name       Middle Name       Last Name

Case number *(if known)*   **22-10538 (MFW)**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Supplier agreement** |
| | State the term remaining | |
| | List the contract number of any government contract | **Bozhon Inc.**<br>**3094 Kenneth St**<br>**Santa Clara, CA 95054** |
| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Director indemnification agreement** |
| | State the term remaining | |
| | List the contract number of any government contract | **Brian Krzanich**<br>**(redacted)** |
| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance Policy** |
| | State the term remaining | |
| | List the contract number of any government contract | **Burlington Insurance**<br>**238 International Dr**<br>**Burlington, NC 27215** |
| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Supplier agreement** |
| | State the term remaining | |
| | List the contract number of any government contract | **BWI Chassis Dynamics (NA), Inc.**<br>**12501 E. Grand River Ave**<br>**Brighton, MI 48116** |
| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **NDA** |
| | State the term remaining | |
| | List the contract number of any government contract | **Canoo Technologies Inc.**<br>**19951 Mariner Ave.**<br>**Torrance, CA 90503** |

| Debtor 1 | **Electric Last Mile , Inc.** | | Case number *(if known)* | **22-10538 (MFW)** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **NDA** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Canoo Technologies Inc.**<br>**19951 Mariner Ave.**<br>**Torrance, CA 90503** |

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Services quote** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Cayman Dynamics**<br>**15201 Century Drive**<br>**Dearborn, MI 48120** |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **NDA** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **ChargePoint Inc.**<br>**254 East Hacienda Avenue**<br>**Campbell, CA 95008** |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **NDA** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Chicago Southland CVB**<br>**19900 Governors Dr Suite 200**<br>**Olympia Fields, IL 60461** |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Supplier agreement** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Chongqing Sokon Motors(Group) Imp. & Exp**<br>**No. 618 Liangjiang Avenue**<br>**Longxing, Yubei District, Chongqing**<br>**China** |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Business registration** | |
| | State the term remaining | | **City and County of San Francisco Office**<br>**1 Dr Carlton B Goodlett Pl #140**<br>**San Francisco, CA 94102** |

Debtor 1   **Electric Last Mile , Inc.**

First Name          Middle Name          Last Name

Case number (*if known*)   **22-10538 (MFW)**



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Supplier cooperation agreement** |
| | State the term remaining | Contemporary Amperex Technology Co., Lim No. 2 Xin'gang Road Zhangwan Town Ningde City, Fuijian China |
| | List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Supplier agreement** |
| | State the term remaining | Contemporary Amperex Technology Co., Lim No. 2 Xin'gang Road Zhangwan Town Ningde City, Fuijian China |
| | List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Supplier PO** |
| | State the term remaining | Contemporary Amperex Technology Co., Lim No. 2 Xin'gang Road Zhangwan Town Ningde City, Fuijian China |
| | List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Supplier direct sourcing agreement** |
| | State the term remaining | Contemporary Amperex Technology Co., Lim No. 2 Xin'gang Road Zhangwan Town Ningde City, Fuijian China |
| | List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **Supplier agreement** |
| | State the term remaining | Continental Automotive Systems, Inc One Continental Drive Auburn Hills, MI 48326 |
| | List the contract number of any government contract | |

| Debtor 1 | **Electric Last Mile , Inc.** | | Case number *(if known)* | **22-10538 (MFW)** |
|---|---|---|---|---|
| | First Name          Middle Name          Last Name | | | |

▐ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.49.** State what the contract or lease is for and the nature of the debtor's interest — **Supplier NDA**

State the term remaining

List the contract number of any government contract

**Continental Safety Engineering Internati**
**Carl-Zeiss-Stra e 9, 63755**
**Alzenau**
**Germany**

---

**2.50.** State what the contract or lease is for and the nature of the debtor's interest — **Warrant certificate**

State the term remaining

List the contract number of any government contract

**CONTINENTAL STOCK TRANSFER & TRUST COMPA**
**1 State St 30th floor**
**New York, NY 10004**

---

**2.51.** State what the contract or lease is for and the nature of the debtor's interest — **NDA**

State the term remaining

List the contract number of any government contract

**Cox Automotive, Inc.**
**6205 Peachtree Dunwoody Road**
**Atlanta, GA 30328**

---

**2.52.** State what the contract or lease is for and the nature of the debtor's interest — **NDA**

State the term remaining

List the contract number of any government contract

**Crawford Environmental Services, LLC**
**1701 Shenandoah Avenue, NW**
**Roanoke, VA 24017**

---

**2.53.** State what the contract or lease is for and the nature of the debtor's interest — **NDA**

State the term remaining

List the contract number of any government contract

**Cubex Ltd**
**7423 Wilson Ave**
**Delta, BC**
**Canada**

---

**2.54.** State what the contract or lease is for and the nature of the debtor's interest — **NDA**

State the term remaining

**Cullen / Jacques Bolduc**
**32 Rue Duquet**
**Sainte-Therese, QC**
**Canada**

---

| Debtor 1 | **Electric Last Mile , Inc.** | | | Case number (*if known*) | **22-10538 (MFW)** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | List the contract number of any government contract | _____ |
|---|---|---|

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | Services quote | |
|---|---|---|---|
| | State the term remaining | | **Dassault Systemes Americas Corp** |
| | List the contract number of any government contract | | **175 Wyman Street** <br> **Waltham, MA 02451** |

| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | Director indemnification agreement | |
|---|---|---|---|
| | State the term remaining | | **David Boris** |
| | List the contract number of any government contract | | **(redacted)** |

