# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| Electric Last Mile Solutions, Inc., *et al.*,[1] | Case No. 22-10537 (MFW) <br> (Jointly Administered) |
| Debtors. | |

### DECLARATION OF JOSEPH L. CHRISTENSEN IN SUPPORT OF INTERESTED PARTIES ASHLEY MORROW AND ALEX CAMARDA'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

I, Joseph L. Christensen, declare as follows:

1. I am a member of McCollom D'Emilio Smith Uebler LLC in Wilmington, Delaware, counsel for Ashley Morrow and Alex Camarda, and over the age of 18. I make this declaration based on my personal knowledge. If called as a witness, I could and would testify competently to the facts stated herein under oath.

1. Attached hereto as Exhibit A is a true and correct copy of the public version of the Verified Class Action Complaint filed on July 25, 2022 by Tiffany Geyer Lydon of Ashby & Geddes, 500 Delaware Avenue, 8th Floor, P.O. Box 1150, Wilmington, DE 19899.

2. Attached hereto as Exhibit B is a true and correct copy of the Demand for Inspection of Books and Records of Electric Last Mile Solutions Inc., pursuant to 8 *Del. C.* Section 220 dated June 24, 2022.

3. Attached hereto as Exhibit C is a true and correct copy of the Demand for Inspection of Books and Records of Electric Last Mile Solutions Inc., pursuant to 8 *Del. C.* Section 220 dated June 30, 2022.

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors are: Electric Last Mile Solutions, Inc. (8711) and Electric Last Mile, Inc. (0357).

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

      Executed this 2nd day of August, 2022.

                                        */s/ Joseph L. Christensen*
                                        Joseph L. Christensen (#5146)