Chapter 7 Matters

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Alan | Root | Chapter 7 Trustee | Archer & Greiner, P.C. |
| Samuel | Charlton | SSG Capital Advisors, LLC | SSG Capital Advisors, LLC |
| Patrick | Swanick | SSG Capital Advisors LLC | SSG Capital Advisors LLC |
| Neil | Gupta | Chapter 7 Trustee | SSG Capital Advisors |
| Linda | Casey | United States Trustee | |
| Mark | Hurford | DSA Systems, Inc. | AM Saccullo Legal, LLC |
| Benjamin | Hackman | Andrew R. Vara, U.S. Trustee for Region 3 | |
| Karen | Bifferato | Mullen Automotive Inc. | Connolly Gallagher LLP |
| David | Carickhoff | Chapter 7 Trustee | Archer & Greiner P.C. |
| Juliet | Sarkessian | U.S. Trustee | |
| Louann | Cromley | Trustee Assistant to George L. Miller | |
| GianClaudio | Finizio | SF Motors, Inc. | Bayard, P.A. |
| Gregory F | Laufer | AJ Capital Investment, LLC and Luo Pan Investments II, LLC | Paul, Weiss, Rifkind, Wharton & Garrison LLP |
| Andrew J | Ehrlich | AJ Capital Investment, LLC and Luo Pan Investments II, LLC | Paul, Weiss, Rifkind, Wharton & Garrison LLP |
| Roberto | Finzi | AJ Capital Investment, LLC and Luo Pan Investments II, LLC | Paul, Weiss, Rifkind, Wharton & Garrison LLP |
| Michael | Turkel | AJ Capital Investment, LLC and Luo Pan Investments II, LLC | Paul, Weiss, Rifkind, Wharton & Garrison LLP |
| Jacob A | Adlerstein | AJ Capital Investment, LLC and Luo Pan Investments II, LLC | Paul, Weiss, Rifkind, Wharton & Garrison LLP |
| Robertson M | McAnulty | AJ Capital Investment, LLC and Luo Pan Investments II, LLC | Paul, Weiss, Rifkind, Wharton & Garrison LLP |
| J. Scott | Victor | Trustee | SSG Advisors, LLC |
| Carl | Grumer | Mullen Automotive, Inc. | Manatt, Phelps & Phillips, LLP |
| John | Carroll | George L. Miller, Chapter 7 Trustee | Cozen O'Connor |
| Charlotte | Underwood | Barnes & Thornburg LLP | |
| Jonathan | Sundheimer | James Taylor | Barnes & Thornburg LLP |
| Uday | Gorrepati | N/A (ABI Project) | |
| Matthew | Arden | Electric Last Mile Solutions | SSG Capital Advisors, LLC |