**Exhibit 2**

Sale Notice

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> Electric Last Mile Solutions, Inc., *et al.*,<sup>1</sup> <br><br> Debtors. | Chapter 7 <br><br> Case No. 22-10537 (MFW) <br> (Jointly Administered) |

**NOTICE OF SALE HEARING**

**PLEASE TAKE NOTICE THAT** on September 16, 2022, David W. Carickhoff, the chapter 7 trustee (the "Trustee") of the bankruptcy estates of the above-captioned debtors (collectively, the "Debtors"), filed the *Amended Motion of David W. Carickhoff, Chapter 7 Trustee, for Entry of Orders (i)(a) Establishing Bidding Procedures Relating to the Sale of Substantially All of the Debtors' Assets; (b) Approving a Breakup Fee; (c) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (d) Scheduling a Hearing to Consider the Proposed Sale and Assumption and Assignment of Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts, and Approving the Form and Manner of Notice Thereof and (ii)(a) Approving the Proposed Sale; (b) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (c) Granting Related Relief* (the "Sale Motion").[2]

**PLEASE TAKE FURTHER NOTICE** that, by the Sale Motion, the Trustee seeks, among other things, to sell and assign substantially all of the Debtors' assets (the "Assets") to the successful purchaser free and clear of liens, claims, encumbrances and other interests pursuant to sections 363 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that, as referenced in the Sale Motion, the Trustee and Mullen Automotive Inc. (the "Stalking Horse Bidder") have entered into an asset purchase agreement (collectively with all exhibits and schedules, the "Stalking Horse APA"). The Stalking Horse APA proposes a transaction which would include (i) the purchase all of the Debtors' right, title and interests in the Assets and (ii) a transfer, assumption and assignment of the Debtors' rights and obligations under certain contracts and leases (the "Assigned Contracts") to the Stalking Horse Bidder under sections 105, 363 and 365 of the Bankruptcy Code (the "Stalking Horse Bid"). A copy of the Stalking Horse APA is attached to the Sale Motion.

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors are: Electric Last Mile Solutions, Inc. (8711) and Electric Last Mile, Inc. (0357)

[2] Unless otherwise defined herein, capitalized terms shall have the meanings ascribed to them in the Sale Motion or the Bidding Procedures (defined herein).

**PLEASE TAKE FURTHER NOTICE** that on _____, 2022, the Bankruptcy Court entered an Order (the "Bidding Procedures Order") approving the Bidding Procedures as set forth in the Sale Motion, which set the key dates and times related to the sale of the Assets. A copy of the Bidding Procedures Order and the Bidding Procedures can be obtained by contacting Archer & Greiner, P.C., Attn: Alan M. Root, Esq. (aroot@archerlaw.com), 300 Delaware Avenue, Suite 1100, Wilmington, DE 19801.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Bidding Procedures Order, Bids for the Assets shall be accepted until **October 3, 2022 at 5:00 p.m. (ET)** (the "Bid Deadline"). A Bid received from a Bidder on or before the Bid Deadline that meets the requirements of the Bidding Procedures shall constitute a "Qualified Bid"

**PLEASE TAKE FURTHER NOTICE** that if more than one Qualified Bid is received by the Bid Deadline, the Trustee will hold an auction on **October 6, 2022 at 1:00 p.m. (ET)**. At the Trustee's discretion, the auction will be held either (a) in person at the offices of Archer & Greiner, P.C. (300 Delaware Avenue, Suite 1100, Wilmington, DE 19801) or (b) or remotely by telephone or Zoom (or similar program).

**PLEASE TAKE FURTHER NOTICE** that a hearing will be held to approve the sale of the Assets to the Successful Bidder (the "Sale Hearing") before the Honorable Mary F. Walrath, via Zoom on **October 13, 2022 at 4:00 p.m. (ET)**, or at such time thereafter as counsel may be heard or at such other time as the Bankruptcy Court may determine. The Sale Hearing may be adjourned from time to time without further notice to creditors or parties in interest other than by filing a notice on the Court's docket for these chapter 7 cases.

**PLEASE TAKE FURTHER NOTICE** that objections to the Sale, if any, must: (i) be in writing; (ii) conform to the applicable provisions of the Bankruptcy Rules and the Local Rules for the United States Bankruptcy Court for the District of Delaware; (iii) state with particularity the legal and factual basis for the objection and the specific grounds therefor; and (iv) be filed with the Clerk of the Court at 824 Market Street, 3rd Floor, Wilmington, DE 19801 and served so as to be received no later than **October 5, 2022 at 4:00 p.m. (ET)** by (1) the Trustee, Archer & Greiner, P.C., 300 Delaware Avenue, Suite 1100, Wilmington, DE 19801, Attn: David W. Carickhoff (dcarickhoff@archerlaw.com); and (2) counsel to the Trustee, Archer & Greiner, P.C., 300 Delaware Avenue, Suite 1100, Wilmington, DE 19801, Attn: Alan Root (aroot@archerlaw.com). Service via e-mail is acceptable.

**PLEASE TAKE FURTHER NOTICE** THAT ANY PARTY OR ENTITY WHO FAILS TO TIMELY FILE AND SERVE AN OBJECTION TO THE SALE ON OR BEFORE THE OBJECTION DEADLINE IN ACCORDANCE WITH THE BIDDING PROCEDURES ORDER MAY BE FOREVER BARRED AND ESTOPPED FROM ASSERTING ANY OBJECTION TO THE SALE, INCLUDING WITH RESPECT TO THE TRANSFER OF THE ASSETS FREE AND CLEAR OF LIENS CLAIMS, ENCUMBRANCES AND OTHER INTERESTS AFFECTED THEREUNDER.

**PLEASE TAKE FURTHER NOTICE** that the Bidding Procedures Order contemplates a process to transfer, assume and assign Assigned Contracts. To the extent that the Trustee intends to transfer, assume and assign any Assigned Contracts counterparty will receive a separate notice consistent with the Bidding Procedures Order entered by the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Sale Hearing is subject to the full terms and conditions of the Sale Motion, Bidding Procedures Order, and Bidding Procedures, which shall control in the event of any conflict and the Trustee encourages parties in interest to review such documents in their entirety. A copy of the Sale Motion may be obtained from Archer & Greiner, P.C., Attn: Alan M. Root, Esq. (aroot@archerlaw.com; (302) 777-4350), 300 Delaware Avenue, Suite 1100, Wilmington, DE 19801.

Dated: _____, 2022

*/s/ Alan M. Root*
Alan M. Root (No. 5427)
ARCHER & GREINER, P.C.
300 Delaware Avenue, Suite 1100
Wilmington, DE 19801
Telephone: 302-777-4350
Facsimile: 302-777-4352
E-mail: aroot@archerlaw.com

*Counsel for the Chapter 7 Trustee*

225625187v2

3