**Exhibit 3**

**Cure Notice**

NY: 994876-2

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Electric Last Mile Solutions, Inc., *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 22-10537 (MFW)<br>(Jointly Administered) |

**NOTICE OF POTENTIAL ASSUMPTION AND ASSIGNMENT
OF CONTRACTS AND LEASES**

     **PLEASE TAKE NOTICE THAT** on September 16, 2022, David W. Carickhoff, the chapter 7 trustee (the "Trustee") of the bankruptcy estates of the above-captioned debtors (the "Debtors"), filed the *Amended Motion for Entry of Orders (I) (A) Establishing Bid Procedures for the Sale of Substantially all of the Debtors' Assets; (B) Approving a Breakup Fee; (C) Scheduling a Hearing to Consider the Proposed Sale and Approving the Form and Manner of Notice Thereof; (D) Establishing Procedures Relating to Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (D) Granting Related Relief and (II) (A) Approving the Proposed Sale; (B) Approving the Assumption and Assignment of Executory Contracts and/or Unexpired Leases; and (C) Granting Related Relief* (the "Sale Motion").[2]

     **PLEASE TAKE FURTHER NOTICE** that, by the Sale Motion, the Trustee sought, among other things, to sell all of the Debtors' right title and interest in to substantially all of the Debtor's assets (collectively, the "Acquired Assets").

     **PLEASE TAKE FURTHER NOTICE** that on \_\_\_\_, 2022, the Bankruptcy Court entered an Order (the "Bidding Procedures Order") approving the Bidding Procedures (the "Bidding Procedures") as set forth in the Sale Motion, which set the key dates and times related to the sale of the Acquired Assets.

     **PLEASE TAKE FURTHER NOTICE** that the Trustee has indicated on Schedule 1 attached hereto the list of Assigned Contracts that may be transferred, assumed and assigned to the Successful Bidder along with the cure amounts that the Trustee believes must be paid to cure all defaults (in each instance, the "Cure Amount").

     **PLEASE TAKE FURTHER NOTICE** that any non-Debtor party to an Assigned Contract shall be required to file an objection to the Cure Amount (the "Cure Objection") by _____ **at 4:00 p.m. (ET)** (the "Cure Objection Deadline"). Any Cure Objection must (i)

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors are: Electric Last Mile Solutions, Inc. (8711) and Electric Last Mile, Inc. (0357)

[2] Unless otherwise defined herein, capitalized terms shall have the meanings ascribed to them in the Sale Motion or the Bidding Procedures (defined herein).

be in writing; (ii) conform to the applicable provisions of the Bankruptcy Rules and the Local Rules; and (iii) state with specificity what cure the party to the Assigned Contract believes is required with appropriate documentation in support thereof. If no objection is timely received, the Cure Amount set forth in this Notice shall be controlling notwithstanding anything to the contrary in any Assigned Contract or other document as of the date of this Notice. Any Cure Objections not resolved between the parties shall be heard at a hearing fixed by the Court.

**PLEASE TAKE FURTHER NOTICE** that any counterparty to any Assigned Contract who wishes to object to the transfer, assumption and assignment of any Assigned Contract to the Successful Bidder ("Assumption and Assignment Objection"), including any objection based on lack of adequate assurance of future performance, shall file an objection no later than _____ **at 4:00 p.m. (ET)**. Any Assumption and Assignment Objection must (i) be in writing; (ii) conform to the applicable provisions of the Bankruptcy Rules and the Local Rules for the United States Bankruptcy Court for the District of Delaware; and (iii) state with specificity the legal and factual basis for such objection, and, if based on lack of adequate assurance of performance of the Assigned Contract, state with specificity the adequate assurance the party to the Assigned Contract believes is required with appropriate documentation in support thereof.

**PLEASE TAKE FURTHER NOTICE** that counterparties to Assigned Contracts may obtain financial and other adequate assurance information regarding the Successful Bidder by contacting counsel to the Trustee, Alan M. Root (302-356-6623; aroot@archerlaw.com).

**PLEASE TAKE FURTHER NOTICE** that any Cure Objection or Assumption and Assignment Objection shall be filed with the Clerk of the Court and served via e-mail on: (a) the Trustee, David W. Carickhoff (dcarickhoff@archerlaw.com); (b) counsel for the Trustee, Attn: Alan M. Root (aroot@archerlaw.com); (c) Office of the United States Trustee, Attn: Linda J. Casey (linda.casey@usdoj.gov); and (d) counsel for the Successful Bidder, Attn: \_\_\_\_\_.

**PLEASE TAKE FURTHER NOTICE** that any counterparty to any Assigned Contract who does not file a Cure Objection by the Cure Objection Deadline, shall be barred and estopped from objecting to the Cure Amount or asserting or claiming any Cure Amount (other than the Cure Amount listed on this Notice) against the Trustee, the Debtors' estates or the Successful Bidder.

**PLEASE TAKE FURTHER NOTICE** that any counterparty to an Assigned Contract who does not timely file an Assumption and Assignment Objection shall be deemed to have consented to the transfer, assumption and assignment of its Assigned Contract to the Successful Bidder and will be forever barred and estopped from objecting to such transfer, assumption and assignment on account of the Cure Amount, lack of adequate assurance or any other grounds.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Potential Assumption and Assignment of Contracts and Leases is subject to the full terms and conditions of the Sale Motion, Bidding Procedures Order, Bidding Procedures, and Sale Order which shall control in the event of any conflict and the Trustee encourages parties in interest to review such documents in their entirety. A copy of the Sale Motion, Bidding Procedures Order, Bidding Procedures, and/or Sale Order may be obtained from Archer & Greiner, P.C., Attn: Alan M. Root, Esq. (aroot@archerlaw.com; (302) 777-4350).

Dated: _____, 2022 */s/ Alan M. Root*
Alan M. Root (No. 5427)
Bryan J. Hall (No. 6285)
ARCHER & GREINER, P.C.
300 Delaware Avenue, Suite 1100
Wilmington, DE 19801
Telephone: 302-777-4350
Facsimile:  302-777-4352
E-mail: aroot@archerlaw.com

*Counsel for the Chapter 7 Trustee*

# SCHEDULE 1

**Assigned Contracts[3]**

| Title/Description of Contract | Contract Counterparties | Cure Cost |
|---|---|---|
|  |  |  |

225625186v2

---

[3] Each Assigned Contract on this Schedule shall be interpreted to include all amendments, supplements, and modifications thereto.

4