**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 7 |
| Electric Last Mile Solutions, Inc., *et al.*, [1] | Case No. 22-10537 (MFW) (Jointly Administered) |
| Debtors. | |

**NOTICE OF SELECTION OF STALKING HORSE BID AS SUCCESSFUL BID
AND CANCELLATION OF AUCTION**

       **PLEASE TAKE NOTICE THAT** on September 16, 2022, David W. Carickhoff, the chapter 7 trustee (the "Trustee")  of the bankruptcy estates of the above-captioned debtors (collectively, the "Debtors"), filed the *Amended Motion of David W. Carickhoff, Chapter 7 Trustee, for Entry of Orders (i)(a) Establishing Bidding Procedures Relating to the Sale of Substantially All of the Debtors' Assets; (b) Approving a Breakup Fee; (c) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (d) Scheduling a Hearing to Consider the Proposed Sale and Assumption and Assignment of Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts, and Approving the Form and Manner of Notice Thereof and (ii)(a) Approving the Proposed Sale; (b) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (c) Granting Related Relief* (the "Sale Motion").[2]

       **PLEASE TAKE FURTHER NOTICE** that, by the Sale Motion, the Trustee seeks, among other things, to sell and assign substantially all of the Debtors' assets (the "Assets") to the successful purchaser free and clear of liens, claims, encumbrances and other interests pursuant to sections 363 of the Bankruptcy Code.

       **PLEASE TAKE FURTHER NOTICE** that, as referenced in the Sale Motion, the Trustee and Mullen Automotive Inc. (the "Stalking Horse Bidder") have entered into an asset purchase agreement (collectively with all exhibits and schedules, the "Stalking Horse APA").  The Stalking Horse APA proposes a transaction which would include (i) the purchase all of the Debtors' right, title and interests in the Assets and (ii) a transfer, assumption and assignment of the Debtors' rights and obligations under certain contracts and leases to the Stalking Horse Bidder under sections 105,

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors are: Electric Last Mile Solutions, Inc. (8711) and Electric Last Mile, Inc. (0357)

[2]  Unless otherwise defined herein, capitalized terms shall have the meanings ascribed to them in the Sale Motion or the Bidding Procedures (defined herein).

363 and 365 of the Bankruptcy Code (the "Stalking Horse Bid").   A copy of the Stalking Horse APA is attached to the Sale Motion.

**PLEASE TAKE FURTHER NOTICE** that on September 22, 2022, the Bankruptcy Court entered an Order (the "Bidding Procedures Order") approving the Bidding Procedures as set forth in the Sale Motion, which set the key dates and times related to the sale of the Assets.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Bidding Procedures Order,  the deadline to submit bids for the Assets was October 3, 2022 at 5:00 p.m. (ET) (the "Bid Deadline").

**PLEASE TAKE FURTHER NOTICE** that  the Trustee received one bid by the Bid Deadline, which the Trustee has determined, in his business judgment, is not a Qualified Bid.[3]  The Trustee did not receive any other bids by the Bid Deadline.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Bidding Procedures, the Trustee has declared the Stalking Horse Bid as the Successful Bid and the Auction is **cancelled.**

**PLEASE TAKE FURTHER NOTICE** that a hearing will be held to approve the sale of the Assets to the Stalking Horse Bidder (the "Sale Hearing") before the Honorable Mary F. Walrath, via Zoom on **October 13, 2022 at 4:00 p.m. (ET)**.  The Sale Hearing may be adjourned from time to time without further notice to creditors or parties in interest other than by filing a notice on the Court's docket for these chapter 7 cases.

Dated:  October 4, 2022

/s/ Alan M. Root
Alan M. Root (No. 5427)
ARCHER & GREINER, P.C.
300 Delaware Avenue, Suite 1100
Wilmington, DE 19801
Telephone: 302-777-4350
Facsimile:  302-777-4352
E-mail: aroot@archerlaw.com

*Counsel for the Chapter 7 Trustee*

225759330v1

---

[3] The Trustee reserves the right to designate this bid as the Backup Bid in the event that the bidder improves the terms thereof in advance of the Sale Hearing.