# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| Electric Last Mile Solutions, Inc., *et al.*, [1] | Case No. 22-10537 (MFW) (Jointly Administered) |
| Debtors. | |

### CERTIFICATE OF SERVICE REGARDING NOTICE OF FILING PROPOSED FORM OF SALE ORDER

I, Alan M. Root, hereby certify that on October 9, 2022, I caused to be served true and correct copies of the *Notice of Filing Proposed Form of Sale Order* by electronic mail upon the parties listed on the attached service list.

Dated: October 9, 2022

By: */s/ Alan M. Root*
Alan M. Root (DE No. 5427)
Bryan J. Hall (DE No. 6285)
ARCHER & GREINER, P.C.
300 Delaware Avenue, Suite 1100
Wilmington, DE 19801
Telephone: 302-777-4350
Facsimile: 302-777-4352
Email: aroot@archerlaw.com
bjhall@archerlaw.com

*Counsel to the Chapter 7 Trustee*

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors are: Electric Last Mile Solutions, Inc. (8711) and Electric Last Mile, Inc. (0357)

## SERVICE LIST

Linda J. Casey
Office of United States Trustee
844 King Street
Suite 2207
Wilmington, DE 19801
Linda.Casey@usdoj.gov

Paul Weiss Rifkind Wharton Garrison LLP
Jacob A. Adlerstein
Andrew Ehrlich
Roberto Finzi
Gregory Laufer
1285 Avenue of the Americas
New York, NY 10019-6064
jadlerstein@paulweiss.com
AEhrlich@paulweiss.com
rfinzi@paulweiss.com
GLaufer@paulweiss.com

Brendan G. Best
Varnum LLP
160 W. Fort Street, 5th Floor
Detroit, MI 48226
bgbest@varnumlaw.com

Mark E. Felger Esq.
Gregory F. Fischer
Cozen O'Connor
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
mfelger@cozen.com
gfischer@cozen.com

Carl L. Grumer
Manatt, Phelps & Phillips
2049 Century Park East
Suite 1700
Los Angeles, CA 90067
cgrumer@manatt.com

Judith G. Miller
Jaffe Raitt Heuer & Weiss, P.C.
27777 Franklin Road
Suite 2500
Southfield, MI 48034
jmiller@jaffelaw.com

Matthew Stachel
Paul Weiss Rifkind Wharton & Garrison LLP
500 Delaware Avenue
Suite 200
Post Office Box 32
Wilmington, DE 19899-0032
mstachel@paulweiss.com

Joseph Christensen
McCollom D'Emilio Smith Uebler LLC
2751 Centerville Road
Little Falls Centre Two, Suite 401
Wilmington, DE 19808
jchristensen@mdsulaw.com

GianClaudio Finizio
Bayard, P.A.
600 North King Street
Suite 400
Wilmington, DE 19801
gfinizio@bayardlaw.com

Kara Hammond Coyle
Young Conaway Stargatt & Taylor LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
bankfilings@ycst.com

Maxwell R. Huffman
Scott & Scott Attorneys at Law LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101
mhuffman@scott-scott.com

Scott R. Jacobsen
Scott & Scott Attorneys at Law LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
sjacobsen@scott-scott.com

Joseph A. Pettigrew
Scott & Scott Attorneys at Law LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101
jpettigrew@scott-scott.com

David J Kozlowski
Joseph T. Moldovan
Morrison Cohen LLp
909 Third Ave.
New York, NY 1002
dkozlowski@morrisoncohen.com
bankruptcy@morrisoncohen.com

Karen C. Bifferato
Connolly Gallagher LLP
1201 North Market Street, 20th Floor
Wilmington, DE 19801
kbifferato@connollygallagher.com

Mark T Hurford
A.M. Saccullo Legal, LLC
27 Crimson King Drive
Bear, DE 19701
mark@saccullolegal.com

Geoffrey M. Johnson
Scott & Scott Attorneys at Law LLP
12434 Cedar Road, Suite 12
Cleveland Heights, OH 44106
gjohnson@scott-scott.com

Michael K. Yarnoff
Kubert, Himmelstein & Associates, P.C.
Two Penn Center Plaza
1500 JFK Boulevard, Suite 1020
Philadelphia, PA 19102
myarnoff@kehoelawfirm.com

Brian J. McLaughlin
Offit Kurman, PA
222 Delaware Avenue, Suite 1105
Wilmington, DE 19801
brian.mclaughlin@offitkurman.com

Kevin M. Capuzzi
Benesch Friedlander Coplan & Aronoff LLP
1313 North Market Street
Suite 1201
Wilmington, DE 19801-1611
kcapuzzi@beneschlaw.com

225777290v1