# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> Electric Last Mile Solutions, Inc., *et al.*,[1] <br><br> Debtors. | Chapter 7 <br><br> Case No. 22-10537 (MFW) <br> (Jointly Administered) <br><br> **Re: D.I. 99 & 120** |

## CERTIFICATION OF COUNSEL REGARDING REVISED
## PROPOSED FORM OF SALE ORDER

The undersigned hereby certifies as follows:

1. On September 16, 2022, David W. Carickhoff, the chapter 7 trustee (the "Trustee") of the bankruptcy estates of the above-captioned debtors (collectively, the "Debtors"), filed the *Amended Motion of David W. Carickhoff, Chapter 7 Trustee, for Entry of Orders (i)(a) Establishing Bidding Procedures Relating to the Sale of Substantially All of the Debtors' Assets; (b) Approving a Breakup Fee; (c) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (d) Scheduling a Hearing to Consider the Proposed Sale and Assumption and Assignment of Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts, and Approving the Form and Manner of Notice Thereof and (ii)(a) Approving the Proposed Sale; (b) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (c) Granting Related Relief* [D.I. 99] (the "Sale Motion").[2]

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors are: Electric Last Mile Solutions, Inc. (8711) and Electric Last Mile, Inc. (0357)

[2] Unless otherwise defined herein, capitalized terms shall have the meanings ascribed to them in the Sale Motion or the Bidding Procedures (defined herein).

2

2. On October 9, 2022, the Trustee filed a proposed form of order (the "Original Form Sale Order") approving a sale of the Acquired Assets to the Stalking Horse Bidder and granting the Sale Relief requested by the Sale Motion.

3. Since filing, the Trustee has revised the Original Form Sale Order in response to comments received from SF Motors, Inc. (d/b/a SERES) ("SFM"), Liuzhou Wuling Automobile Industrcy Co. ("Wuling") and the Office of the United States Trustee (the "OUST").  The Trustee understands that the revised form of order (the "Revised Form Sale Order") resolves the limited objections filed by SFM and Wuling as well as the informal comments from the OUST.

4. The Revised Form Sale Order is attached hereto as Exhibit A.  A redline reflecting the changes made to the Original Form Sale Order is attached hereto as Exhibit B.  The Revised Form Sale Order remains subject to final review and approval by the Stalking Horse Bidder.

Dated: October 13, 2022

*/s/ Alan M. Root*
Alan M. Root (No. 5427)
ARCHER & GREINER, P.C.
300 Delaware Avenue, Suite 1100
Wilmington, DE 19801
Telephone: 302-777-4350
Facsimile: 302-777-4352
E-mail: aroot@archerlaw.com

*Counsel for the Chapter 7 Trustee*

225828498v1