IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 7 |
| Electric Last Mile Solutions, Inc., *et al.*[1] ) | |
| ) | Case No. 22-10537 (MFW) |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | **Ref. Docket No. 117** |

**NOTICE OF WITHDRAWAL OF RESERVATION OF RIGHTS AND LIMITED OBJECTION OF LIUZHOU WULING AUTOMOBILE INDUSTRY CO. TO THE PROPOSED SALE**

PLEASE TAKE NOTICE that the *Reservation of Rights and Limited Objection of Liuzhou Wuling Automobile Industry Co. to the Proposed Sale* [Docket No. 117] filed on October 6, 2022, is hereby withdrawn without prejudice.

Dated: October 13, 2022
Wilmington, Delaware

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Lisa Bittle Tancredi*
Lisa Bittle Tancredi (Del. Bar No. 4657)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone:    (302) 252-4320
Facsimile:    (302) 252-4330
Email:    lisa.tancredi@wbd-us.com

*Counsel to Liuzhou Wuling Automobile Industry Co.*

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors are Electric Last Mile Solutions, Inc. (8711) and Electric Last Mile, Inc. (0357).

WBD (US) 59190083v1