| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Neil | Gupta | Chapter 7 Trustee | SSG Capital Advisors |
| Patrick | Swanick | SSG Capital Advisors | |
| Jeffrey | Wisler | Mullen Automotive, Inc. | Connolly Gallagher LLP |
| Alan | Root | Chapter 7 Trustee | Archer & Greiner, P.C. |
| David | Carickhoff | Chapter 7 Trustee | Archer & Greiner P.C. |
| Samuel | Charlton | SSG Advisors | SSG Advisors |
| Matthew | Arden | Electric Last Mile | SSG Capital Advisors |
| Brendan | Best | SF Motors, Inc. (d/b/a SERES) | Varnum LLP |
| Juliet | Sarkessian | U.S. Trustee | |
| GianClaudio | Finizio | SF Motors, Inc. | Bayard, P.A. |
| Brian | McLaughlin | Randy Marion Isuzu, LLC | |
| Robertson M | McAnulty | AJ Capital Investment, LLC and Luo Pan Investments II, LLC | Paul, Weiss, Rifkind, Wharton & Garrison LLP |
| Jacob A | Adlerstein | AJ Capital Investment, LLC and Luo Pan Investments II, LLC | Paul, Weiss, Rifkind, Wharton & Garrison LLP |
| Roberto | Finzi | AJ Capital Investment, LLC and Luo Pan Investments II, LLC | Paul, Weiss, Rifkind, Wharton & Garrison LLP |
| Andrew J | Ehrlich | AJ Capital Investment, LLC and Luo Pan Investments II, LLC | Paul, Weiss, Rifkind, Wharton & Garrison LLP |
| Gregory F | Laufer | AJ Capital Investment, LLC and Luo Pan Investments II, LLC | Paul, Weiss, Rifkind, Wharton & Garrison LLP |
| Michael | Turkel | AJ Capital Investment, LLC and Luo Pan Investments II, LLC | Paul, Weiss, Rifkind, Wharton & Garrison LLP |
| Mike | Legge | Reorg | |
| Lawrence | Gerschwer | Barnes & Thornburg LLP | |
| Lisa | Tancredi | Liuzhou Wuling Automobile Industry Co. | Womble Bond Dickinson (US) LLP |
| Mark | Hurford | DSA Systems, Inc. | A.M. Saccullo Legal |
| J. Scott | Victor | Trustee | SSG Advisors |
| Carl | Grumer | Mullen Automotive, Inc. | Manatt, Phelps & Phillips, LLP |
| Charlotte | Underwood | Barnes & Thornburg LLP | |
| JAMES | TAYLOR | James | JET Group |
| Eric | McAlexander | HTI Cybernetics | HTI Cybernetics |
| Ryan | Heilman | HTI Cybernetics, Inc. | Wernette Heilman PLLC |