# Notice Recipients

District/Off: 0311−1         User: admin              Date Created: 10/13/2022
Case: 22−10537−MFW           Form ID: trclaim         Total: 4

**Recipients of Notice of Electronic Filing:**
aty         Kara Hammond Coyle        bankfilings@ycst.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Electric Last Mile Solutions, Inc.    1055 W Square Lake Road     Troy, MI 48098
17560994    Argo Partners      12 West 37th St., Ste. 900     New York, NY 10018
17480635    Synergia Automotive, LLC      1965 Research Dr Suite 150     Troy, MI (Michigan) 48083     USA

TOTAL: 3