**CERTIFICATE OF SERVICE**

    I, Alan M. Root, hereby certify that on October 26, 2022, I caused to be served the foregoing motion by documents (i) by CM/ECF on all parties registered to receive notices in these cases and (ii) on all parties on the attached service list as indicated thereon.

                                                                */s/ Alan M. Root*
                                                                Alan M. Root (No. 5427)