## SERVICE LIST

**By Email:**

Linda A. Casey
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
Linda.Casey@usdoj.gov

Jacob A. Adlerstein
Andrew Ehrlich
Roberto Finzi
Paul Weiss Rifkind Wharton Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
jadlerstein@paulweiss.com
AEhrlich@paulweiss.com
rfinzi@paulweiss.com

Brendan G. Best
Varnum LLP
160 W. Fort Street
5th Floor
Detroit, MI 48226
bgbest@varnumlaw.com

GianClaudio Finizio
Bayard, P.A.
600 North King Street
Suite 400
Wilmington, DE 19801
gfinizio@bayardlaw.com

David J Kozlowski
Joseph T. Moldovan
Morrison Cohen LLP
909 Third Ave.
New York, NY 1002
dkozlowski@morrisoncohen.com
bankruptcy@morrisoncohen.com

Kara Hammond Coyle
Young Conaway Stargatt & Taylor LLP
1000 North King Street
Wilmington, DE 19801
bankfilings@ycst.com

Matthew Stachel
Paul, Weiss, Rifkind, Wharton & Garrison LLP
500 Delaware Avenue
Suite 200
Post Office Box 32
Wilmington, DE 19899-0032
mstachel@paulweiss.com

Mark E. Felger
Gregory F. Fischer
Cozen O'Connor
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
mfelger@cozen.com
gfischer@cozen.com

Brian J. McLaughlin
Offit Kurman, PA
222 Delaware Avenue
Suite 1105
Wilmington, DE 19801
brian.mclaughlin@offitkurman.com

Judith G. Miller
Jaffe Raitt Heuer & Weiss, P.C.
27777 Franklin Road
Suite 2500
Southfield, MI 48034
jmiller@jaffelaw.com

2

225909322v1

Joseph Christensen
McCollom D'Emilio Smith Uebler LLC
2751 Centerville Road
Little Falls Centre Two, Suite 401
Wilmington, DE 19808
jchristensen@mdsulaw.com

Carl L. Grumer
Manatt, Phelps & Phillips
2049 Century Park East
Suite 1700
Los Angeles, CA 90067
cgrumer@manatt.com

Scott R. Jacobsen
Scott & Scott Attorneys at Law LLP
The Helmsley Building
 230 Park Avenue, 17th Floor
New York, NY 10169
sjacobsen@scott-scott.com

Geoffrey M. Johnson
Scott & Scott Attorneys at Law LLP
12434 Cedar Road, Suite 12
Cleveland Heights, OH 44106
gjohnson@scott-scott.com

Joseph A. Pettigrew
 Scott & Scott Attorneys at Law LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101
jpettigrew@scott-scott.com

Michael K. Yarnoff
Kubert, Himmelstein & Associates, P.C.
Two Penn Center Plaza 1500 JFK Boulevard, Suite 1020 Philadelphia, PA 19102
myarnoff@kehoelawfirm.com

Karen C. Bifferato
Connolly Gallagher LLP
1201 North Market Street, 20th Floor
Wilmington, DE 19801
kbifferato@connollygallagher.com

Kevin M. Capuzzi
Benesch Friedlander Coplan & Aronoff LLP
1313 North Market Street, Suite 1201
Wilmington, DE 19801-1611
kcapuzzi@beneschlaw.com

Lisa Bittle Tancredi
Womble Bond Dickinson (US) LLP
1313 North Market Street, Suite 1200
Wilmington, DE 19801
Lisa.tancredi@wbd-us.com

**By Regular Mail:**

3 HTI LLC
7 Cliff Swallow Dr Ste 201
Medford, NJ 08055

3DS Man
3000 Atrium Way #296
Mount Laurel, NJ 08054

Accident Fund
200 N. Grand Ave.
PO Box 40790
Lansing, MI 48901-7990

Accident Fund General Insurance Company
200 N. Grand Ave.
PO Box 40790
Lansing, MI 48901-7990

3

ADP Canada Co.
3250 Bloor St W 16th Floor
Ontario
Canada

ADP, Inc.
1 ADP Boulevard
Roseland, NJ 07068

ADP, Inc.
1 ADP Boulevard
Roseland, NJ 07068

Adrian Steel Co
906 James St.
Adrian, MI 49221

Advantage Engineering Inc.
5000 Regal Drive
Oldcastle, Ontario
Canada

Altair Engineering
1820 E Big Beaver Rd
Troy, MI 48083

Alyeska Investment Group, L.P
77 West Wacker Drive, 7th Floor
Chicago, IL 60601

Amazon Internet Services Private Limited
Block E, 14th Floor, Unit Nos. 1401 to 1421, Inter
Nehru Place, New Delhi 110019.
India

