# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Electric Last Mile Solutions, Inc., *et al.*,[1]<br><br>　　　　　　　　　Debtors. | Chapter 7<br><br>Case No. 22-10537 (MFW)<br>(Jointly Administered) |

## FIRST NOTICE OF POTENTIAL ASSUMPTION AND ASSIGNMENT OF CONTRACTS AND LEASES

**PLEASE TAKE NOTICE THAT** on September 16, 2022, David W. Carickhoff, the chapter 7 trustee (the "Trustee") of the bankruptcy estates of the above-captioned debtors (the "Debtors"), filed the *Amended Motion for Entry of Orders (I) (A) Establishing Bid Procedures for the Sale of Substantially all of the Debtors' Assets; (B) Approving a Breakup Fee; (C) Scheduling a Hearing to Consider the Proposed Sale and Approving the Form and Manner of Notice Thereof; (D) Establishing Procedures Relating to Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (D) Granting Related Relief and (II) (A) Approving the Proposed Sale; (B) Approving the Assumption and Assignment of Executory Contracts and/or Unexpired Leases; and (C) Granting Related Relief* (the "Sale Motion").[2]

**PLEASE TAKE FURTHER NOTICE** that, by the Sale Motion, the Trustee sought, among other things, to sell all of the Debtors' right title and interest in and to substantially all of the Debtor's assets (collectively, the "Acquired Assets").

**PLEASE TAKE FURTHER NOTICE** that on September 22, 2022, the Bankruptcy Court entered an Order (the "Bidding Procedures Order") approving the Bidding Procedures (the "Bidding Procedures") as set forth in the Sale Motion, which set the key dates and times related to the sale of the Acquired Assets.

**PLEASE TAKE FURTHER NOTICE** that on October 13, 2022, the Bankruptcy Court entered an Order (the "Sale Order"), *inter alia*, authorizing the sale of the Acquired Assets to Mullen Automotive, Inc. (the "Buyer").

**PLEASE TAKE FURTHER NOTICE** that the Trustee has indicated on Schedule 1 attached hereto a list of Assumed Contracts that may be transferred, assumed and assigned to the Buyer, pursuant to the terms of the Sale Order, along with the cure amounts that the Trustee believes must be paid to cure all defaults (in each instance, the "Cure Amount").

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors are: Electric Last Mile Solutions, Inc. (8711) and Electric Last Mile, Inc. (0357)

[2] Unless otherwise defined herein, capitalized terms shall have the meanings ascribed to them in the Sale Motion002E

NY: 994876-2

**PLEASE TAKE FURTHER NOTICE** that any non-Debtor party to an Assumed Contract who disagrees with the proposed Cure Amount shall be required to file an objection to the Cure Amount (a "Cure Objection") by **November 16, 2022 at 4:00 p.m. (ET)** (the "Cure Objection Deadline").  Any Cure Objection must (i) be in writing; (ii) conform to the applicable provisions of the Bankruptcy Rules and the Local Rules; and (iii) state with specificity what cure the party to the Assumed Contract believes is required with appropriate documentation in support thereof.  If no objection is timely received for a particular Assumed Contract, the Cure Amount set forth in this Notice shall be controlling for that Assumed Contract notwithstanding anything to the contrary in any Assumed Contract or other document as of the date of this Notice.  Any Cure Objections not resolved between the parties shall be heard at a hearing set by the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that any counterparty to any Assumed Contract who wishes to object to the transfer, assumption and assignment of any Assumed Contract to the Buyer (an "Assumption and Assignment Objection"), including any objection based on lack of adequate assurance of future performance, shall file an objection no later than **November 16, 2022 at 4:00 p.m. (ET)**.  Any Assumption and Assignment Objection must (i) be in writing; (ii) conform to the applicable provisions of the Bankruptcy Rules and the Local Rules for the United States Bankruptcy Court for the District of Delaware; and (iii) state with specificity the legal and factual basis for such objection, and, if based on lack of adequate assurance of future performance of the Assumed Contract, state with specificity the adequate assurance the party to the Assumed Contract believes is required with appropriate documentation in support for that contention.  Any Assumption and Assignment Objections not resolved between the parties shall be heard at a hearing set by the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that counterparties to Assumed Contracts may obtain financial and other adequate assurance information regarding the Buyer by contacting counsel to the Trustee, Alan M. Root (302-777-4350; aroot@archerlaw.com).

**PLEASE TAKE FURTHER NOTICE** that any Cure Objection or Assumption and Assignment Objection shall be filed with the Clerk of the Court and served via e-mail on: (a) the Trustee, David W. Carickhoff (dcarickhoff@archerlaw.com); (b) counsel for the Trustee, Attn: Alan M. Root (aroot@archerlaw.com); (c) Office of the United States Trustee, Attn: Linda J. Casey (linda.casey@usdoj.gov); and (d) counsel for the Buyer, Attn: Carl Grumer (cgrumer@manatt.com).

**PLEASE TAKE FURTHER NOTICE** that any counterparty to any Assumed Contract who does not timely serve and file a Cure Objection by the Cure Objection Deadline, shall be barred and estopped from objecting to the Cure Amount or asserting or claiming any Cure Amount (other than the Cure Amount listed on this Notice) against the Trustee, the Debtors' estates or the Buyer.

**PLEASE TAKE FURTHER NOTICE** that any counterparty to an Assumed Contract who does not timely serve and file an Assumption and Assignment Objection shall be deemed to have consented to the transfer, assumption and assignment of its Assumed Contract to the Buyer and will be forever barred and estopped from objecting to such transfer, assumption and assignment on account of the Cure Amount, lack of adequate assurance or any other grounds.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Potential Assumption and Assignment of Contracts and Leases is subject to the full terms and conditions of the Sale Motion, Bidding Procedures Order, Bidding Procedures, and Sale Order which shall control in the event of any conflict and the Trustee encourages parties in interest to review such documents in their entirety. A copy of the Sale Motion, Bidding Procedures Order, Bidding Procedures, and/or Sale Order may be obtained from Archer & Greiner, P.C., Attn: Alan M. Root, Esq. (aroot@archerlaw.com; (302) 777-4350).

Dated: November 2, 2022                    */s/ Alan M. Root*
                                            Alan M. Root (No. 5427)
                                            Bryan J. Hall (No. 6285)
                                            ARCHER & GREINER, P.C.
                                            300 Delaware Avenue, Suite 1100
                                            Wilmington, DE 19801
                                            Telephone: 302-777-4350
                                            Facsimile: 302-777-4352
                                            E-mail: aroot@archerlaw.com

                                            *Counsel for the Chapter 7 Trustee*