## SCHEDULE 1

**Assumed Contracts**[3]

| Non-Debtor Contract Counterparty | Title/Description of Contract(s) | Cure Amount |
|---|---|---|
| 3DS Man<br><br>3000 Atrium Way #296<br>Mount Laurel, NJ 08054<br>ghoffman@3hti.com | Supplier Agreement | $0.00 |
| Advantage Engineering Inc.<br><br>5000 Regal Drive<br>Windsor, ON (Ontario) L0L 1N9<br>Canada<br>stv.ar@sybridgetech.com | LOI | $0.00 |
| Autoliv<br>1320 Pacific Drive<br>Auburn Hills, MI 48326<br>raj.valera@autoliv.com | LOI | $0.00 |
| Bozhon, Inc.<br><br>3094 Kenneth St.<br>Santa Clara, CA 95054<br>charles.xie@bozhon.com | Supplier Agreement | $1,039,995.00 |

---

[3] Each Assumed Contract on this Schedule shall be interpreted to include all amendments, addenda, supplements, and modifications thereto.

| | | |
|---|---|---|
| BWI Chassis Dynamics (NA), Inc.<br><br>12501 E. Grand River Ave.<br>Brighton, MI 48116<br>oana.lucaci@bwigroup.com | Supplier Agreement | $296,530.00 |
| Cayman Dynamics<br><br>15201 Century Drive<br>Dearborn, MI 48120<br>john@caymandynamics.com | Services Agreement | $59,700.00 |
| Contemporary Amperex Technology Co., Limited<br><br>No. 2 Xin'gang Road<br>Zhangwan Town<br>Ningde City, Fuijian, 150 (Fujian)<br>China 35210<br>tangyy2@catl.com | Nomination Letter<br>Supplier Direct Sourcing Agreement<br>Supplier Agreement<br>Cooperation Agreement | $0.00 |
| Continental Automotive GmbH/Continental Automotive Romania S.R.L.<br><br>123 IDK<br>Regensburg, 06 (Hessen) 93009<br>Germany<br>stefanie.triller@continental.com<br><br>Strada Siemens nr. 1<br>300704, Timisoara<br>Romania<br>Cristina-ileana.radasanu@continental.com | Supplier Agreement/Quotation for ELMS Restraint Module | $70,878.00 |

| | | |
|---|---|---|
| Continental Automotive GmbH/Continental Safety Engineering International GmbH<br><br>123 IDK<br>Regensburg, 06 (Hessen) 93009<br>Germany<br>stefanie.triller@continental.com<br><br>Carl-Zeiss-Str. 9<br>63755 Alzenau<br>Germany<br>Uwe.gierath@contintental.com | Supplier Agreement/Algorithm Application for ELMS UDP based on T21 ACU | $0.00 |
| Continental Automotive Systems, Inc.<br><br>One Continental Drive<br>Auburn Hills, MI 48326<br>elke.small@continental.com | Engineering Services Sales and Services Agreement | $90,874.65 |
| Decorative Metal Solutions<br><br>33714 Doreka Dr.<br>Fraser, MI 48026<br>andrew@decmetalsol.com<br><br>Driggers, Schultz & Herbst<br>3331 W. Big Beaver Road Suite 101<br>Troy, MI 48084<br>wschaefer@driggersschultz.com | Supplier PO | $27,181.00 |

| | | |
|---|---|---|
| DSA Systems, Inc.<br><br>1389 Wheaton Ave., Suite 800<br>Troy, MI 48083<br>michael.wells@dsasystems.com<br><br>27777 Franklin Road, Suite 2500<br>Soutfield, MI 48034<br>Attn: Judith Miller<br>jmiller@jaffelaw.com | End of Line Testing License Agreement | $301,617.00 |
| Freedman Seating Company<br><br>4545 W Augusta Blvd.<br>Chicago, IL 60651<br>lynn.crim@freedmanseating.com | Supplier Agreement | $7,582.00 |
| IEE International Electronics & Engineering S.A.<br><br>1 Rue de Campus<br>7795 Bissen,<br>Luxembourg<br>iee@iee.lu | Conditions of Sale | $325,800.00 |
| Jaydu LLC<br><br>5975 Shiloh Rd. #114<br>Alpharetta, GA 30005<br><br>460 Stull St.<br>Suite 300<br>South Bend, IN 46601<br>csshashi@jaydu.com | Services Proposal | $57,500.00 |

