**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Electric Last Mile Solutions, Inc., *et al.*, [1]<br><br>Debtors. | Chapter 7<br><br>Case No. 22-10537 (MFW)<br>(Jointly Administered)<br><br>**Re: D.I. 145** |

**CERTIFICATE OF NO OBJECTION REGARDING
SECOND MOTION OF THE CHAPTER 7 TRUSTEE FOR AN ORDER
EXTENDING THE DEADLINE TO ASSUME OR REJECT
CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

On October 26, 2022, David W. Carickhoff, Chapter 7 Trustee of the bankruptcy estates of the above-captioned debtors (the "Trustee"), filed the *Second Motion of the Chapter 7 Trustee for an Order Extending the Deadline to Assume or Reject Certain Executory Contracts and Unexpired Leases* [D.I. 145] (the "Motion"). The notice appended to the Motion set November 2, 2022, at 4:00 p.m. (ET) as the deadline to file and serve objections or responses to the Motion.

The undersigned certifies, as of the date hereof, he has received no formal or informal response to the Motion. The undersigned further certifies he has caused the review of the Court's docket in these cases and no response to the Motion appears thereon.

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors are: Electric Last Mile Solutions, Inc. (8711) and Electric Last Mile, Inc. (0357)

225988551v1

2

WHEREFORE, the Trustee respectfully requests that the Court enter the proposed Order in the form attached to the Motion.

Dated: November 4, 2022

*/s/ Alan M. Root*
Alan M. Root (No. 5427)
ARCHER & GREINER, P.C.
300 Delaware Avenue, Suite 1100
Wilmington, DE 19801
Telephone: 302-777-4350
Facsimile: 302-777-4352
Email: aroot@archerlaw.com

*Counsel for the Chapter 7 Trustee*

225988551v1