# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

| | |
|---|---|
| **In Re:**<br>Electric Last Mile Solutions, Inc. | **Chapter:** 7 |
| **EIN:** 84–2308711<br>Forum Merger III Corporation | **Case No.:** 22–10537–MFW |
| | Claim No.* (if known): 51<br>Amount (if known): $224,304.69 |

### NOTICE OF TRANSFER OF CLAIM

To BlueWater Technologies Group, Inc. Claimant/Transferor:

    YOU ARE HEREBY NOTIFIED that on 11/3/2022, a Transfer of Claim was filed with this Court purporting to transfer to Hain Capital Investors Master Fund, LTD, Transferee, a claim previously filed by you.

    Any objection to this Transfer must be in writing and filed with the Clerk at the address below within (21) days of the date of this Notice, and a copy served on the Transferee. If no objection is timely received by the Court, the Transferee will be substituted as the original claimant without further order of the Court.

| | |
|---|---|
| Clerk of Court<br>United States Bankruptcy Court<br>District of Delaware<br>824 Market Street<br>Wilmington, DE 19801 | Transferee<br>Hain Capital Investors Master Fund, LTD<br>301 Route 17 North<br>7th Floor<br>Rutherford, NJ 07070 |

Dated: 11/6/2022

_Una O'Boyle_

Una O'Boyle, Clerk of Court

*Claim no. as assigned by the Court, which may be different from the claim no. as assigned by the Trustee.