## SCHEDULE 1

**Assumed Contracts**[3]

| Non-Debtor Contract Counterparty | Title/Description of Contract(s) | Cure Amount |
|---|---|---|
| Mahindra North American Technical Center, Inc.<br><br>275 Rex Road<br>Auburn Hills, Michigan 48326<br><br>Doron Yitzchaki<br>350 S. Main Street Suite 300<br>Ann Arbor MI 48104<br>DYitzchaki@dickinsonwright.com | Sublease for 1055 W. Square Lake Road, Troy, Michigan | $21,750 |

226029516v1

---

[3] Each Assumed Contract on this Schedule shall be interpreted to include all amendments, addenda, supplements, and modifications thereto.

NY: 994876-2