# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| Electric Last Mile Solutions, Inc., *et al.*, [1] | Case No. 22-10537 (MFW) <br> (Jointly Administered) |
| Debtors. | **Hearing Date: February 8, 2023 at 2:00 p.m. (ET)** <br> **Objection Deadline: January 27, 2023 at 4:00 p.m. (ET)** |

## NOTICE OF THIRD MOTION OF THE CHAPTER 7 TRUSTEE FOR AN ORDER PURSUANT TO 11 U.S.C. § 365(d)(1) EXTENDING THE DEADLINE TO ASSUME OR REJECT CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES

PLEASE TAKE NOTICE that David W. Carickhoff, the Chapter 7 Trustee (the "Trustee") of the above-captioned Debtors' Estates, has filed the **Third Motion of the Chapter 7 Trustee for an Order Pursuant to 11 U.S.C. § 365(d)(1) Extending the Deadline to Assume or Reject Certain Executory Contracts and Unexpired Leases** (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

Any responses or objections to the Motion must be made in writing and filed on or before **January 27, 2023 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline") with the Bankruptcy Court. At the same time, you must also serve a copy of the response upon counsel to the Trustee listed below so that the response is received on or before the Objection Deadline.

If an objection is timely filed, a hearing on the Motion will be held on **February 8, 2023 at 2:00 p.m. (Eastern Time)** before the Honorable Mary F. Walrath, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom #4, Wilmington, Delaware 19801. It currently is anticipated that the hearing will be held remotely via Zoom. Notice and details regarding participation in the hearing will be provided separately in advance of the hearing.

**If no objection is timely raised in accordance with the procedures set forth above, the Bankruptcy Court may enter an order approving the Motion without further notice or hearing.**

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors are: Electric Last Mile Solutions, Inc. (8711) and Electric Last Mile, Inc. (0357).

226459726v1

| | |
|---|---|
| Dated: January 10, 2023 | ARCHER & GREINER, P.C. |
| | |
| | */s/ Alan M. Root*<br>Alan M. Root (No. 5427)<br>300 Delaware Avenue, Suite 1100<br>Wilmington, DE 19801<br>Telephone: 302-777-4350<br>Facsimile:  302-777-4352<br>Email:  aroot@archerlaw.com |
| | |
| | *Counsel for the Chapter 7 Trustee* |

226459726v1