# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| ELECTRIC LAST MILE SOLUTIONS, INC.,[1] | Case No. 22-10537 (MFW) <br> (Jointly Administered) |
| Debtors. | **Objection Deadline: 2/15/23 @ 4:00 p.m. (ET)** <br> **Hearing Date: 2/22/23 @ 2:00 p.m. (ET)** |

## SUMMARY COVER SHEET TO
## FIRST INTERIM FEE APPLICATION OF MILLER, CANFIELD, PADDOCK AND STONE, P.L.C. AS SPECIAL COUNSEL TO DAVID W. CARICKHOFF, THE CHAPTER 7 TRUSTEE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JULY 8, 2022, THROUGH DECEMBER 31, 2022

| | |
|---|---|
| *Name of Applicant*: | Miller, Canfield, Paddock and Stone, P.L.C. |
| *Authorized to Provide Professional Services to*: | David W. Carickhoff, the Chapter 7 Trustee |
| *Date of Employment*: | August 19, 2022, effective as of July 8, 2022 |
| *Period for which Compensation and Reimbursement is Sought*: | July 8, 2022, through December 31, 2022 |
| *Amount of Compensation Sought as Actual, Reasonable, and Necessary*: | $17,504.70 |
| *Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary*: | $0 |

This is a(n):  ___ monthly  _✓_ interim  ___ final application

| Interim Fee Applications || Amounts Requested || Amounts Approved to Date ||
|---|---|---|---|---|---|
| **Date Filed** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| TBD | 7/8/22 – 12/31/22 (First Interim) | $17,504.70 | $0 | $0 | $0 |

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable are: Electric Last Mile Solutions, Inc. (8711); Electric Last Mile, Inc. (0357).

226561207v1

**Summary of Hours and Fees Billed by Each Attorney and Paraprofessional During the Application Period**

| Name | Position | Practice Group (Attorney Year of Admission) | Hourly Rate | Hours Billed | Fees Billed |
|---|---|---|---|---|---|
| Marc N. Swanson | Principal | Bankruptcy and Insolvency (2007) | $545.00 | 5.80 | 3,161.00 |
| Ronald A. Spinner | Principal | Bankruptcy and Insolvency (2009) | $510.00 | 0.70 | 357.00 |
| Samantha A. Kopacz | Principal | Employment and Labor (2007) | $485.00 | 25.30 | 12,270.50 |
| Brian T. Gallagher | Senior Counsel | Employment and Labor (2008) | $450.00 | 0.30 | 135.00 |
| Robin M. Wysocki | Paralegal | Bankruptcy and Insolvency | $268.00 | 5.90 | 1,581.20 |
| | | | Blended Hourly Rate for the Above Individuals: $460.65 | | |
| | | | **Total Hours and Fees:** | **38.00** | **17,504.70** |

226561207v1

**Summary of Hours and Fees by Task Description**

| Task Description | Total Hours | Total Fees |
|---|---|---|
| Employee Benefit Plan and Distribution | 25.60 | 12,405.50 |
| Miller Canfield Retention and Compensation Matters | 12.40 | 5,099.20 |

226561207v1

- 4 -

**Summary of Reimbursable Expenses Incurred During the Application Period**

No expenses were incurred during the Application Period.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| ELECTRIC LAST MILE SOLUTIONS, INC.,[1] | Case No. 22-10537 (MFW) <br> (Jointly Administered) |
| Debtors. | **Objection Deadline: 2/15/23 @ 4:00 p.m. (ET)** <br> **Hearing Date: 2/22/23 @ 2:00 p.m. (ET)** |

**FIRST INTERIM FEE APPLICATION OF MILLER, CANFIELD, PADDOCK AND STONE, P.L.C. AS SPECIAL COUNSEL TO DAVID W. CARICKHOFF, THE CHAPTER 7 TRUSTEE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JULY 8, 2022, THROUGH DECEMBER 31, 2022**

