# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| Electric Last Mile Solutions, Inc., *et al.*,[1] | Case No. 22-10537 (MFW) (Jointly Administered) |
| Debtors. | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON FEBRUARY 22, 2023 AT 2:00 PM (ET)

---

**This hearing will be conducted entirely over Zoom and requires all participants to register in advance no later than February 21, 2023 at 4:00 p.m.**

**Please use the following link to register for this hearing:**
https://debuscourts.zoomgov.com/meeting/register/vJIsc-6srTIjHc8ciBPQWJGHPRpliNd9IS8

**After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

Topic: Electric Last Mile Solutions, Inc., *et al.* – Case No. 22-10537 (MFW)
Time: February 22, 2023 at 2:00 PM (ET)

---

## MATTERS FOR WHICH AN ORDER HAS BEEN ENTERED:

1.  First Interim Fee Application of Archer & Greiner, P.C., Attorneys for David W. Carickhoff, Chapter 7 Trustee, for Compensation and Reimbursement of Expenses for the Period June 14, 2022 Through December 31, 2022 (filed January 27, 2023) [D.I. 181]

    Response Deadline:   February 15, 2023 @ 4:00 p.m. (ET)

    Response Received:   Informal comments from the United States Trustee.

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors are: Electric Last Mile Solutions, Inc. (8711) and Electric Last Mile, Inc. (0357).

Related Documents:

    a.    Certification of Counsel Regarding Order Granting First Interim Fee Application of Archer & Greiner, P.C., Attorneys for David W. Carickhoff, Chapter 7 Trustee, for Compensation and Reimbursement of Expenses for the Period June 14, 2022 Through December 31, 2022 (filed February 16, 2023) [D.I. 185]

    b.    Order Granting First Interim Fee Application of Archer & Greiner, P.C., Attorneys for David W. Carickhoff, Chapter 7 Trustee, for Compensation and Reimbursement of Expenses for the Period June 14, 2022 Through December 31, 2022 (entered February 17, 2023) [D.I. 186]

Status:  An Order has been entered.

**UNCONTESTED MATTERS WITH A CERTIFICATION OF COUNSEL:**

2.    First Interim Fee Application of Miller, Canfield, Paddock and Stone, P.L.C. as Special Counsel to David W. Carickhoff, the Chapter 7 Trustee, for Compensation and Reimbursement of Expenses for the Period of July 8, 2022, Through December 31, 2022 (filed on January 26, 2023) [D.I. 179]

Response Deadline:    February 15, 2023 @ 4:00 p.m. (ET)

Response Received:    Informal comments from United States Trustee.

Related Documents:

    a.    Certification of Counsel Regarding Order Granting First Interim Fee Application of Miller, Canfield, Paddock and Stone, P.L.C. as Special Counsel to David W. Carickhoff, the Chapter 7 Trustee, for Compensation and Reimbursement of Expenses for the Period of July 8, 2022, Through December 31, 2022 (filed on February 17, 2023) [D.I. 187]

Status:  A revised form of Order resolving the informal comment of the United States Trustee has been filed under certification of counsel.

**MATTERS GOING FORWARD:**

3.    Application of Giuliano Miller and Company LLC for Allowance of First Interim Compensation and Reimbursement of Expenses as Accountants and Financial Advisors to the Trustee for the Period June 14, 2022 Through December 31, 2022 (filed January 26, 2023) [D.I. 180]

Response Deadline:    February 15, 2023 @ 4:00 p.m. (ET)

Response Received:    Informal comments from United States Trustee.

Related Documents: None.

Status: The parties are continuing to work to resolve the informal comments from the US Trustee's office. The parties anticipate filing a revised form of order under certification of counsel prior to the hearing if the informal comments are resolved.

Dated: February 17, 2023                **ARCHER & GREINER, P.C.**

/s/ *Alan M. Root*
Alan M. Root (No. 5427)
Bryan J. Hall (No. 6285)
300 Delaware Avenue, Suite 1100
Wilmington, DE 19801
Tel: (302) 777-4350
Fax: (302) 777-4352
E-mail: aroot@archerlaw.com
            bjhall@archerlaw.com

*Counsel to the Chapter 7 Trustee*