# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Electric Last Mile Solutions, Inc., *et al.* [5]<br><br>            Debtors. | Chapter 7<br><br>Case No. 22-10537 (MFW)<br>(Jointly Administered)<br><br>**Hearing Date: 3/22/23 @ 2:00 p.m. (ET)**<br>**Objection Deadline: 3/7/23 @ 4:00 p.m. (ET)** |

## NOTICE OF CHAPTER 7 TRUSTEE'S MOTION FOR AN ORDER APPROVING STIPULATION REGARDING ASSUMPTION AND ASSIGNMENT OF CONTRACTS WITH LIUZHOU WULING AUTOMOBILE INDUSTRY CO.

PLEASE TAKE NOTICE that David W. Carickhoff, chapter 7 trustee (the "Trustee") for the bankruptcy estates of the above-captioned Debtors, has filed the *Chapter 7 Trustee's Motion for an Order Approving Stipulation Regarding Assumption and Assignment of Contracts with Liuzhou Wuling Automobile Industry Co.* (the "Motion").

PLEASE TAKE FURTHER NOTICE that any objections to Motion must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"), on or before **March 7, 2023 by 4:00 p.m. (ET)** (the "Objection Deadline"). At the same time, you must also serve a copy of the response upon the undersigned counsel to the Trustee so that the response is received on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that if an objection is timely filed, a hearing on the Motion will be held on **March 22, 2023 at 2:00 p.m. (ET)** before the Honorable Mary F. Walrath,

---

[5] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors are Electric Last Mile Solutions, Inc. (8711) and Electric Last Mile, Inc. (0357).

226716742v1

United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom #4, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE that if no objection is timely filed in accordance with the procedures set forth above, the Bankruptcy Court may enter an order without further notice or hearing.**

Dated: February 21, 2023  **ARCHER & GREINER, P.C.**

/s/ *Alan M. Root*
Alan M. Root (No. 5427)
300 Delaware Ave., Suite 1100
Wilmington, DE 19801
Telephone: (302) 777-4350
Facsimile: (302) 777-4352
Email: aroot@archerlaw.com

*Attorneys for the Chapter 7 Trustee*