# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| Electric Last Mile Solutions, Inc., *et al.*, [6] | Case No. 22-10537 (MFW) (Jointly Administered) |
| Debtors. | |

## CERTIFICATE OF SERVICE

I, Alan M. Root, hereby certify that on February 21, 2023, I caused to be served the *Chapter 7 Trustee's Motion for an Order Approving Stipulation Regarding Assumption and Assignment of Contracts with Liuzhou Wuling Automobile Industry Co.* on all parties on the attached service list as indicated thereon.

Dated:  2/21/2023

ARCHER & GREINER, P.C.

*/s/ Alan M. Root*
Alan M. Root (No. 5427)
300 Delaware Avenue, Suite 1100
Wilmington, DE 19801
Telephone: 302-777-4350
Facsimile:  302-777-4352
Email:  aroot@archerlaw.com

*Counsel for the Chapter 7 Trustee*

---

[6] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors are: Electric Last Mile Solutions, Inc. (8711) and Electric Last Mile, Inc. (0357).

226716742v1