## SERVICE LIST

**Via E-Mail**

| | |
|---|---|
| Linda A. Casey<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>Linda.Casey@usdoj.gov | Kara Hammond Coyle<br>Young Conaway Stargatt & Taylor LLP<br>1000 North King Street<br>Wilmington, DE 19801<br>bankfilings@ycst.com |
| Jacob A. Adlerstein<br>Andrew Ehrlich<br>Roberto Finzi<br>Paul Weiss Rifkind Wharton Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>jadlerstein@paulweiss.com<br>AEhrlich@paulweiss.com<br>rfinzi@paulweiss.com | Brendan G. Best<br>Varnum LLP<br>160 W. Fort Street<br>5th Floor<br>Detroit, MI 48226<br>bgbest@varnumlaw.com |
| Mark E. Felger<br>Gregory F. Fischer<br>Cozen O'Connor<br>1201 N. Market Street, Suite 1001<br>Wilmington, DE 19801<br>mfelger@cozen.com<br>gfischer@cozen.com | GianClaudio Finizio<br>Bayard, P.A.<br>600 North King Street<br>Suite 400<br>Wilmington, DE 19801<br>gfinizio@bayardlaw.com |
| Brian J. McLaughlin<br>Offit Kurman, PA<br>222 Delaware Avenue<br>Suite 1105<br>Wilmington, DE 19801<br>brian.mclaughlin@offitkurman.com | David J Kozlowski<br>Joseph T. Moldovan<br>Morrison Cohen LLP<br>909 Third Ave.<br>New York, NY 1002<br>dkozlowski@morrisoncohen.com<br>bankruptcy@morrisoncohen.com |
| Judith G. Miller<br>Jaffe Raitt Heuer & Weiss, P.C.<br>27777 Franklin Road<br>Suite 2500<br>Southfield, MI 48034<br>jmiller@jaffelaw.com | Carl L. Grumer<br>Manatt, Phelps & Phillips<br>2049 Century Park East<br>Suite 1700<br>Los Angeles, CA 90067<br>cgrumer@manatt.com |

226716742v1

Scott R. Jacobsen
Scott & Scott Attorneys at Law LLP
The Helmsley Building
 230 Park Avenue, 17th Floor
New York, NY 10169
sjacobsen@scott-scott.com

Maxwell R. Huffman
Joseph A. Pettigrew
Scott & Scott Attorneys at Law LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101
mhuffman@scott-scott.com
jpettigrew@scott-scott.com

Gregory R. Laufer
Paul, Weiss, Rifkind, Wharton
& Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
glaufer@paulweiss.com

Lisa Bittle Tancredi
Womble Bond Dickinson (US) LLP
1313 North Market Street, Suite 1200
Wilmington, DE 19801
lisa.tancredi@wbd-us.com

Geoffrey M. Johnson
Scott & Scott Attorneys at Law LLP
12434 Cedar Road, Suite 12
Cleveland Heights, OH 44106
gjohnson@scott-scott.com

Michael K. Yarnoff
Kubert, Himmelstein & Associates, P.C.
Two Penn Center Plaza
1500 JFK Boulevard, Suite 1020
Philadelphia, PA 19102
myarnoff@kehoelawfirm.com

Mark T. Hurford
A.M. Saccullo Legal, LLC
27 Crimson King Drive
Bear, DE 19701
Mark@saccullolegal.com

5