IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 7 |
| Electric Last Mile Solutions, Inc., *et al.*,[1] | ) ) ) | Case No. 22-10537 (MFW) |
| Debtors. | ) ) ) ) | Jointly Administered  RE: D.I. |

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY, TO THE EXTENT APPLICABLE, TO PERMIT INSURERS TO ADVANCE AND/OR REIMBURSE COSTS UNDER D&O INSURANCE POLICIES**

Upon the motion (the "**Motion**")[2] of Jason Luo, James Taylor, Marshall Kiev, David Boris, Richard Katzman, Steven Berns and Jeffrey Nachbor (collectively, the "**D&O Defendants**") for entry of an order granting relief from the automatic stay, if and to the extent such stay applies, to permit the Insurers to make certain payments in accordance with the terms of the Policies, all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having determined that the D&O Defendants are entitled to the relief requested in the Motion; and due and sufficient notice of the Motion having been given

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are: Electric Last Mile Solutions, Inc. [8711] and Electric Last Mile, Inc. [0357].

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Motion.

under the particular circumstances; and it appearing that no other or further notice need be provided; and after due deliberation thereon; and good and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. To the extent applicable, the automatic stay is modified solely to the extent necessary to permit and authorize the Insurers to make payments under and in accordance with the terms of the Policies, as applicable, to or for the benefit of the D&O Defendants for the reimbursement and payment of the D&O Defendants' Costs. The payments contemplated in this Order may include both Costs that remain outstanding as a result of the Debtors' chapter 7 bankruptcy filings, as well as Costs that have and may continue to be incurred by the D&O Defendants unless or until the Costs no longer qualify for coverage under the terms of the Policies, as applicable.

3. Nothing in this Order shall modify or alter the terms of any of the Policies or the parties' contractual rights and obligations thereunder.

4. The terms and conditions of this Order are immediately effective and enforceable upon its entry.