IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>Electric Last Mile Solutions, Inc., *et al.*,[1]<br><br>Debtors. | )<br>)  Chapter 7<br>)<br>)  Case No. 22-10537 (MFW)<br>)<br>)  Jointly Administered<br>)<br>)  **Objection Deadline:  March 15, 2023 at 4:00 p.m. (ET)**<br>)  **Hearing Date:  March 22, 2023 at 2:00 p.m. (ET)** |

**NOTICE OF MOTION**

TO: (I) THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (II) COUNSEL TO THE CHAPTER 7 TRUSTEE; (III) BEAZLEY INSURANCE COMPANY, (IV) LANDMARK AMERICAN INSURANCE COMPANY, (V) WESTCHESTER FIRE INSURANCE COMPANY, (VI) AXIS INSURANCE COMPANY, (VII) XL SPECIALTY INSURANCE COMPANY, (VIII) LLOYD'S OF LONDON; AND (IX) THOSE PARTIES THAT HAVE REQUESTED NOTICE PURSUANT TO BANKRUPTCY RULE 2002

**PLEASE TAKE NOTICE** that Jason Luo, James Taylor, Marshall Kiev, David Boris, Richard Katzman, Steven Berns and Jeffrey Nachbor have filed the attached *Motion of the D&O Defendants for Entry of an Order Granting Relief from the Automatic Stay, to the Extent Applicable, to Permit Insurers to Advance and/or Reimburse Defense Cost and Fees Under Directors and Officers Insurance Policies* (the "**Motion**").

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion must be filed on or before **March 15, 2023 at 4:00 p.m. (ET)** (the "**Objection Deadline**") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801.  At the same time, you must serve a copy of any objection upon the undersigned counsel to Jason Luo so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE MOTION WILL BE HELD ON **March 22, 2023 AT 2:00 P.M. (ET)** BEFORE THE HONORABLE MARY F. WALRATH AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 4, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.**

Dated:  February 24, 2023
Wilmington, Delaware

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are: Electric Last Mile Solutions, Inc. [8711] and Electric Last Mile, Inc. [0357].

**BARNES & THORNBURG LLP**

*/s/ Michael J. Maimone*
Michael J. Maimone (#3592)
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801
Telephone: (302) 300-3471
E-mail: mmaimone@btlaw.com

Lawrence Gerschwer
Joseph A. Matteo
Charlotte H. Underwood
390 Madison Avenue, 12th Floor
New York, NY 10017
Telephone: (646) 746-2000
E-mail: Lawrence.Gerschwer@btlaw.com
         Joseph.Matteo@btlaw.com
         Charlotte.Underwood@btlaw.com

*Counsel to James Taylor*

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Tammy L. Mercer*
Tammy L. Mercer (#4957)
Lakshmi A. Muthu (#5786)
M. Paige Valeski (#6336)
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600

**DECHERT LLP**

Michael Doluisio
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Telephone: (215) 994-2325
E-mail: Michael.Doluisio@dechert.com

*Counsel to Marshall Kiev, David Boris, Richard Katzman, Steven Berns and Jeffrey Nachbor*

**COZEN O'CONNOR**

*/s/ Mark E. Felger*
Mark E. Felger (3919)
Simon E. Fraser (5335)
1201 North Market Street
Suite 1001
Wilmington, DE 19801
Telephone: (302) 295-2000
E-mail: mfelger@cozen.com
         sfraser@cozen.coom

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

*/s/ Matthew D. Stachel*
Matthew D. Stachel (#5419)
500 Delaware Avenue, Suite 200
Post Office Box 32
Wilmington, DE 19899
Telephone: (302) 655-4423
E-mail: mstachel@paulweiss.com

Roberto Finzi
Andrew J. Ehrlich
Gregory F. Laufer
Jacob A. Adlerstein
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
E-mail: rfinzi@paulweiss.com
         aehrlich@paulweiss.com
         glaufer@paulweiss.com
         jadlerstein@paulweiss.com

*Counsel to Jason Luo*