# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Electric Last Mile Solutions, Inc., *et al.*, [1]<br><br>Debtors. | Chapter 7<br><br>Case No. 22-10537 (MFW)<br>(Jointly Administered)<br><br>**Re: Dkt. No. 191** |

### CERTIFICATION OF COUNSEL REGARDING ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION FOR AN ORDER APPROVING STIPULATION REGARDING ASSUMPTION AND ASSIGNMENT OF CONTRACTS WITH LIUZHOU WULING AUTOMOTIVE INDUSTRY CO.

The undersigned hereby certifies as follows:

1. On February 21, 2023, David W. Carickhoff, chapter 7 trustee (the "Trustee") for the estates of the above-captioned debtors (the "Debtors") filed the *Chapter 7 Trustee's Motion for an Order Approving Stipulation Regarding Assumption and Assignment of Contracts with Liuzhou Wuling Automotive Industry Co.* [Dkt. No. 191] (the "Motion"). The Motion seeks approval of a stipulation by and among the Trustee, Mullen Automotive, Inc. ("Mullen") and Liuzhou Wuling Automobile Industry Co. ("Wuling"), regarding assumption and assignment of contracts between the Debtors and Wuling. The notice appended to the Motion set March 7, 2023, at 4:00 p.m. (ET) as the deadline to file and serve objections or responses to the Motion.

2. After filing the Motion, Wuling requested a revision to the proposed form of order attached to the Motion (the "Proposed Order"). Attached hereto as Exhibit A is a revised form of order incorporating the revision requested by Wuling (the "Revised Order"). Attached hereto as Exhibit B is a redline showing the change made to the Proposed Order originally filed with the

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors are: Electric Last Mile Solutions, Inc. (8711) and Electric Last Mile, Inc. (0357).

Motion. The Trustee has provided a copy of the Revised Order to counsel for Mullen and has been informed that Mullen does not object to the change.

3. As of the date hereof, the undersigned has received no other formal or informal response to the Motion. In addition, the undersigned has caused the review of the Court's docket in these cases and no response to the Motion appears thereon.

WHEREFORE, the Trustee respectfully requests that the Court enter the Revised Order attached hereto as Exhibit A.

Dated: March 8, 2023

/s/ Alan M. Root
Alan M. Root (No. 5427)
Bryan J. Hall (No. 6285)
ARCHER & GREINER, P.C.
300 Delaware Avenue, Suite 1100
Wilmington, DE 19801
Telephone: 302-777-4350
Facsimile: 302-777-4352
Email: aroot@archerlaw.com
bjhall@archerlaw.com

*Counsel for the Chapter 7 Trustee*

226819064v1