# EXHIBIT "B"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Electric Last Mile Solutions, Inc., *et al.* [1]<br><br>Debtors. | Chapter 7<br><br>Case No. 22-10537 (MFW)<br>(Jointly Administered)<br><br>**Re: Dkt. No. ——191** |

## ORDER APPROVING STIPULATION REGARDING ASSUMPTION AND ASSIGNMENT OF CONTRACTS WITH LIUZHOU WULING AUTOMOBILE INDUSTRY CO.

Upon consideration of the Chapter 7 Trustee's Motion for an Order Approving Stipulation Regarding Assumption and Assignment of Contracts with Liuzhou Wuling Automobile Industry Co. (the "Motion"),[2] and the Court having reviewed the Motion and the Stipulation attached thereto (the "Stipulation"); and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334; (b) notice of the Motion, and any hearing thereon, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Motion, it is hereby

**ORDERED AS FOLLOWS:**

1. The Motion is granted.

2. The Stipulation attached to the Motion is hereby approved.

3. The Trustee is hereby authorized to take all actions necessary or desirable to effectuate the Stipulation.

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors are Electric Last Mile Solutions, Inc. (8711) and Electric Last Mile, Inc. (0357).

[2] Capitalized terms not otherwise defined herein shall have the same meanings ascribed to the in the Motion.

2

4. The fourteen-day stay under Bankruptcy Rules 6006(d) and 7062, to the extent applicable, is waived.

5. The Court shall retain jurisdiction to (i) enforce and implement the terms and provisions of the Stipulation and (ii) resolve any disputes arising under or in connection with the Stipulation ~~and any related documents~~.  Furthermore, the Court shall retain jurisdiction to interpret, implement, and enforce the provisions of this Order.

| | |
|---|---|
| **Summary report:** <br> **Litera Compare for Word 11.2.0.54 Document comparison done on 3/7/2023 5:35:58 PM** ||
| **Style name:** Default Style ||
| **Intelligent Table Comparison:** Active ||
| **Original DMS:** iw://PDM/Archer/226796003/1 ||
| **Modified DMS:** iw://PDM/Archer/226796003/2 ||
| **Changes:** ||
| Add | 4 |
| Delete | 5 |
| Move From | 0 |
| Move To | 0 |
| Table Insert | 0 |
| Table Delete | 0 |
| Table moves to | 0 |
| Table moves from | 0 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 0 |
| Embedded Excel | 0 |
| Format changes | 0 |
| **Total Changes:** | 9 |