# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Electric Last Mile Solutions, Inc., *et al.* [1]<br><br>Debtors. | Chapter 7<br><br>Case No. 22-10537 (MFW)<br>(Jointly Administered)<br><br>**Hearing Date: 7/19/23 @ 2:00 p.m. (ET)**<br>**Objection Deadline: 6/23/23 @ 4:00 p.m. (ET)** |

### NOTICE OF CHAPTER 7 TRUSTEE'S MOTION FOR AN ORDER APPROVING STIPULATION REGARDING CONTRACTS WITH CONTERMPORARY AMPEREX TECHNOLOGIES CO., LIMITED

PLEASE TAKE NOTICE that David W. Carickhoff, chapter 7 trustee (the "Trustee") for the bankruptcy estates of the above-captioned Debtors, has filed the *Chapter 7 Trustee's Motion for an Order Approving Stipulation Regarding Contracts with Contemporary Amperex Technologies Co., Limited* (the "Motion").

PLEASE TAKE FURTHER NOTICE that any objections to Motion must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"), on or before **June 23, 2023 by 4:00 p.m. (ET)** (the "Objection Deadline"). At the same time, you must also serve a copy of the response upon the undersigned counsel to the Trustee so that the response is received on or before the Objection Deadline.

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors are Electric Last Mile Solutions, Inc. (8711) and Electric Last Mile, Inc. (0357).

226716742v1

PLEASE TAKE FURTHER NOTICE that if an objection is timely filed, a hearing on the Motion will be held on **July 19, 2023 at 2:00 p.m. (ET)** before the Honorable Mary F. Walrath, United States Bankruptcy Judge.

**PLEASE TAKE FURTHER NOTICE that if no objection is timely filed in accordance with the procedures set forth above, the Bankruptcy Court may enter an order without further notice or hearing.**

| | |
|---|---|
| Dated: June 8, 2023 | **ARCHER & GREINER, P.C.**<br><br>/s/ *Alan M. Root*<br>Alan M. Root (No. 5427)<br>300 Delaware Ave., Suite 1100<br>Wilmington, DE 19801<br>Telephone: (302) 777-4350<br>Facsimile: (302) 777-4352<br>Email: aroot@archerlaw.com<br><br>*Attorneys for the Chapter 7 Trustee* |