**SERVICE LIST**

**Via E-Mail**

Linda A. Casey
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
Linda.Casey@usdoj.gov

Jacob A. Adlerstein
Andrew Ehrlich
Roberto Finzi
Paul Weiss Rifkind Wharton Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
jadlerstein@paulweiss.com
AEhrlich@paulweiss.com
rfinzi@paulweiss.com

Mark E. Felger
Gregory F. Fischer
Cozen O'Connor
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
mfelger@cozen.com
gfischer@cozen.com

Brian J. McLaughlin
Offit Kurman, PA
222 Delaware Avenue
Suite 1105
Wilmington, DE 19801
brian.mclaughlin@offitkurman.com

Judith G. Miller
Jaffe Raitt Heuer & Weiss, P.C.
27777 Franklin Road
Suite 2500
Southfield, MI 48034
jmiller@jaffelaw.com

Kara Hammond Coyle
Young Conaway Stargatt & Taylor LLP
1000 North King Street
Wilmington, DE 19801
bankfilings@ycst.com

Brendan G. Best
Varnum LLP
160 W. Fort Street
5th Floor
Detroit, MI 48226
bgbest@varnumlaw.com

GianClaudio Finizio
Bayard, P.A.
600 North King Street
Suite 400
Wilmington, DE 19801
gfinizio@bayardlaw.com

David J Kozlowski
Joseph T. Moldovan
Morrison Cohen LLP
909 Third Ave.
New York, NY 1002
dkozlowski@morrisoncohen.com
bankruptcy@morrisoncohen.com

Carl L. Grumer
Manatt, Phelps & Phillips
2049 Century Park East
Suite 1700
Los Angeles, CA 90067
cgrumer@manatt.com

226716742v1

Scott R. Jacobsen
Scott & Scott Attorneys at Law LLP
The Helmsley Building
 230 Park Avenue, 17th Floor
New York, NY 10169
sjacobsen@scott-scott.com

Maxwell R. Huffman
Joseph A. Pettigrew
Scott & Scott Attorneys at Law LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101
mhuffman@scott-scott.com
jpettigrew@scott-scott.com

Gregory R. Laufer
Paul, Weiss, Rifkind, Wharton
& Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
glaufer@paulweiss.com

Lisa Bittle Tancredi
Womble Bond Dickinson (US) LLP
1313 North Market Street, Suite 1200
Wilmington, DE 19801
lisa.tancredi@wbd-us.com

Geoffrey M. Johnson
Scott & Scott Attorneys at Law LLP
12434 Cedar Road, Suite 12
Cleveland Heights, OH 44106
gjohnson@scott-scott.com

Michael K. Yarnoff
Kubert, Himmelstein & Associates, P.C.
Two Penn Center Plaza
1500 JFK Boulevard, Suite 1020
Philadelphia, PA 19102
myarnoff@kehoelawfirm.com

Mark T. Hurford
A.M. Saccullo Legal, LLC
27 Crimson King Drive
Bear, DE 19701
Mark@saccullolegal.com