IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re                                          : Chapter 7
                                               :
                                               : Case No. 22-10537 (MFW)
ELECTRIC LAST MILE SOLUTIONS, INC.,            : (Jointly Administered)
                                               :
                                               :
Debtors.                                       x
-------------------------------------------------------------

**ORDER APPROVING STIPULATION GRANTING LIMITED
RELIEF FROM THE AUTOMATIC STAY TO ATLANTIC
SPECIALTY INSURANCE COMPANY**

This matter coming before the Court upon the *Stipulation Granting Limited Relief from the Automatic Stay to Atlantic Specialty Insurance Company* (the "Stipulation"), and the Court having reviewed the Stipulation, IT IS HEREBY ORDERED THAT:

1. The Stipulation attached hereto as Exhibit A is approved in its entirety.

2. The automatic stay is modified in favor of Atlantic Specialty Insurance Company, as set forth in the Stipulation.

3. The parties to the Stipulation are authorized to take all action necessary or appropriate to implement the Stipulation.

4. This Court shall retain jurisdiction to resolve any and all disputes arising from or related to this Order and/or the Stipulation.

5. The Stipulation shall become effective immediately upon entry of this Order and shall not be subject to any stay.

227372861 v1

**Dated: June 26th, 2023**               **MARY F. WALRATH**
**Wilmington, Delaware**                 **UNITED STATES BANKRUPTCY JUDGE**