# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| Electric Last Mile Solutions, Inc., *et al.* [1] | Case No. 22-10537 (MFW) (Jointly Administered) |
| Debtors. | **Re: Dkt. No. 211** |

## ORDER APPROVING STIPULATION REGARDING CONTRACTS WITH CONTERMPORARY AMPEREX TECHNOLOGIES CO., LIMITED

Upon consideration of the Chapter 7 Trustee's Motion for an Order Approving Stipulation Regarding Contracts with Contemporary Amperex Technologies Co., Limited (the "Motion"),[2] and the Court having reviewed the Motion and the Stipulation attached thereto (the "Stipulation"); and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334; (b) notice of the Motion, and any hearing thereon, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Motion, it is hereby

**ORDERED AS FOLLOWS:**

1. The Motion is granted.

2. The Stipulation attached to the Motion is hereby approved.

3. The Trustee is hereby authorized to take all actions necessary or desirable to effectuate the Stipulation.

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors are Electric Last Mile Solutions, Inc. (8711) and Electric Last Mile, Inc. (0357).

[2] Capitalized terms not otherwise defined herein shall have the same meanings ascribed to the in the Motion.

226716742v1

2

4.  The fourteen-day stay under Bankruptcy Rules 6006(d) and 7062, to the extent applicable, is waived.

5.  The Court shall retain jurisdiction to (i) enforce and implement the terms and provisions of the Stipulation and (ii) resolve any disputes arising under or in connection with the Stipulation. Furthermore, the Court shall retain jurisdiction to interpret, implement, and enforce the provisions of this Order.

Dated: June 27th, 2023  
Wilmington, Delaware

MARY F. WALRATH  
UNITED STATES BANKRUPTCY JUDGE

226716742v1