IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ELECTRIC LAST MILE<br>SOLUTIONS, INC., *et al.*,<br><br>Debtors | Chapter 7<br><br>Case No. 22-10537 (MFW)<br><br>(Jointly Administered) |

**ORDER APPROVING STIPULATION
BETWEEN CHAPTER 7 TRUSTEE AND EAST WEST BANK
MODIFYING THE AUTOMATIC STAY TO ALLOW APPLICATION OF FUNDS**

This matter coming before the Court upon the *Stipulation between Chapter 7 Trustee and East West Bank Modifying the Automatic Stay to Allow Application of Funds* (the "Stipulation"), and the Court having reviewed the Stipulation, **IT IS HEREBY ORDERED THAT**:

1. The Stipulation attached hereto as **Exhibit 1** is approved in its entirety.

2. The automatic stay is modified in favor of East West Bank, as set forth in the Stipulation.

3. The Parties to the Stipulation are authorized to take all actions necessary or appropriate to implement the Stipulation.

4. This Court shall retain jurisdiction to resolve any and all disputes arising from or related to this Order.

5. This Stipulation shall become effective immediately upon entry of this Order.

**Dated: July 20th, 2023**
**Wilmington, Delaware**

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**

227454457 v1