**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Electric Last Mile Solutions, Inc., *et al.*, [1]<br><br>Debtors. | Chapter 7<br><br>Case No. 22-10537 (MFW)<br>(Jointly Administered)<br><br>**Hearing Date: 10/4/23 @ 2:00 p.m. (ET)**<br>**Objection Deadline: 9/25/23 @ 4:00 p.m. (ET)** |

**NOTICE OF MOTION OF THE CHAPTER 7 TRUSTEE FOR AN ORDER FURTHER EXTENDING THE DEADLINE TO FILE NOTICES OF REMOVAL OF CLAIMS AND CAUSES OF ACTION PURSUANT TO 28 U.S.C. § 1452**

PLEASE TAKE NOTICE that David W. Carickhoff, the Chapter 7 Trustee (the "Trustee") of the above-captioned Debtors' estates, has filed the **Motion of the Chapter 7 Trustee for Entry of an Order Further Extending the Deadline to File Notices of Removal of Claims and Causes of Action Pursuant to 28 U.S.C. § 1452** (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court").

Any responses or objections to the Motion must be made in writing and filed on or before **September 25, 2023 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline") with the Bankruptcy Court. At the same time, you must also serve a copy of the response upon counsel to the Trustee listed below so that the response is received on or before the Objection Deadline.

If an objection is timely filed, a hearing on the Motion will be held on **October 4, 2023 at 2:00 p.m. (Eastern Time)** before the Honorable Mary F. Walrath, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom #4, Wilmington, Delaware 19801. It currently is anticipated that the hearing will be held remotely via Zoom. Notice and details regarding participation in the hearing will be provided separately in advance of the hearing.

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors are: Electric Last Mile Solutions, Inc. (8711) and Electric Last Mile, Inc. (0357)

2

**If no objection is timely raised in accordance with the procedures set forth above, the Bankruptcy Court may enter an order approving the Motion without further notice or hearing.**

Dated: September 8, 2023   ARCHER & GREINER, P.C.

*/s/ Alan M. Root*
Alan M. Root (No. 5427)
300 Delaware Avenue, Suite 1100
Wilmington, DE 19801
Telephone: 302-777-4350
Facsimile: 302-777-4352
Email: aroot@archerlaw.com

*Counsel for the Chapter 7 Trustee*