IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| Electric Last Mile Solutions, Inc., *et al.*, [1] | Case No. 22-10537 (MFW) (Joint Administration) |
| Debtors. | |

**CERTIFICATE OF SERVICE**

I, Alan M. Root, hereby certify that on September 8, 2023, I caused true and correct copies of the **Motion of the Chapter 7 Trustee for Entry of an Order Further Extending the Deadline to File Notices of Removal of Claims and Causes of Action Pursuant to 28 U.S.C. § 1452** to be served (i) by CM/ECF on all parties registered to receive notices in this case and (ii) on all parties on the attached service list via electronic mail.

Dated: September 8, 2023

ARCHER & GREINER, P.C.

*/s/ Alan M. Root*
Alan M. Root (No. 5427)
300 Delaware Avenue, Suite 1100
Wilmington, DE 19801
Telephone: 302-777-4350
Facsimile: 302-777-4352
Email: aroot@archerlaw.com

*Counsel for the Chapter 7 Trustee*

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors are: Electric Last Mile Solutions, Inc. (8711) and Electric Last Mile, Inc. (0357).

227712104 v1