## SERVICE LIST

Linda J. Casey
Office of United States Trustee
844 King Street
Suite 2207
Wilmington, DE 19801
Linda.Casey@usdoj.gov

Jacob A. Adlerstein
Andrew Ehrlich
Roberto Finzi
Gregory Laufer
Paul Weiss Rifkind Wharton Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
jadlerstein@paulweiss.com
AEhrlich@paulweiss.com
rfinzi@paulweiss.com
glaufer@paulweiss.com

Matthew Stachel
Paul, Weiss, Rifkind, Wharton & Garrison LLP
500 Delaware Avenue
Suite 200
Post Office Box 32
Wilmington, DE 19899-0032
mstachel@paulweiss.com

Brendan G. Best
Varnum LLP
160 W. Fort Street
5th Floor
Detroit, MI 48226
bgbest@varnumlaw.com

Kara Hammond Coyle
Young Conaway Stargatt & Taylor LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
bankfilings@ycst.com

Geoffrey M. Johnson
Scott & Scott Attorneys at Law LLP
12434 Cedar Road, Suite 12
Cleveland Heights, OH 44106
gjohnson@scott-scott.com

Scott R. Jacobsen
Scott & Scott Attorneys at Law LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
sjacobsen@scott-scott.com

Maxwell R. Huffman
Joseph A. Pettigrew
Scott & Scott Attorneys at Law LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101
mhuffman@scott-scott.com
jpettigrew@scott-scott.com

Michael K. Yarnoff
THE KEHOE LAW FIRM
Two Penn Center Plaza
1500 JFK Boulevard, Suite 1020
Philadelphia, PA 19102
myarnoff@kehoelawfirm.com

GianClaudio Finizio
Bayard, P.A.
600 North King Street, Suite 400
Wilmington, DE 19801
gfinizio@bayardlaw.com

227712104 v1

| | |
|---|---|
| Mark E. Felger<br>Gregory F. Fischer<br>Simon E. Fraser<br>Cozen O'Connor<br>1201 N. Market Street, Suite 1001<br>Wilmington, DE 19801<br>mfelger@cozen.com<br>gfischer@cozen.com<br>sfraser@cozen.com | David J Kozlowski<br>Joseph T. Moldovan<br>Morrison Cohen LLP<br>909 Third Ave.<br>New York, NY 1002<br>dkozlowski@morrisoncohen.com<br>bankruptcy@morrisoncohen.com |
| Brian J. McLaughlin<br>Offit Kurman, PA<br>222 Delaware Avenue, Suite 1105<br>Wilmington, DE 19801<br>brian.mclaughlin@offitkurman.com | Judith Greenstone Miller<br>Jaffe Raitt Heuer & Weiss, P.C.<br>27777 Franklin Road, Suite 2500<br>Southfield, MI 48034<br>jmiller@jaffelaw.com |
| Carl L. Grumer<br>Manatt, Phelps & Phillips, LLP<br>2049 Century Park East, Suite 1700<br>Los Angeles, CA 90067<br>cgrumer@manatt.com | Mark T. Hurford<br>A.M. Saccullo Legal, LLC<br>27 Crimson King Drive<br>Bear, DE 19701<br>Mark@saccullolegal.com |
| Karen C. Bifferato<br>Jeffrey C. Wisler<br>Connolly Gallagher LLP<br>1201 North Market Street, 20th Floor<br>Wilmington, DE 19801<br>kbifferato@connollygallagher.com<br>jwisler@connollygallagher.com | Lisa Bittle Tancredi<br>Womble Bond Dickinson (US) LLP<br>1313 N. Market Street, Suite 1200<br>Wilmington, DE 19801<br>lisa.tancredi@wbd-us.com |
| Kevin M. Capuzzi<br>Benesch Friedlander Coplan & Aronoff LLP<br>1313 North Market Street<br>Suite 1201<br>Wilmington, DE 19801-1611<br>kcapuzzi@beneschlaw.com | Steve Jakubowski<br>Robbins Salomon & Patt, Ltd.<br>180 N. LaSalle Street<br>Suite 3300<br>Chicago, IL 60601<br>sjakubowski@robbinsdimonte.com |