IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| Electric Last Mile Solutions, Inc., *et al.*,[1] | Case No. 22-10537 (MFW) (Jointly Administered) |
| Debtors. | **Re: D.I. 226** |

**ORDER FURTHER EXTENDING THE DEADLINE FOR THE CHAPTER 7 TRUSTEE TO FILE NOTICES OF REMOVAL OF CLAIMS AND CAUSES OF ACTION**

Upon the motion of David W. Carickhoff, the chapter 7 trustee (the "Trustee") of the above-captioned debtors (collectively, the "Debtors"), for entry of an order pursuant to 28 U.S.C. § 1452 and Bankruptcy Rules 9006(b) and 9027 extending the deadline for the Trustee to file notices of removal of claims and civil actions by approximately 180 days through and including March 11, 2024 (the "Motion");[2] and upon consideration of the Motion and all filings related thereto; and the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2), and (c) notice of the Motion was due and proper under the circumstances; and it appearing that the relief requested in the Motion is in the best interests of the Debtors' estates, creditors and other parties in interest; and after due deliberation, and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.   The Motion is GRANTED.

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors are: Electric Last Mile Solutions, Inc. (8711) and Electric Last Mile, Inc. (0357)

[2] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

227712104 v1

2. The deadline for the Trustee to file notices of removal of claims and causes of action pursuant to 28 U.S.C. § 1452 and Bankruptcy Rule 9027 is hereby extended, through and including March 11, 2024.

3. This Order shall be without prejudice to the rights of the Trustee to seek further extensions of the time within which to file notices of removal.

4. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**Dated: September 26th, 2023**
**Wilmington, Delaware**

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**

227712104 v1                           2