**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| ELECTRIC LAST MILE SOLUTIONS, INC, | Case No. 22-10537-MFW |
| Debtor. | |

**ORDER APPROVING STIPULATION TO TERMINATE EXECUTORY**
**CONTRACT BETWEEN AMAZON WEB SERVICES, INC. AND**
**ELECTRIC LAST MILE SOLUTIONS, INC.**

Upon consideration of the *Stipulation to Terminate Executory Contract Between Amazon Web Services, Inc. and Electric Last Mile Solutions, Inc.* (the "Stipulation") between David W. Carickhoff, in his capacity as chapter 7 Trustee for Debtor Electric Last Mile Solutions, Inc. (the "Trustee"), and Amazon Web Services, Inc. ("AWS") attached hereto as Exhibit 1; the Court having determined that good and adequate cause exists for approval of the Stipulation; and the Court having determined that no further notice of the Stipulation must be given;

IT IS HEREBY ORDERED THAT:

A.      The stipulation is Approved.

B.      The Agreement (as defined in the Stipulation) is terminated without further notice.

C.      AWS shall have no obligations of performance under the Agreement and the AWS Accounts.

D.      AWS may delete the AWS Accounts and all data stored in connection therewith, without further notice.

**Dated: October 30th, 2023**
**Wilmington, Delaware**

_____
**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**