# United States Bankruptcy Court

### District of Delaware

**In re:** Electric Last Mile Solutions, Inc.      Case No.: **22-10537**

Court ID (Court use only)_____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| **Hain Capital Investors Master Fund, LTD** | **HTI Cybernetics, Inc.**<br>Name of Transferor |
| Name and Address where notices to transferee should be sent<br>**Hain Capital Investors Master Fund, LTD**<br>**301 Route 17 North, 7th Floor**<br>**Rutherford, NJ 07070**<br>Phone: **(201) 896 - 6100**<br>Last Four Digits of Acct #: _____ | Court Record Address of Transferor<br>(Court Use Only)<br><br><br><br><br>Last Four Digits of Acct. #: _____ |
| Name and Address where transferee payments should be sent (if different from above) | Name and Current Address of Transferor<br><br>**HTI Cybernetics, Inc.**<br>**40033 Mitchell Drive**<br>**Sterling Heights, MI 48313** |

| Creditor Name | Claim # | Amount | Case No. | Debtor |
|---|---|---|---|---|
| HTI Cybermetics | N/A | $616,071.68 | 22-10538 | Electric Last Mile, Inc. |
| HTI Cybernetics, Inc. | 70 | $745,049.68 | 22-10538 | Electric Last Mile, Inc. |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Keenan Austin                             Date: 12/20/2023
      Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **HTI Cybernetics, Inc.** ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Hain Capital Investors Master Fund, Ltd ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) scheduled in the amount of **$616,071.68** and associated with claim number **70** in the amount of **$745,049.68** against **Electric Last Mile, Inc.**, (the "Debtor"), Chapter 7 Case No. **22-10538** United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS ___ day of DECEMBER 2023.

| | |
|---|---|
| **HTI CYBERNETICS, INC.** | **HAIN CAPITAL INVESTORS MASTER FUND, LTD**<br>By Koltai & Company Advisors, LLC |
| By: _[signature]_<br>Name: Eric M. Alexander<br>Title: CEO | By: _[signature]_<br>Name: Robert J Koltai<br>Title: Managing Member |