# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| Electric Last Mile Solutions, Inc., *et al.*,[1] | Case No. 22-10537 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: June 12, 2024, at 2:00 p.m. (ET)** <br> **Objection Deadline: May 28, 2024, at 4:00 p.m. (ET)** |

### NOTICE OF MOTION OF THE CHAPTER 7 TRUSTEE FOR ENTRY OF AN ORDER PURSUANT TO FED. R. BANKR. P. 9019 APPROVING STIPULATION BY AND BETWEEN CHAPTER 7 TRUSTEE AND RANDY MARION ISUZU, LLC DBA RANDY MARION ELMS

**PLEASE TAKE NOTICE** that David W. Carickhoff, the Chapter 7 Trustee of the estates of the above-captioned Debtors, has filed the *Motion of the Chapter 7 Trustee for Entry of an Order Pursuant to Fed. R. Bankr. P. 9019 Approving Stipulation by and Between Chapter 7 Trustee and Randy Marion Isuzu, LLC dba Randy Marion ELMS* (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** any responses or objections to the Motion must be filed with the Bankruptcy Court in accordance with the local rules and served upon the undersigned counsel on or before **May 28, 2024, at 4:00 p.m. (Eastern Time).**

**PLEASE TAKE FURTHER NOTICE** that if no objection is filed timely and in accordance with the procedures set forth above, the Bankruptcy Court may enter an order approving the Motion without further notice or hearing.

**PLEASE TAKE FURTHER NOTICE** that if an objection is timely filed, a hearing on the Application will be held on **June 12, 2024, at 2:00 p.m. (Eastern Time)** before the Honorable Mary F. Walrath, United States Bankruptcy Judge, *via* Zoom.

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors are: Electric Last Mile Solutions, Inc. (8711) and Electric Last Mile, Inc. (0357).

- 2 -

Dated: May 14, 2024
      Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ Alan M. Root*
Alan M. Root (No. 5427)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0192
Email:  root@chipmanbrown.com

*Counsel for the Chapter 7 Trustee*

- 2 -

4859-9312-4798, v. 2