IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| Electric Last Mile Solutions, Inc.., *et al.* | Case No. 22-10537 (MFW) |
| Debtors. | (Jointly Administered) |

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 78

**PLEASE TAKE NOTICE** that Proof of Claim number 78 filed by Jun Zheng on the claims register of Electric Last Mile Solutions, Inc. is hereby withdrawn with prejudice.

Dated:  May 14, 2024        **THE ROSEN LAW FIRM, P.A.**

*/s/ Yu Shi*
Yu Shi
275 Madison Ave., 40th Floor
New York, NY
Telephone: (212) 686-1060
Email: yshi@rosenlegal.com

*Counsel for Claimant*