**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| Electric Last Mile Solutions, Inc., *et al.*,[1] | Case No. 22-10537 (MFW) (Jointly Administered) |
| Debtors. | **Objection Deadline: June 11, 2024 @ 4:00 p.m. (ET)** |

**FIRST NOTICE OF SATISFACTION OF CLAIMS**

David W. Carickhoff, chapter 7 trustee (the "**Trustee**") for the estates (the "**Estates**") of the above-captioned debtors (collectively, the "**Debtors**") file this notice (the "**Notice**") identifying  filed proofs of claim that have been satisfied post-petition by payment of undisputed Cure Amounts by the Trustee.  In support hereof, the Trustee respectfully states as follows:

**BACKGROUND**

1.      On June 14, 2022 (the "**Petition Date**"), the Debtors filed with this Court voluntary petitions for relief under chapter 7 of the Bankruptcy Code.

2.      David W. Carickhoff has been appointed as trustee of the Debtors' Estates pursuant to Bankruptcy Code section 701(a).

3.      On October 13, 2022, the Court entered the *Order Pursuant to 11 U.S.C. §§ 105(a), 363, and 365 and Federal Rules of Bankruptcy Procedure 2002, 6004 and 6006 (I) Approving the Sale of Substantially All of the Debtors' Assets; (II) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief* [Dkt. No. 138] (the "**Sale Order**").[2]

---

[1]    The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors are: Electric Last Mile Solutions, Inc. (8711) and Electric Last Mile, Inc. (0357).

[2]    Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Sale Order.

4.      The Sale Order authorizes the Trustee to consummate the transactions contemplated by the asset purchase agreement (as subsequently amended, the "**APA**") between the Trustee and Mullen Automotive Inc. (the "**Buyer**"). The APA provides for, among other things, (i) the purchase by the Buyer of all of the Debtors' right, title and interests in certain "Acquired Assets" and (ii) a transfer, assumption and assignment of the Debtors' rights and obligations under certain contracts and leases to the Buyer (the "**Assumed Contracts**").

5.      The Trustee filed Cure Notices listing Assumed Contracts on November 2, 2022 [Dkt. No. 146] and November 10, 2022 [Dkt. No. 159].  The Cure Notices each identified the Cure Amounts, if any, to be paid in connection with the assumption and assignment of the Assumed Contracts to the Buyer.

6.      The Sale to the Buyer contemplated by the APA closed on November 30, 2022. Thereafter, in accordance with the APA, the Trustee paid the required Cure Amounts to counterparties to Assumed Contracts.

7.      The Trustee believes that the proofs of claim listed on **Exhibit A** to this Notice have been satisfied by payment by the Trustee of the undisputed Cure Amounts listed on the Cure Notices (collectively, the "**Satisfied Claims**")

8.      In order to ensure that the claims registers in these cases reflect that the Satisfied Claims have been satisfied post-petition, The Trustee is filing and serving this Notice on all holders of Satisfied Claims listed on **Exhibit A** hereto and providing such parties with an opportunity to respond to this Notice.

9.      Any party that disputes the Trustee's position with respect to the claims listed on **Exhibit A** to this Notice must file a written response with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 and

4878-0504-6207, v. 2

- 3 -

serve such response on the undersigned counsel to Trustee so as to be received on or before **June 11, 2024, at 4:00 p.m. (Eastern Time)**.  If any responses are timely received, the Trustee will work to consensually resolve the matter with such party. If the parties are unable to reach a consensual resolution, the Trustee will request that the Court schedule a hearing on the matter.

### RESERVATION OF RIGHTS

10.    The Trustee reserves the right to amend, modify, or supplement this Notice and reserves the right to file additional notices and/or objections with respect to any claims in these chapter 7 cases.

Dated:  May 28, 2024                              **CHIPMAN BROWN CICERO & COLE, LLP**


                                                  */s/    Alan M. Root*
                                                  Alan M. Root (No. 5427)
                                                  Hercules Plaza
                                                  1313 North Market Street, Suite 5400
                                                  Wilmington, Delaware 19801
                                                  Telephone: (302) 295-0192
                                                  Email:  root@chipmanbrown.com

                                                  *Counsel for the Chapter 7 Trustee*

## EXHIBIT A

### Satisfied Assumed Contract Claims

| Claimant | Claim No. | Satisfied Claim Amount |
|---|---|---|
| Bozhon Inc. | Case 22-10538; Claim No. 9 | $1,039,885.00 |
| BWI Chassis Dynamics (NA), Inc. | Case 22-10538; Claim No. 50 | $296,530.10 |
| Cayman Dynamics, LLC | Case 22-10538; Claim No. 11 | $59,700.00 |
| Continental Automotive GmbH | Case 22-10537; Claim No. 58 | $70,878.80 |
| Continental Automotive Systems | Case 22-10537; Claim No. 81 | $90,874.65 |
| Decorative Metal Solutions | Case 22-10537; Claim No. 38 | $27,181.00 |
| IEE International Electronics & Engineering S.A. | Case 22-10538; Claim No. 15 | $325,800.00 |
| Freedman Seating Company | Case 22-10537; Claim No. 21 | $34,182.44 |
| Jaydu LLC | Case 22-10538; Claim No. 59 | $57,500.00 |
| Jinzhou Jinheng Automotive Safety System Co., Ltd. | Case 22-10537; Claim No. 102 | $1,300,000.00 |
| MGA Research Corporation | Case 22-10538; Claim No. 20 | $277,620.50 |
| Nanjing Automobile Import and Export Co., Ltd. | Case 22-10537; Claim No. 73 | $1,640,534.06 |
| Prosco Co. Ltd | Case 22-10537; Claim No. 30 | $1,533,256.34 |
| Samsong Industry Co. | Case 22-10537; Claim No. 66 | $490,384.00 |
| SiRun (Wuxi) Technology Co., Ltd. | Case 22-10538; Claim No. 41 | $507,026.00 |
| Venshure Test Services, LLC | Case 22-10537; Claim No. 2<br>Case 22-10538; Claim No. 13 | $25,000.00<br>$25,000.00 |