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | Supplier PO | |
|---|---|---|---|
| | State the term remaining | | **Decorative Metal Solutions** |
| | List the contract number of any government contract | | **33714 Doreka Dr.** <br> **Fraser, MI 48026** |

| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | Services proposal | |
|---|---|---|---|
| | State the term remaining | | **DEP Detroit Engineered Products** |
| | List the contract number of any government contract | | **850 E Long Lake Rd # A** <br> **Tory, MI 48085** |

| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | NDA | |
|---|---|---|---|
| | State the term remaining | | **Deragon Inc.** |
| | List the contract number of any government contract | | **390 De La Montagne** <br> **Montreal, QC** <br> **Canada** |

| Debtor 1 | **Electric Last Mile , Inc.** | | | Case number *(if known)* | **22-10538 (MFW)** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | **NDA** | |
|---|---|---|---|
| | State the term remaining | | **Diameter Capital Partners LP** |
| | List the contract number of any government contract | | **55 Hudson Yards, Suite 29B**<br>**New York, NY 10001** |

| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | **NDA** | |
|---|---|---|---|
| | State the term remaining | | **Doering Fleet Management** |
| | List the contract number of any government contract | | **15300 W. Capitol Dr.**<br>**Brookfield, WI 53005** |

| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | **NDA** | |
|---|---|---|---|
| | State the term remaining | | **EisnerAmper LLP** |
| | List the contract number of any government contract | | **750 Third Avenue**<br>**New York, NY 10017** |

| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | **Supplier PO** | |
|---|---|---|---|
| | State the term remaining | | **Element Materials Technology** |
| | List the contract number of any government contract | | **27 485 George Merreli Drive**<br>**Warren, MI 48092** |

| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | **NDA** | |
|---|---|---|---|
| | State the term remaining | | **Enroute Inc.** |
| | List the contract number of any government contract | | **18 Barton St #1024**<br>**San Francisco, CA 94133** |

| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | **MEMORANDUM OF UNDERSTANDING** | |
|---|---|---|---|
| | State the term remaining | | **EVgoServices LLC**<br>**11835West Olympic Blvd., Suite 900E**<br>**Los Angeles, CA 90064** |

Debtor 1  **Electric Last Mile , Inc.**
    First Name      Middle Name      Last Name

Case number *(if known)*  **22-10538 (MFW)**

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

List the contract number of any government contract  _____

---

**2.66.** State what the contract or lease is for and the nature of the debtor's interest    **Insurance Policy**

State the term remaining

List the contract number of any government contract  _____

                **Federal Insurance Company (Chubb)**
                **202 Halls Mill Rd**
                **Whitehouse Station, NJ 08889**

---

**2.67.** State what the contract or lease is for and the nature of the debtor's interest    **Insurance Claim**

State the term remaining

List the contract number of any government contract  _____

                **Federal Insurance Company (Chubb) - Cent**
                **P.O. Box 910**
                **O'Fallon, MO 63366**

---

**2.68.** State what the contract or lease is for and the nature of the debtor's interest    **Insurance Claim**

State the term remaining

List the contract number of any government contract  _____

                **Federal Insurance Company (Chubb) - East**
                **P.O. Box 4700**
                **Chesapeake, VA 23327-4700**

---

**2.69.** State what the contract or lease is for and the nature of the debtor's interest    **Services quote**

State the term remaining

List the contract number of any government contract  _____

                **FEV North America, Inc.**
                **4554 Glenmeade Lane**
                **Auburn Hills, MI 48326**

---

**2.70.** State what the contract or lease is for and the nature of the debtor's interest    **NDA**

State the term remaining

List the contract number of any government contract  _____

                **Fisker Inc.**
                **1888 Rosecrans Ave**
                **Manhattan Beach, CA 90266**

---

Debtor 1    **Electric Last Mile , Inc.**

First Name          Middle Name          Last Name

Case number *(if known)*    **22-10538 (MFW)**

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.71. State what the contract or lease is for and the nature of the debtor's interest **NDA** | |
| State the term remaining | **FitzWalter Capital (US) LLC** |
| List the contract number of any government contract | **17 State Street, Level 40 New York, NY 10014** |
| 2.72. State what the contract or lease is for and the nature of the debtor's interest **NDA** | |
| State the term remaining | **Fortress Investment Group LLC** |
| List the contract number of any government contract | **1345 Avenue of the Americas, 46th Floor New York, NY 10105** |
| 2.73. State what the contract or lease is for and the nature of the debtor's interest **Director nomination agreement** | |
| State the term remaining | **FORUM INVESTORS III LLC** |
| List the contract number of any government contract | **1615 South Congress Avenue, Suite 103 Delray Beach, FL 33445** |
| 2.74. State what the contract or lease is for and the nature of the debtor's interest **Merger Agreement** | |
| State the term remaining | **Forum Merger III Corporation** |
| List the contract number of any government contract | **1615 South Congress Avenue, Suite 103 Delray Beach, FL 33445** |
| 2.75. State what the contract or lease is for and the nature of the debtor's interest **Supplier agreement** | |
| State the term remaining | **Freedman Seating Company** |
| List the contract number of any government contract | **4545 W Augusta Blvd Chicago, IL 60651** |
| 2.76. State what the contract or lease is for and the nature of the debtor's interest **Supplier NDA** | |
| State the term remaining | **Freedman Seating Company 4545 W Augusta Blvd Chicago, IL 60651** |

| Debtor 1 | **Electric Last Mile , Inc.** | | Case number *(if known)* | **22-10538 (MFW)** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