Amp&Axle Consulting
4402 King Edward Avenue
Montreal, QC
Canada

Ample, Inc
100 Hooper St, Suite 25
San Francisco, CA 94117

ARKO Corp.
8565 Magellan Pkwy, Suite 400
Richmond, VA 23227

Autoliv
1320 Pacific Drive
Auburn Hills, MI 48326

AVL North America Corporate Services, In
47603 Halyard Drive
Plymouth, MI 48170

AXA / XL
100 Washington Blvd
Stamford, CT 06902

AXIS Insurance
92 Pitts Bay Road
Pembroke, HM Bermuda

Bank: Industrial and Commercial Bank of
345 California Street
San Francisco, CA 94104

Bank: Industrial and Commercial Bank of
345 California Street
San Francisco, CA 94104

Bank: Industrial and Commercial Bank of
345 California Street
San Francisco, CA 94104

Beazley USA Services, Inc.
30 Batterson Park Rd.
Farmington, CT 06032

Beneficiary: SF Motors, Inc. D/B/A Seres
3033 Scott Blvd.
Santa Clara, CA 95054

Beneficiary: SF Motors, Inc. D/B/A Seres
3033 Scott Blvd.
Santa Clara, CA 95054

Beneficiary: SF Motors, Inc. D/B/A Seres
3033 Scott Blvd.
Santa Clara, CA 95054

Benjamin Wu
1055 W Square Lake Rd
Troy, MI 48098

Biynah Industrial Partners
5353 Wayzata Blvd., Suite 205
Minneapolis, MN 55416

BlackRock Financial Management, Inc.
55 East 52nd Street
New York, NY 10055

BMC Group d/b/a SmartRoom
3732 W 120th St.
Hawthorne, CA 90250

Bobchuck LLC
224 West Marshall St
Femdale, MI 48220

BofA Securities, Inc.
One Bryant Park
New York, NY 10036

Bozhon Inc.
3094 Kenneth St
Santa Clara, CA 95054

Brian Krzanich
1210 MacDonald Ranch Drive
Henderson, NV 89012-7273

Burlington Insurance
238 International Dr
Burlington, NC 27215

BWI Chassis Dynamics (NA), Inc.
12501 E. Grand River Ave
Brighton, MI 48116

Canoo Technologies Inc.
19951 Mariner Ave.
Torrance, CA 90503

Canoo Technologies Inc.
19951 Mariner Ave.
Torrance, CA 90503

Cayman Dynamics
15201 Century Drive
Dearborn, MI 48120

ChargePoint Inc.
254 East Hacienda Avenue
Campbell, CA 95008

Chicago Southland CVB
19900 Governors Dr Suite 200
Olympia Fields, IL 60461

Chongqing Sokon Motors(Group) Imp. & Exp
No. 618 Liangjiang Avenue
Longxing, Yubei District, Chongqing
China

City and County of San Francisco Office
1 Dr Carlton B Goodlett Pl #140
San Francisco, CA 94102

Contemporary Amperex Technology Co., Lim
No. 2 Xin'gang Road Zhangwan Town
Ningde City, Fujian
China

5

Contemporary Amperex Technology Co., Lim
No. 2 Xin'gang Road Zhangwan Town
Ningde City, Fuijian
China

Contemporary Amperex Technology Co., Lim
No. 2 Xin'gang Road Zhangwan Town
Ningde City, Fuijian
China

Contemporary Amperex Technology Co., Lim
No. 2 Xin'gang Road Zhangwan Town
Ningde City, Fuijian
China

Continental Automotive Systems, Inc
One Continental Drive
Auburn Hills, MI 48326

Continental Safety Engineering Internati
Carl-Zeiss-Stra e 9, 63755
Alzenau
Germany

CONTINENTAL STOCK TRANSFER &
TRUST COMPANY
1 State St 30th floor
New York, NY 10004

Cox Automotive, Inc.
6205 Peachtree Dunwoody Road
Atlanta, GA 30328

Crawford Environmental Services, LLC
1701 Shenandoah Avenue, NW
Roanoke, VA 24017