| | | |
|---|---|---|
| Jinzhou Jinheng Automotive Safety System Co., Ltd.<br><br>No. 16, Section 4, Bohai Street<br>Jinzhou Eco & Tech Development Zone, P.R<br>Liaoning Province<br>China 121007<br>Jiangkai@jinhengairbag.com | Supplier Agreement | $203,575.00 |
| Liuzhou Wuling Automobile Industry Co., Ltd<br><br>Attn: Junqiang Xin<br>No. 18, Hexi Road<br>Liuzhou City<br>Guangxi Province<br>China 545007<br>xinjunqiang@wuling.com.cn<br><br>Lisa Bittle Tancredi<br>Womble Bond Dickinson (US) LLP<br>1313 North Market Street, Suite 1200<br>Wilmington, DE 19801<br>Lisa.Tancredi@wbd-us.com | Framework Agreement of Cooperation<br>Master Purchase Agreement<br>Supplemental Agreement | $4,600,000.00 |
| MGA Research Corporation<br><br>5000 Warren Road<br>Burlington, WI 53105<br><br>446 Executive Drive<br>Troy, Michigan 48083<br>susan.stone@mgaresearch.com | Safety Testing Agreement/Quote | $277,620.00 |

| | | |
|---|---|---|
| Nanjing Automobile Import and Export Co., Ltd<br><br>2 Lijing Rd., 9th Floor<br>Nanjing, 100 (Jiangsu)<br>China 210061<br><br>C/o Max Newman<br>201 West Big Beaver Road, Suite 1200<br>Troy, MI 48084<br>Newman@butzel.com | Development Contract | $1,640,534.00 |
| Prosco. Co., Ltd.<br><br>15-28, 6gil, Dongtan-myeon<br>Hwaseong-si, Gyeonggi-do<br>Korea<br><br>C/o Max Newman<br>201 West Big Beaver Road, Suite 1200<br>Troy, MI 48084<br>Newman@butzel.com | Supplier Agreement | $723,343.00 |
| Samsong Industry Co.<br><br>1005 Jungwoo Building<br>13-25 Youido-dong Youngdeungpo-gu, 11<br> Seoul, South Korea<br>seungyoon@samsong.co.kr | LOI/Supplier Agreement | $87,423.00 |

| | | |
|---|---|---|
| Siemens Industry Software Inc.<br><br>5800 Granite Parkway<br>Plano, TX 75024<br><br>5755 New King Street<br>Troy, Michigan 48098<br>George.nieva@siemens.com<br>Steven.lombardi@siemens.com | Cloud Managed Services Agreement | $0.00 |
| Sirun (Wuxi) Technology Co. Ltd.<br><br>2501,Swan Tower,Wuxi Software Park<br>Xinwu District,Wuxi City,Jiangsu Province<br>China<br>chunxia.liu@sirun.net | Contract for Project on Telematics Service & Fleet Management System | $507,026.00 |
| Suzhou JDS Electric Technology., Ltd<br><br>198 Xuqing Rd.<br>Suzhou, Jiangsu, 100 (Jiangsu)<br>China 2151259<br>jacky.wu@jdstek.com | Supplier Agreement | $0.00 |
| Venshure Test Services<br><br>18600 W Old Highway 12<br>Chelsea, Michigan 48118<br>dploucha@venshuretest.com | Engineering and Test Contract | $25,000.00 |

225973074v1