Miller, Canfield, Paddock and Stone, P.L.C. ("Miller Canfield"), special counsel to David W. Carickhoff, in his capacity as the chapter 7 trustee (the "Trustee") of the bankruptcy estate of Electric Last Mile Solutions, Inc. and Electric Last Mile, Inc. (the "Debtors"), files this first interim fee application for compensation and reimbursement of expenses (the "Fee Application") requesting allowance and payment of fees for professional services rendered and reimbursement of costs expended as special counsel to the Trustee during the period from July 8, 2022, through and including December 31, 2022 (the "Application Period"). In support of this Fee Application, Miller Canfield respectfully states as follows:

## Jurisdiction

1.     The Court has jurisdiction over this matter under 28 U.S.C. § 1334. This is a core proceeding within the meaning of 28 U.S.C. §§ 157(b)(2). Venue of this chapter 7 case in this district is proper under 28 U.S.C. §§ 1408 and 1409. The bases for the relief requested in this Fee Application are sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code")

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable are: Electric Last Mile Solutions, Inc. (8711); Electric Last Mile, Inc. (0357)

226561207v1

the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and the Del. Bankr. L.R. 2016-2.

**Background**

1. On June 14, 2022 (the "Petition Date"), the Debtors filed with this Court voluntary petitions for relief under chapter 7 of the Bankruptcy Code.

2. David W. Carickhoff has been appointed as interim trustee of the Debtors' Estates pursuant to Bankruptcy Code section 701(a) (the "Trustee").

3. Prior to the Petition Date, the Debtors maintained that certain Electric Last Mile, Inc. Union Defined Benefit Plan ("Benefit Plan").

4. Prior to the Petition Date, Debtor, Electric Last Mile, Inc., retained Miller Canfield to provide legal assistance with respect to the Benefit Plan, including assistance with termination and wind-down thereof.

5. The Debtors, with the assistance of Miller Canfield, began the termination and wind-down process for the Benefit Plan pre-petition.

6. Post-petition, the Trustee sought to formally retain Miller Canfield so that it could complete the termination and wind-down process for the Benefit Plan in a cost-effective and efficient manner. To that end, on August 3, 2022, the Trustee filed the *Application of the Chapter 7 Trustee for an Order Authorizing Retention of Miller, Canfield, Paddock and Stone, P.L.C., as Special Counsel to the Chapter 7 Trustee, Effective as of July 8, 2022* [ECF No. 72] (the "Employment Application") seeking authority to retain and employ Miller Canfield as special counsel to the Trustee, pursuant to Bankruptcy Code sections 327(e) and 328(a), Bankruptcy Rule 2014(a), and Del. Bankr. L.R. 2014-1, effective as of July 8, 2022. The Employment Application disclosed, among other things, that Miller Canfield received a retainer in the amount of $25,000.00,

paid by Debtor, Electric Last Mile, Inc., on or about May 20, 2022 (the "Retainer").  On June 13, 2022, Miller Canfield billed the amount of $17,676.50 against the Retainer for certain fees and expenses accrued prior to the Petition Date.  The remaining Retainer amount is $7,323.50.

7. On August 19, 2022, the Court entered an order approving the Employment Application [ECF No. 83] (the "Employment Order").

8. The Trustee retained Miller Canfield as his special counsel to complete the termination and wind-down process for the Benefit Plan (the "Special Counsel Benefit Plan Matters").  Miller Canfield's role did not include other aspects of the Debtors' chapter 7 cases, and Miller Canfield served as neither the Debtors' nor the Trustee's general bankruptcy counsel.

9. Miller Canfield is a well-recognized global, law firm with offices across the U.S., Europe and China, including, among others, offices in Detroit, Chicago, Cleveland, New York, and Washington DC.  Miller Canfield's attorneys have extensive experience representing clients in a broad range of employee benefits and other matters, including the Benefit Plan issues involved in the Special Counsel Benefit Plan Matters.