List the contract number of any government contract _____

| 2.77. | State what the contract or lease is for and the nature of the debtor's interest | **NDA** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Gamut Capital Management, L.P.**<br>**250 West 55th Street, 36th Floor**<br>**New York, NY 10019** |

| 2.78. | State what the contract or lease is for and the nature of the debtor's interest | **Separation agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Georgette G Dulworth**<br>**1055 W Square Lake Road**<br>**Troy, MI 48098** |

| 2.79. | State what the contract or lease is for and the nature of the debtor's interest | **NDA** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Geotab Inc.**<br>**2440 Winston Park Dr.**<br>**Oakville, Ontario**<br>**Canada** |

| 2.80. | State what the contract or lease is for and the nature of the debtor's interest | **NDA** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Globocam**<br>**155 Reverchon**<br>**Pointe-Claire, QC**<br>**Canada** |

| 2.81. | State what the contract or lease is for and the nature of the debtor's interest | **Supplier Letter of Nomination** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Glovis America, Inc.**<br>**17305 Von Karman Ave, Suite 200**<br>**Irvine, CA 92614** |

| Debtor 1 | **Electric Last Mile , Inc.** | | Case number *(if known)* | **22-10538 (MFW)** |
|---|---|---|---|---|
| | First Name          Middle Name          Last Name | | | |

### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.82. | State what the contract or lease is for and the nature of the debtor's interest | **NDA** | |
|---|---|---|---|
| | State the term remaining | | **GPM Investments, LLC** |
| | List the contract number of any government contract | | **8565 Magellan Pkwy, Suite 400** |
| | | | **Richmond, VA 23227** |

| 2.83. | State what the contract or lease is for and the nature of the debtor's interest | **NDA** | |
|---|---|---|---|
| | State the term remaining | | **H&L Reunion Investments, LLC** |
| | List the contract number of any government contract | | **1526 Corolla Ct.** |
| | | | **Reunion, FL 34747** |

| 2.84. | State what the contract or lease is for and the nature of the debtor's interest | **Employment agreement** | |
|---|---|---|---|
| | State the term remaining | | **Hailiang Hu** |
| | List the contract number of any government contract | | **1055 W Square Lake Rd** |
| | | | **Troy, MI 48098** |

| 2.85. | State what the contract or lease is for and the nature of the debtor's interest | **NDA** | |
|---|---|---|---|
| | State the term remaining | | **Hamilton Managing General Agency, LLC** |
| | List the contract number of any government contract | | **400 Madison Avenue, Suite 16C** |
| | | | **New York, NY 10017** |

| 2.86. | State what the contract or lease is for and the nature of the debtor's interest | **NDA** | |
|---|---|---|---|
| | State the term remaining | | **Hampleton Ltd.** |
| | List the contract number of any government contract | | **Taunusanlage 8** |
| | | | **Frankfurt** |
| | | | **Germany** |

| 2.87. | State what the contract or lease is for and the nature of the debtor's interest | **Invoice - Opportunity Assessment** | |
|---|---|---|---|
| | State the term remaining | | **Harbor Research Inc.** |
| | | | **2601 Blake Street. Suite 100** |
| | | | **Denver, CO 80205** |

Debtor 1    **Electric Last Mile , Inc.**
　　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number *(if known)*    **22-10538 (MFW)**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any government contract　　_____

---

**2.88.** State what the contract or lease is for and the nature of the debtor's interest　　**Services proposal**

State the term remaining

List the contract number of any government contract　　_____

**HCL Americas, Inc. (HCL)**
**330 Potrero Ave**
**Sunnyvale, CA 94085**

---

**2.89.** State what the contract or lease is for and the nature of the debtor's interest　　**Insurance Policy**

State the term remaining

List the contract number of any government contract　　_____

**HDI Specialty**
**161 N Clark St FL 48**
**Chicago, IL 60601-3213**

---

**2.90.** State what the contract or lease is for and the nature of the debtor's interest　　**NDA**

State the term remaining

List the contract number of any government contract　　_____

**Hercules Electric Mobility, Inc.**
**2785 E Grand Blvd**
**Detroit, MI 48211**

---

**2.91.** State what the contract or lease is for and the nature of the debtor's interest　　**NDA**

State the term remaining

List the contract number of any government contract　　_____

**Hilco Commercial Industrial, LLC**
**5 Revere Drive, Suite 206**
**Northbrook, IL 60062**

---

**2.92.** State what the contract or lease is for and the nature of the debtor's interest　　**Supplier agreement**

State the term remaining

List the contract number of any government contract　　_____

**Himco Waste-Away Services, Inc.**
**707 North Wildwood Ave**
**Elkhart, IN 46514**

---

Debtor 1   **Electric Last Mile , Inc.**

First Name          Middle Name          Last Name

Case number *(if known)*   **22-10538 (MFW)**

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.93.** State what the contract or lease is for and the nature of the debtor's interest — **NDA**