Cubex Ltd
7423 Wilson Ave
Delta, BC
Canada

Cullen / Jacques Bolduc
32 Rue Duquet
Sainte-Therese, QC
Canada

Dassault Systemes Americas Corp
175 Wyman Street
Waltham, MA 02451

David Boris
17017 Brookwood Drive
Boca Raton, FL 33496-5929

Decorative Metal Solutions
33714 Doreka Dr.
Fraser, MI 48026

DEP Detroit Engineered Products
850 E Long Lake Rd # A
Tory, MI 48085

Deragon Inc.
390 De La Montagne
Montreal, QC
Canada

Diameter Capital Partners LP
55 Hudson Yards, Suite 29B
New York, NY 10001

Doering Fleet Management
15300 W. Capitol Dr.
Brookfield, WI 53005

EisnerAmper LLP
750 Third Avenue
New York, NY 10017

Element Materials Technology
27 485 George Merreli Drive
Warren, MI 48092

Enroute Inc.
18 Barton St #1024
San Francisco, CA 94133

6

EVgoServices LLC
11835West Olympic Blvd., Suite 900E
Los Angeles, CA 90064

Federal Insurance Company (Chubb)
202 Halls Mill Rd
Whitehouse Station, NJ 08889

Federal Insurance Company (Chubb) - Cent
P.O. Box 910
O'Fallon, MO 63366

Federal Insurance Company (Chubb) - East
P.O. Box 4700
Chesapeake, VA 23327-4700

FEV North America, Inc.
4554 Glenmeade Lane
Auburn Hills, MI 48326

Fisker Inc.
1888 Rosecrans Ave
Manhattan Beach, CA 90266

FitzWalter Capital (US) LLC
17 State Street, Level 40
New York, NY 10014

Fortress Investment Group LLC
1345 Avenue of the Americas, 46th Floor
New York, NY 10105

FORUM INVESTORS III LLC
1615 South Congress Avenue, Suite 103
Delray Beach, FL 33445

Forum Merger III Corporation
1615 South Congress Avenue, Suite 103
Delray Beach, FL 33445

Freedman Seating Company
4545 W Augusta Blvd
Chicago, IL 60651

Freedman Seating Company
4545 W Augusta Blvd
Chicago, IL 60651

Gamut Capital Management, L.P.
250 West 55th Street, 36th Floor
New York, NY 10019

Georgette G Dulworth
1055 W Square Lake Road
Troy, MI 48098

Geotab Inc.
2440 Winston Park Dr.
Oakville, Ontario
Canada

Globocam
155 Reverchon
Pointe-Claire, QC
Canada

Glovis America, Inc.
17305 Von Karman Ave, Suite 200
Irvine, CA 92614

GPM Investments, LLC
8565 Magellan Pkwy, Suite 400
Richmond, VA 23227

H&L Reunion Investments, LLC
1526 Corolla Ct.
Reunion, FL 34747

Hailiang Hu
1055 W Square Lake Rd
Troy, MI 48098

Hamilton Managing General Agency, LLC
400 Madison Avenue, Suite 16C
New York, NY 10017

Hampleton Ltd.
Taunusanlage 8
Frankfurt
Germany

7

Harbor Research Inc.
2601 Blake Street. Suite 100
Denver, CO 80205

HCL Americas, Inc. (HCL)
330 Potrero Ave
Sunnyvale, CA 94085

HDI Specialty
161 N Clark St FL 48
Chicago, IL 60601-3213

Hercules Electric Mobility, Inc.
2785 E Grand Blvd
Detroit, MI 48211

Hilco Commercial Industrial, LLC
5 Revere Drive, Suite 206
Northbrook, IL 60062

Himco Waste-Away Services, Inc.
707 North Wildwood Ave
Elkhart, IN 46514

Hyundai Mobis Co., Ltd.
203, Teheran-ro Gangnam-gu
Seoul
Korea

IEE International Electronics & Engineer
1 Rue de Campus
7795 Bissen
Luxembourg

Innovative Vehicles
3241 Benchmark Dr.
Ladson, SC 29456

International Fleet Sales Inc.
476 McCormick St.
San Leandro, CA 94577

InterRegs
21-23 East Street
Fareham, Hampshire
United Kingdom

Interstate Battery of Fort Wayne
525 Ley Rd
Fort Wayne, IN 46825

Interstate Battery of Hickory
3865 US Highway 321A Suite 580
Hudson, NC 28645-0580

James Taylor
1055 W Square Lake Rd
Troy, MI 48098

Jason Luo
1055 W Square Lake Rd
Troy, MI 48098

Jaydu
5975 Shiloh Rd #114
Alpharetta, GA 30005

Jinzhou Jinheng Automotive Safety System
No. 16, Section 4, Bohai St, Jinzhou economic and Liaoning
China