10. Since its engagement in this case, Miller Canfield has been assisting the Trustee in fulfilling his fiduciary duties on behalf of the estate, including continuing to complete the termination and wind-down process for the Benefit Plan.

**Relief Requested**

11. By this Fee Application, Miller Canfield seeks (a) interim allowance and payment of compensation for actual and necessary professional services rendered during the Application

Period in the amount of $17,504.70,[2] and (b) the allowance and payment of actual and necessary expenses incurred during the Application Period in the amount of $0.

## Summary of Fees

12. The total number of hours expended by Miller Canfield professionals and paraprofessionals in performing professional services for the Trustee during the Application Period was 38.0 hours at a blended billing rate of $460.65 per hour. The value of these services has been computed at the rates Miller Canfield customarily charges for similar services provided to other clients.

13. A detailed chronological itemization of the services rendered by each attorney and paraprofessional during the Application Period, calculated by tenths of an hour and categorized in accordance with the appropriate task codes, is attached hereto as **Exhibit A**. The services rendered by Miller Canfield to the Trustee during the Application Period included the following:

**Employee Benefit Plan and Distribution:**

**Total Hours: 25.60        Total Fees: $12,405.50**

Time billed to this task code includes work by Miller Canfield related to the defined benefit plan winddown process and work on completing the participant distribution process. Specifically, Miller Canfield reviewed completed participant election forms and prepared distribution directives to Schwab in order to process payments out of the terminated plan, communicated with PBGC regarding status and applicable deadlines, and began preparation regarding distribution filing with the PBGC.

---

[2] If the Fee Application is approved by the Court, Miller Canfield will first apply the remaining Retainer to amounts due by the bankruptcy estate for professional services rendered in connection with the Special Counsel Benefit Plan Matters, with the balance to be paid by the Trustee on behalf of the bankruptcy estate.

**Miller Canfield Retention and Compensation Matters:**

**Total Hours: 12.40      Total Fees: $5,099.20**

Time billed to this task code includes work by Miller Canfield in connection with reviewing and preparing its Employment Application and this Fee Application.

Miller Canfield's efforts to support the Trustee in the Benefits Plan Matters are set forth more fully in Exhibit A hereto.

**Actual and Necessary Costs and Expenses Incurred**

14.    Miller Canfield incurred no expenses during the Application Period.

**Compliance with the Bankruptcy Code, the Bankruptcy Rules, and Local Rules**

15.    In accordance with Del. Bankr. L.R. 2016-2, a summary schedule of hours and fees for each attorney and paraprofessional, as well as a summary of the hours and fees categorized by task code, follow the cover sheet to this Fee Application. The undersigned submits that he has reviewed the requirements of Del. Bankr. L.R. 2016-2 and that this Fee Application complies with it.

16.    Miller Canfield submits that the professional services rendered during the Application Period were actual and necessary and that the compensation sought is reasonable and in accordance with section 330 of the Bankruptcy Code.

17.    No agreement or understanding exists between Miller Canfield and any other entity (other than partners or employees of Miller Canfield) for the sharing of compensation received or to be received for services rendered in or in connection with these cases.

**Notice**

18. A copy of this Fee Application has been served upon the Office of the United States Trustee and the chapter 7 Trustee. Notice of this Fee Application (only) was served upon all parties requesting notice pursuant in this case to Bankruptcy Rule 2002.

WHEREFORE, Miller Canfield respectfully requests allowance and payment of compensation for professional services rendered as special counsel to the Trustee during the Application Period in the sum of $17,504.70, together with the reimbursement of disbursements in the amount of $0; and such other and further relief that the Court deems just and proper.

    Respectfully submitted,

    MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

    By: /s/ Marc N. Swanson
    Marc N. Swanson (P71149)
    150 West Jefferson, Suite 2500
    Detroit, MI 48226
    Phone: (313) 496-7591
    Fax: (313) 496-8452
    swansonm@millercanfield.com

    *Special Counsel to the Chapter 7 Trustee*

Dated: January 26, 2023