State the term remaining

List the contract number of any government contract

**Hyundai Mobis Co., Ltd.**
**203, Teheran-ro Gangnam-gu**
**Seoul**
**Korea**

**2.94.** State what the contract or lease is for and the nature of the debtor's interest — **Conditions of Sale**

State the term remaining

List the contract number of any government contract

**IEE International Electronics & Engineer**
**1 Rue de Campus**
**7795 Bissen**
**Luxembourg**

**2.95.** State what the contract or lease is for and the nature of the debtor's interest — **NDA**

State the term remaining

List the contract number of any government contract

**Innovative Vehicles**
**3241 Benchmark Dr.**
**Ladson, SC 29456**

**2.96.** State what the contract or lease is for and the nature of the debtor's interest — **NDA**

State the term remaining

List the contract number of any government contract

**International Fleet Sales Inc.**
**476 McCormick St.**
**San Leandro, CA 94577**

**2.97.** State what the contract or lease is for and the nature of the debtor's interest — **Service quote**

State the term remaining

List the contract number of any government contract

**InterRegs**
**21-23 East Street**
**Fareham, Hampshire**
**UK**

**2.98.** State what the contract or lease is for and the nature of the debtor's interest — **Supplier PO**

State the term remaining

**Interstate Battery of Fort Wayne**
**525 Ley Rd**
**Fort Wayne, IN 46825**

Debtor 1  **Electric Last Mile , Inc.**
    First Name          Middle Name         Last Name

Case number *(if known)*  **22-10538 (MFW)**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

| 2.99. | State what the contract or lease is for and the nature of the debtor's interest | **Supplier PO** |
| | State the term remaining | |
| | List the contract number of any government contract | **Interstate Battery of Hickory**<br>**3865 US Highway 321A Suite 580**<br>**Hudson, NC 28645-0580** |

| 2.100. | State what the contract or lease is for and the nature of the debtor's interest | **Settlement, Indemnification, Employment, and Consulting agreements** |
| | State the term remaining | |
| | List the contract number of any government contract | **James Taylor**<br>**1055 W Square Lake Rd**<br>**Troy, MI 48098** |

| 2.101. | State what the contract or lease is for and the nature of the debtor's interest | **Settlement, NDA, Indemnification, Consulting, and Employment agreements** |
| | State the term remaining | |
| | List the contract number of any government contract | **Jason Luo**<br>**1055 W Square Lake Rd**<br>**Troy, MI 48098** |

| 2.102. | State what the contract or lease is for and the nature of the debtor's interest | **Services proposal** |
| | State the term remaining | |
| | List the contract number of any government contract | **Jaydu**<br>**5975 Shiloh Rd #114**<br>**Alpharetta, GA 30005** |

| 2.103. | State what the contract or lease is for and the nature of the debtor's interest | **Supplier agreement** |
| | State the term remaining | |
| | List the contract number of any government contract | **Jinzhou Jinheng Automotive Safety System**<br>**No. 16, Section 4, Bohai St,  Jinzhou economic and Liaoning**<br>**China** |

| Debtor 1 | **Electric Last Mile , Inc.** | | Case number *(if known)* | **22-10538 (MFW)** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

▆ **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.104. | State what the contract or lease is for and the nature of the debtor's interest | **Supplier NDA** |
|---|---|---|
| | State the term remaining | **Jinzhou Jinheng Automotive Safety System** |
| | List the contract number of any government contract | **No. 16, Section 4, Bohai St,  Jinzhou economic and Liaoning** <br> **China** |

| 2.105. | State what the contract or lease is for and the nature of the debtor's interest | **NDA** |
|---|---|---|
| | State the term remaining | **Joe Lukens** |
| | List the contract number of any government contract | **4381 W. Gulf Dr.** <br> **Sanibel, FL 33957** |

| 2.106. | State what the contract or lease is for and the nature of the debtor's interest | **Separation and Indemnification agreements** |
|---|---|---|
| | State the term remaining | **Jonathan Ballon** |
| | List the contract number of any government contract | **1055 W Square Lake Rd** <br> **Troy, MI 48098** |

| 2.107. | State what the contract or lease is for and the nature of the debtor's interest | **NDA** |
|---|---|---|
| | State the term remaining | **Kearney (Shanghai) Enterprise Consulting** |
| | List the contract number of any government contract | **Jinmao Tower, No. 88, Century Avenue,34th floor** <br> **Pudong New Area, Shanghai** <br> **China** |

| 2.108. | State what the contract or lease is for and the nature of the debtor's interest | **NDA** |
|---|---|---|
| | State the term remaining | **Kennedy Lewis Investment Management LLC** |
| | List the contract number of any government contract | **111 W. 33rd Street, 19th Floor** <br> **New York, NY 10120** |

| 2.109. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance Policy** |
|---|---|---|
| | State the term remaining | **Liberty Mutual** <br> **175 Berkeley Street** <br> **Boston, MA 02116** |

| Debtor 1 | **Electric Last Mile , Inc.** | | Case number *(if known)* | **22-10538 (MFW)** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |



**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| List the contract number of any government contract | |

| 2.110. | State what the contract or lease is for and the nature of the debtor's interest | **NDA** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Lime Rock New Energy, L.P.**<br>**274 Riverside Avenue, Suite 3**<br>**Westport, CT 06880** |

| 2.111. | State what the contract or lease is for and the nature of the debtor's interest | **Supplier agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Liuzhou Wuling Automobile Industry Co.,**<br>**Wuling Building, No. 18 Hexi Road**<br>**Liuzhou City, Guangxi**<br>**China** |

| 2.112. | State what the contract or lease is for and the nature of the debtor's interest | **Supplier agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Liuzhou Wuling Automobile Industry Co.,**<br>**Wuling Building, No. 18 Hexi Road**<br>**Liuzhou City, Guangxi**<br>**China** |

| 2.113. | State what the contract or lease is for and the nature of the debtor's interest | **Supplier agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Liuzhou Wuling Automobile Industry Co.,**<br>**Wuling Building, No. 18 Hexi Road**<br>**Liuzhou City, Guangxi**<br>**China** |