Jinzhou Jinheng Automotive Safety System
No. 16, Section 4, Bohai St, Jinzhou economic and Liaoning
China

Joe Lukens
4381 W. Gulf Dr.
Sanibel, FL 33957

Jonathan Ballon
1055 W Square Lake Rd
Troy, MI 48098

| | |
|---|---|
| Kearney (Shanghai) Enterprise Consulting<br>Jinmao Tower, No. 88, Century Avenue, 34th floor<br>Pudong New Area, Shanghai<br>China | Kennedy Lewis Investment Management LLC<br>111 W. 33rd Street, 19th Floor<br>New York, NY 10120 |
| Liberty Mutual<br>175 Berkeley Street<br>Boston, MA 02116 | Lime Rock New Energy, L.P.<br>274 Riverside Avenue, Suite 3<br>Westport, CT 06880 |
| Liuzhou Wuling Automobile Industry Co.,<br>Wuling Building, No. 18 Hexi Road<br>Liuzhou City, Guangxi<br>China | Liuzhou Wuling Automobile Industry Co.,<br>Wuling Building, No. 18 Hexi Road<br>Liuzhou City, Guangxi<br>China |
| Liuzhou Wuling Automobile Industry Co.,<br>Wuling Building, No. 18 Hexi Road<br>Liuzhou City, Guangxi<br>China | Liuzhou Wuling Automobile Industry Co.,<br>Wuling Building, No. 18 Hexi Road<br>Liuzhou City, Guangxi<br>China |
| Lloyds Syndicate<br>One Lime Street<br>London<br>United Kingdom | Lytx, Inc.<br>9785 Towne Centre Dr<br>San Diego, CA 92121 |
| Magnum Security Services Inc<br>601 S Bend Ave<br>South Bend, IN 46617 | Marcum LLP<br>730 Third Avenue<br>New York, NY 10017 |
| Markel<br>4521 Highwoods Parkway<br>Glen Allen, VA 23060 | Markel Service, Incorporated<br>4521 Highwoods Parkway<br>Glen Allen, VA 23060 |
| MathWorks<br>3 Apple Hill Drive<br>Natick, MA 01760-2098 | Merchants Automotive Group, LLC<br>14 Central Park Drive<br>Hooksett, NH 03106 |
| MGA Research Corporation<br>5000 Warren Road<br>Burlington, WI 53105 | Michigan Secretary of State<br>1111 E Long Lake Rd<br>Troy, MI 48085 |
| Midway Specialty Vehicles<br>2940 Dexter Dr.<br>Elkhart, IN 46514 | Miller Insurance<br>19 W Market St.<br>PO Box 445<br>Jonestown, PA 17039 |

Monarch Alternative Capital LP
535 Madison Avenue, 26th Floor
New York, NY 10022

MVSCS
Box 66
Selkirk, MB R1A 2B1
Canada

National Fleet Services, LLC
10100 Grinnell St.
Detroit, MI 48213

Nauto, Inc.
360 Portage Ave
Palo Alto, CA 94306

Neil Goldberg
7248 Morgan Road
Liverpool, NY 13090-4535

Nexus Business Solutions
100 W. Big Beaver, Suite 200
Troy, MI 48084

Oaktree Capital Management, L.P.
333 South Grand Ave., 28th Floor
Los Angeles, CA 90071

Optimal Electric Vehicles, LLC
29449 Old US Hwy 33
Elkhart, IN 46516

Orion Motor Company Inc
1159 W. Hill Rd
Flint, MI 48507

Orscheln Products LLC
1177 N Morley St
Moberly, MO 65270

OSC Solutions Inc.
1100 North Point Pkwy
West Palm Beach, FL 33407

Packaging Concepts & Design
234 East Maple Rd
Troy, MI 48083

Panasonic Corporation of North America
2 Riverfront Plaza
Newark, NJ 07102

Papamarkou Wellner Asset Management
430 Park Avenue, 17th Floor
New York, NY 10022

Phononic, Inc.
800 Capitola Drive, Suite 7
Durham, NC 27713

Pratt Miller Engineering and Fabrication
52900 Grand River Ave
New Hudson, MI 48165