| 2.114. | State what the contract or lease is for and the nature of the debtor's interest | **Supplier PO** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Liuzhou Wuling Automobile Industry Co.,**<br>**Wuling Building, No. 18 Hexi Road**<br>**Liuzhou City, Guangxi**<br>**China** |

| Debtor 1 | **Electric Last Mile , Inc.** | | Case number *(if known)* | **22-10538 (MFW)** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.115. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance Policy** | |
|---|---|---|---|
| | State the term remaining | | **Lloyds Syndicate**<br>**One Lime Street**<br>**London UK** |
| | List the contract number of any government contract | | |

| 2.116. | State what the contract or lease is for and the nature of the debtor's interest | **NDA** | |
|---|---|---|---|
| | State the term remaining | | **Lytx, Inc.**<br>**9785 Towne Centre Dr**<br>**San Diego, CA 92121** |
| | List the contract number of any government contract | | |

| 2.117. | State what the contract or lease is for and the nature of the debtor's interest | **Supplier PO** | |
|---|---|---|---|
| | State the term remaining | | **Magnum Security Services Inc**<br>**601 S Bend Ave**<br>**South Bend, IN 46617** |
| | List the contract number of any government contract | | |

| 2.118. | State what the contract or lease is for and the nature of the debtor's interest | **NDA** | |
|---|---|---|---|
| | State the term remaining | | **Marcum LLP**<br>**730 Third Avenue**<br>**New York, NY 10017** |
| | List the contract number of any government contract | | |

| 2.119. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance Policy** | |
|---|---|---|---|
| | State the term remaining | | **Markel**<br>**4521 Highwoods Parkway**<br>**Glen Allen, VA 23060** |
| | List the contract number of any government contract | | |

| 2.120. | State what the contract or lease is for and the nature of the debtor's interest | **NDA** | |
|---|---|---|---|
| | State the term remaining | | **Markel Service, Incorporated**<br>**4521 Highwoods Parkway**<br>**Glen Allen, VA 23060** |

Debtor 1  **Electric Last Mile , Inc.**
_____
First Name          Middle Name          Last Name

Case number (*if known*)  **22-10538 (MFW)**
_____



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any government contract  _____

**2.121.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract  _____

**Supplier PO**

**MathWorks
3 Apple Hill Drive
Natick, MA 01760-2098**

**2.122.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract  _____

**NDA**

**Merchants Automotive Group, LLC
14 Central Park Drive
Hooksett, NH 03106**

**2.123.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract  _____

**Safety Testing Quote**

**MGA Research Corporation
5000 Warren Road
Burlington, WI 53105**

**2.124.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract  _____

**Supplier PO**

**Michigan Secretary of State
1111 E Long Lake Rd
Troy, MI 48085**

**2.125.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract  _____

**NDA**

**Midway Specialty Vehicles
2940 Dexter Dr.
Elkhart, IN 46514**

| Debtor 1 | **Electric Last Mile , Inc.** | | | Case number *(if known)* | **22-10538 (MFW)** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.126. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance Policy** | |
|---|---|---|---|
| | State the term remaining | | **Miller Insurance** |
| | List the contract number of any government contract | | **19 W Market St.** **PO Box 445** **Jonestown, PA 17039** |

| 2.127. | State what the contract or lease is for and the nature of the debtor's interest | **NDA** | |
|---|---|---|---|
| | State the term remaining | | **Monarch Alternative Capital LP** |
| | List the contract number of any government contract | | **535 Madison Avenue, 26th Floor** **New York, NY 10022** |

| 2.128. | State what the contract or lease is for and the nature of the debtor's interest | **NDA** | |
|---|---|---|---|
| | State the term remaining | | **MVSCS** **Box 66** |
| | List the contract number of any government contract | | **Selkirk, MB R1A 2B1** **Canada** |

| 2.129. | State what the contract or lease is for and the nature of the debtor's interest | **NDA** | |
|---|---|---|---|
| | State the term remaining | | **National Fleet Services, LLC** |
| | List the contract number of any government contract | | **10100 Grinnell St.** **Detroit, MI 48213** |

| 2.130. | State what the contract or lease is for and the nature of the debtor's interest | **Order form** | |
|---|---|---|---|
| | State the term remaining | | **Nauto, Inc.** |
| | List the contract number of any government contract | | **360 Portage Ave** **Palo Alto, CA 94306** |

| 2.131. | State what the contract or lease is for and the nature of the debtor's interest | **Director indemnification agreement** | |
|---|---|---|---|
| | State the term remaining | | **Neil Goldberg** **(redacted)** |

Debtor 1  **Electric Last Mile , Inc.**

First Name        Middle Name        Last Name

Case number (*if known*)   **22-10538 (MFW)**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any government contract

_____

| 2.132. | State what the contract or lease is for and the nature of the debtor's interest | **NDA** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Nexus Business Solutions**<br>**100 W. Big Beaver, Suite 200**<br>**Troy, MI 48084** |

| 2.133. | State what the contract or lease is for and the nature of the debtor's interest | **NDA** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Oaktree Capital Management, L.P.**<br>**333 South Grand Ave., 28th Floor**<br>**Los Angeles, CA 90071** |

| 2.134. | State what the contract or lease is for and the nature of the debtor's interest | **NDA** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Optimal Electric Vehicles, LLC**<br>**29449 Old US Hwy 33**<br>**Elkhart, IN 46516** |

| 2.135. | State what the contract or lease is for and the nature of the debtor's interest | **NDA** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Orion Motor Company Inc**<br>**1159 W. Hill Rd**<br>**Flint, MI 48507** |

| 2.136. | State what the contract or lease is for and the nature of the debtor's interest | **NDA** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Orscheln Products LLC**<br>**1177 N Morley St**<br>**Moberly, MO 65270** |