Praveen Cherian
1055 W Square Lake Road
Troy, MI 48098

Premium Services, Inc.
25899 W Twelve Mile Rd Suite 250
Southfield, MI 48034

Prosco. Co., Ltd
15-28,6gil, Dongtan-myeon
Hwaseong-si, Gyeonggi-do
Korea

Prosco. Co., Ltd
15-28,6gil, Dongtan-myeon
Hwaseong-si, Gyeonggi-do
Korea

Randy Marion Isuzu, LLC dba Randy Marion
205 W Plaza Dr
Mooresville, NC 28117

Randy Marion Isuzu, LLC dba Randy Marion
205 W Plaza Dr
Mooresville, NC 28117

10

225909322v1

| | |
|---|---|
| REE Automotive Ltd.<br>Kibbutz Glil-Yam, 4690500<br>Israel | Richard Peretz<br>4487 Winged Foot Circle<br>Marietta, GA 30067-4651 |
| Riveron Consulting, LLC<br>2515 McKinney Avenue, Suite 1200<br>Dallas, TX 75201 | Rocknoo (RNL Technologoy)<br>No. 02A, 10th Floor, Building 6, District 2,<br>Shenz Nanshan District, Shenzhen<br>China |
| Ronald Feldelsen<br>1055 W Square Lake Road<br>Troy, MI 48098 | RVS/Safefleet<br>1797 Atlantic Ave<br>Brooklyn, NY 11233 |
| RVS/Safefleet<br>1797 Atlantic Ave<br>Brooklyn, NY 11233 | Safe Fleet Acquisition Corp.<br>6800 East 163rd Street<br>Belton, MO 64012 |
| Samsong Industries Co. Ltd.<br>1005 Jungwoo Building,<br>13-25 Youido-don Youngdeung<br>Seoul<br>Korea | Security Benefit Life Insurance Company<br>One Security Benefit Place<br>Topeka, KS 66636 |
| Shauna McIntyre<br>1055 W Square Lake Road<br>Troy, MI 48098 | Sichuan Weiyu Electric Co., Ltd<br>Tianyu Science Technology Park, No. 1,<br>Tumenjiang<br>Deyang City, Sichuan<br>China |
| Siemens Industry Software, Inc.<br>PO box 2168<br>Carol Stream, IL 60132 | SiRun (Wuxi) Technology Co. Ltd<br>2501 Swan Tower, Wuxi Software Park<br>Xinwu District, Wuxi City, Jiangsu Provi<br>China |
| SKF USA Inc.<br>890 Forty Food Road, P.O. Box 352<br>Lansdale, PA 19446 | Smart Mobility Office<br>6144 North Panasonic Way<br>Denver, CO 80249 |
| Star Global Consulting, Inc.<br>1250 Borregas Avenue<br>Sunnyvale, CA 94089 | Suzhou JDS Electric Technology., Ltd<br>19 Xuqing Road<br>Suzhou<br>China |
| Tempo Interactive, Inc.,<br>346 9th St<br>San Francisco, CA 94103 | The Dow Chemical Company<br>2211 H. H. Dow Way<br>Midland, MI 48641 |

Thomas Dono
1055 W Square Lake Rd
Troy, MI 48098

Transcenda Consulting, Inc.
330 HAMILTON ROW STE 300
Birmingham, MI 48009

Travelers
485 Lexington Avenue
New York, NY 10017

TUR Partners, LLC
900 N. Michigan Ave., Suite 1720
Chicago, IL 60611

Vector North America Inc
39500 Orchard Hill Pl #400
Novi, MI 48375

Volta Trucks AB
Olof Palmesgata 29, 4th Floor
Stockholm, 111 22, Sweden 559204-5545
Sweden

WhiteHawk Capital Partners LP
11601 Wilshire Blvd, Suite 1250
Los Angeles, CA 90025

Wooshin Safety Systems Co. Ltd.
295 Toseong-ro, Hyangnam-eup Hwaseong
Gyeonggi
Korea

Workiva
2900 University Blvd
Ames, IA 50010

Xos, Inc.
3550 Tyburn St.
Los Angeles, CA 90065

Toyoda Gosei North American Corporation
1400 Stephenson Highway
Troy, MI 48083

Transportation Research Center Inc.
10820 OH-347
East Liberty, OH 43319

Truck Accessories Group
28858 Ventra Drive
Elkhart, IN 46517

UBS Securities LLC
1285 Avenue of the Americas
New York, NY 10019

VIA Motors International, Inc
165 Mountain Way Drive
Orem, UT 84058

Wejo Limited
Building 21, ABC, 23 Quay St
Manchester
United Kingdom

William Gibson
196 New Gate Loop
Lake Mary, FL 32746

Workhorse Group, Inc.
100 Commerce Drive
Loveland, OH 45140

WUTEP
Science and Technology Park,
University of Science
Wuhan
China

Yao (Rob) Song
1055 W Square Lake Rd
Troy, MI 48098