Debtor 1   **Electric Last Mile , Inc.**
           First Name        Middle Name        Last Name

Case number *(if known)*   **22-10538 (MFW)**

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.137. | State what the contract or lease is for and the nature of the debtor's interest | **NDA** |
| | State the term remaining | |
| | List the contract number of any government contract | **OSC Solutions Inc.**<br>**1100 North Point Pkwy**<br>**West Palm Beach, FL 33407** |

| 2.138. | State what the contract or lease is for and the nature of the debtor's interest | **Services quote** |
| | State the term remaining | |
| | List the contract number of any government contract | **Packaging Concepts & Design**<br>**234 East Maple Rd**<br>**Troy, MI 48083** |

| 2.139. | State what the contract or lease is for and the nature of the debtor's interest | **NDA** |
| | State the term remaining | |
| | List the contract number of any government contract | **Panasonic Corporation of North America**<br>**2 Riverfront Plaza**<br>**Newark, NJ 07102** |

| 2.140. | State what the contract or lease is for and the nature of the debtor's interest | **NDA** |
| | State the term remaining | |
| | List the contract number of any government contract | **Papamarkou Wellner Asset Management**<br>**430 Park Avenue, 17th Floor**<br>**New York, NY 10022** |

| 2.141. | State what the contract or lease is for and the nature of the debtor's interest | **NDA** |
| | State the term remaining | |
| | List the contract number of any government contract | **Phononic, Inc.**<br>**800 Capitola Drive, Suite 7**<br>**Durham, NC 27713** |

| 2.142. | State what the contract or lease is for and the nature of the debtor's interest | **NDA** |
| | State the term remaining | **Pratt Miller Engineering and Fabrication**<br>**52900 Grand River Ave**<br>**New Hudson, MI 48165** |

Debtor 1  **Electric Last Mile , Inc.**

First Name    Middle Name    Last Name

Case number *(if known)*    **22-10538 (MFW)**



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any government contract _____

**2.143.** State what the contract or lease is for and the nature of the debtor's interest — **Separation agreement**

State the term remaining

List the contract number of any government contract _____

**Praveen Cherian**
**1055 W Square Lake Road**
**Troy, MI 48098**

**2.144.** State what the contract or lease is for and the nature of the debtor's interest — **Supplier PO**

State the term remaining

List the contract number of any government contract _____

**Premium Services, Inc.**
**25899 W Twelve Mile Rd Suite 250**
**Southfield, MI 48034**

**2.145.** State what the contract or lease is for and the nature of the debtor's interest — **Supplier NDA**

State the term remaining

List the contract number of any government contract _____

**Prosco. Co., Ltd**
**15-28,6gil, Dongtan-myeon**
**Hwaseong-si, Gyeonggi-do**
**Korea**

**2.146.** State what the contract or lease is for and the nature of the debtor's interest — **Supplier LOI**

State the term remaining

List the contract number of any government contract _____

**Prosco. Co., Ltd**
**15-28,6gil, Dongtan-myeon**
**Hwaseong-si, Gyeonggi-do**
**Korea**

**2.147.** State what the contract or lease is for and the nature of the debtor's interest — **Customer firm order agreement**

State the term remaining

List the contract number of any government contract _____

**Randy Marion Isuzu, LLC dba Randy Marion**
**205 W Plaza Dr**
**Mooresville, NC 28117**

| Debtor 1 | Electric Last Mile , Inc. | | | Case number *(if known)* | 22-10538 (MFW) |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.148. | State what the contract or lease is for and the nature of the debtor's interest | **Customer dealer agreement** | |
|---|---|---|---|
| | State the term remaining | | Randy Marion Isuzu, LLC dba Randy Marion |
| | List the contract number of any government contract | | 205 W Plaza Dr<br>Mooresville, NC 28117 |

| 2.149. | State what the contract or lease is for and the nature of the debtor's interest | **NDA** | |
|---|---|---|---|
| | State the term remaining | | REE Automotive Ltd. |
| | List the contract number of any government contract | | Kibbutz Glil-Yam, 4690500<br>Israel |

| 2.150. | State what the contract or lease is for and the nature of the debtor's interest | **Director indemnification agreement** | |
|---|---|---|---|
| | State the term remaining | | Richard Peretz |
| | List the contract number of any government contract | | (redacted) |

| 2.151. | State what the contract or lease is for and the nature of the debtor's interest | **NDA** | |
|---|---|---|---|
| | State the term remaining | | Riveron Consulting, LLC |
| | List the contract number of any government contract | | 2515 McKinney Avenue, Suite 1200<br>Dallas, TX 75201 |

| 2.152. | State what the contract or lease is for and the nature of the debtor's interest | **Supplier PO** | |
|---|---|---|---|
| | State the term remaining | | Rocknoo (RNL Technologoy) |
| | List the contract number of any government contract | | No. 02A, 10th Floor, Building 6, District 2, Shenz<br>Nanshan District, Shenzhen<br>China |

| 2.153. | State what the contract or lease is for and the nature of the debtor's interest | **Retention agreement** | |
|---|---|---|---|
| | State the term remaining | | Ronald Feldelsen |
| | | | 1055 W Square Lake Road<br>Troy, MI 48098 |

| Debtor 1 | **Electric Last Mile , Inc.** | | | Case number *(if known)* | **22-10538 (MFW)** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any government contract _____

---

**2.154.** State what the contract or lease is for and the nature of the debtor's interest    **Sourcing Approval**

State the term remaining

List the contract number of any government contract _____

**RVS/Safefleet**
**1797 Atlantic Ave**
**Brooklyn, NY 11233**

---

**2.155.** State what the contract or lease is for and the nature of the debtor's interest    **Supplier PO**

State the term remaining

List the contract number of any government contract _____

**RVS/Safefleet**
**1797 Atlantic Ave**
**Brooklyn, NY 11233**

---

**2.156.** State what the contract or lease is for and the nature of the debtor's interest    **Supplier NDA**

State the term remaining

List the contract number of any government contract _____

**Safe Fleet Acquisition Corp.**
**6800 East 163rd Street**
**Belton, MO 64012**

---

**2.157.** State what the contract or lease is for and the nature of the debtor's interest    **LOI**

State the term remaining

List the contract number of any government contract _____

**Samsong Industries Co. Ltd.**
**1005 Jungwoo Building, 13-25 Youido-don Youngdeung**
**Seoul**
**Korea**

---

**2.158.** State what the contract or lease is for and the nature of the debtor's interest    **NDA**

State the term remaining

List the contract number of any government contract _____

**Security Benefit Life Insurance Company**
**One Security Benefit Place**
**Topeka, KS 66636**

---

| Debtor 1 | Electric Last Mile , Inc. | | Case number (if known) | 22-10538 (MFW) |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.159. | State what the contract or lease is for and the nature of the debtor's interest | **Employment and Director indemnification agreements** | |
|---|---|---|---|
| | State the term remaining | | **Shauna McIntyre** |
| | List the contract number of any government contract | | **1055 W Square Lake Road Troy, MI 48098** |

| 2.160. | State what the contract or lease is for and the nature of the debtor's interest | **Supplier PO** | |
|---|---|---|---|
| | State the term remaining | | **Sichuan Weiyu Electric Co., Ltd** |
| | List the contract number of any government contract | | **Tianyu Science Technology Park, No. 1, Tumenjiang Deyang City, Sichuan China** |

| 2.161. | State what the contract or lease is for and the nature of the debtor's interest | **Supplier PO** | |
|---|---|---|---|
| | State the term remaining | | **Siemens Industry Software, Inc.** |
| | List the contract number of any government contract | | **PO box 2168 Carol Stream, IL 60132** |

| 2.162. | State what the contract or lease is for and the nature of the debtor's interest | **Supplier contract** | |
|---|---|---|---|
| | State the term remaining | | **SiRun (Wuxi) Technology Co. Ltd** |
| | List the contract number of any government contract | | **2501 Swan Tower, Wuxi Software Park Xinwu District, Wuxi City, Jiangsu Provi China** |

| 2.163. | State what the contract or lease is for and the nature of the debtor's interest | **NDA** | |
|---|---|---|---|
| | State the term remaining | | **SKF USA Inc.** |
| | List the contract number of any government contract | | **890 Forty Food Road, P.O. Box 352 Lansdale, PA 19446** |

| 2.164. | State what the contract or lease is for and the nature of the debtor's interest | **NDA** | |
|---|---|---|---|
| | State the term remaining | | **Smart Mobility Office** |
| | | | **6144 North Panasonic Way Denver, CO 80249** |

Debtor 1   **Electric Last Mile , Inc.**
_____
First Name          Middle Name          Last Name

Case number (if known)   **22-10538 (MFW)**
_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

| 2.165. | State what the contract or lease is for and the nature of the debtor's interest | **NDA** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Star Global Consulting, Inc.**<br>**1250 Borregas Avenue**<br>**Sunnyvale, CA 94089** |

| 2.166. | State what the contract or lease is for and the nature of the debtor's interest | **Supplier PO** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Suzhou JDS Electric Technology., Ltd**<br>**19 Xuqing Road**<br>**Suzhou**<br>**China** |

| 2.167. | State what the contract or lease is for and the nature of the debtor's interest | **Sub-sublease** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Tempo Interactive,  Inc.,**<br>**346 9th St**<br>**San Francisco, CA 94103** |

| 2.168. | State what the contract or lease is for and the nature of the debtor's interest | **NDA** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **The Dow Chemical Company**<br>**2211 H. H. Dow Way**<br>**Midland, MI 48641** |

| 2.169. | State what the contract or lease is for and the nature of the debtor's interest | **Retention, Employment, and Indemnification agreements** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Thomas  Dono**<br>**1055 W Square Lake Rd**<br>**Troy, MI 48098** |

| Debtor 1 | **Electric Last Mile , Inc.** | | Case number *(if known)* | **22-10538 (MFW)** |
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.170. | State what the contract or lease is for and the nature of the debtor's interest | **NDA** |
| | State the term remaining | |
| | List the contract number of any government contract | **Toyoda Gosei North American Corporation**<br>**1400 Stephenson Highway**<br>**Troy, MI 48083** |

| 2.171. | State what the contract or lease is for and the nature of the debtor's interest | **Services contract** |
| | State the term remaining | |
| | List the contract number of any government contract | **Transcenda Consulting, Inc.**<br>**330 HAMILTON ROW STE 300**<br>**Birmingham, MI 48009** |

| 2.172. | State what the contract or lease is for and the nature of the debtor's interest | **Services quote** |
| | State the term remaining | |
| | List the contract number of any government contract | **Transportation Research Center Inc.**<br>**10820 OH-347**<br>**East Liberty, OH 43319** |

| 2.173. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance Policy** |
| | State the term remaining | |
| | List the contract number of any government contract | **Travelers**<br>**485 Lexington Avenue**<br>**New York, NY 10017** |

| 2.174. | State what the contract or lease is for and the nature of the debtor's interest | **NDA** |
| | State the term remaining | |
| | List the contract number of any government contract | **Truck Accessories Group**<br>**28858 Ventra Drive**<br>**Elkhart, IN 46517** |

| 2.175. | State what the contract or lease is for and the nature of the debtor's interest | **NDA** |
| | State the term remaining | |
| | | **TUR Partners, LLC**<br>**900 N. Michigan Ave., Suite 1720**<br>**Chicago, IL 60611** |

Debtor 1   **Electric Last Mile , Inc.**
　　　　　First Name　　　　Middle Name　　　　Last Name

Case number *(if known)*   **22-10538 (MFW)**

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

List the contract number of any government contract _____

---

2.176.  State what the contract or lease is for and the nature of the debtor's interest     **NDA**

State the term remaining

List the contract number of any government contract _____

**UBS Securities LLC
1285 Avenue of the Americas
New York, NY 10019**

---

2.177.  State what the contract or lease is for and the nature of the debtor's interest     **Services quote**

State the term remaining

List the contract number of any government contract _____

**Vector North America Inc
39500 Orchard Hill Pl #400
Novi, MI 48375**

---

2.178.  State what the contract or lease is for and the nature of the debtor's interest     **NDA**

State the term remaining

List the contract number of any government contract _____

**VIA Motors International, Inc
165 Mountain Way Drive
Orem, UT 84058**

---

2.179.  State what the contract or lease is for and the nature of the debtor's interest     **NDA**

State the term remaining

List the contract number of any government contract _____

**Volta Trucks AB
Olof Palmesgata 29, 4th Floor
Stockholm, 111 22, Sweden 559204-5545
Sweden**

---

2.180.  State what the contract or lease is for and the nature of the debtor's interest     **NDA**

State the term remaining

List the contract number of any government contract _____

**Wejo Limited
Building 21, ABC, 23 Quay St
Manchester
UK**

---

Official Form 206G        **Schedule G: Executory Contracts and Unexpired Leases**        Page 33 of 35

Debtor 1    **Electric Last Mile , Inc.**

First Name    Middle Name    Last Name

Case number (*if known*)    **22-10538 (MFW)**

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.181. | State what the contract or lease is for and the nature of the debtor's interest | **NDA** | |
|---|---|---|---|
| | State the term remaining | | **WhiteHawk Capital Partners LP** |
| | List the contract number of any government contract | | **11601 Wilshire Blvd, Suite 1250 Los Angeles, CA 90025** |

| 2.182. | State what the contract or lease is for and the nature of the debtor's interest | **NDA** | |
|---|---|---|---|
| | State the term remaining | | **William Gibson** |
| | List the contract number of any government contract | | **196 New Gate Loop Lake Mary, FL 32746** |

| 2.183. | State what the contract or lease is for and the nature of the debtor's interest | **NDA** | |
|---|---|---|---|
| | State the term remaining | | **Wooshin Safety Systems Co. Ltd.** |
| | List the contract number of any government contract | | **295 Toseong-ro, Hyangnam-eup Hwaseong Gyeonggi Korea** |

| 2.184. | State what the contract or lease is for and the nature of the debtor's interest | **NDA** | |
|---|---|---|---|
| | State the term remaining | | **Workhorse Group, Inc.** |
| | List the contract number of any government contract | | **100 Commerce Drive Loveland, OH 45140** |

| 2.185. | State what the contract or lease is for and the nature of the debtor's interest | **Supplier PO** | |
|---|---|---|---|
| | State the term remaining | | **Workiva** |
| | List the contract number of any government contract | | **2900 University Blvd Ames, IA 50010** |

| 2.186. | State what the contract or lease is for and the nature of the debtor's interest | **Services quote** | |
|---|---|---|---|
| | State the term remaining | | **WUTEP Science and Technology Park, University of Science Wuhan China** |

Debtor 1  **Electric Last Mile , Inc.**

First Name    Middle Name    Last Name

Case number *(if known)*  **22-10538 (MFW)**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

| 2.187. | State what the contract or lease is for and the nature of the debtor's interest | **NDA** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Xos, Inc.**<br>**3550 Tyburn St.**<br>**Los Angeles, CA 90065** |

| 2.188. | State what the contract or lease is for and the nature of the debtor's interest | **Retention, Employment, and Indemnification agreements** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Yao (Rob) Song**<br>**1055 W Square Lake Rd**<br>**Troy, MI 48098** |

**Fill in this information to identify the case:**

Debtor name    **Electric Last Mile , Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **22-10538 (MFW)**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors     12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                  *Column 2:* **Creditor**

| | Name | Mailing Address | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|
| 2.1 | | Street | | | ☐ D ☐ E/F ☐ G |
| | | City    State    Zip Code | | | |
| 2.2 | | Street | | | ☐ D ☐ E/F ☐ G |
| | | City    State    Zip Code | | | |
| 2.3 | | Street | | | ☐ D ☐ E/F ☐ G |
| | | City    State    Zip Code | | | |
| 2.4 | | Street | | | ☐ D ☐ E/F ☐ G |
| | | City    State    Zip Code | | | |

**Fill in this information to identify the case:**

Debtor name  **Electric Last Mile , Inc.**

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known)  **22-10538 (MFW)**

☐ Check if this is an
    amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule*

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 22, 2022**          X **/s/ Rob Song**
                                            Signature of individual signing on behalf of debtor

                                            **Rob Song**
                                            Printed name

                                            **CFO and Treasurer**
                                            Position or relationship to debtor