# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| Electric Last Mile Solutions, Inc., *et al.*,[1] | Case No. 22-10537 (MFW) <br> (Jointly Administered) |
| Debtors. | **Hearing Date: 10/23/24 @ 2:00 p.m. (ET)** <br> **Objection Deadline: 10/8/24 @ 4:00 p.m. (ET)** |

## NOTICE OF MOTION OF THE CHAPTER 7 TRUSTEE FOR ENTRY OF AN ORDER PURSUANT TO FED. R. BANKR. P. 9019 APPROVING STIPULATION BY AND BETWEEN CHAPTER 7 TRUSTEE AND GLOVIS AMERICA, INC.

PLEASE TAKE NOTICE that David W. Carickhoff, the Chapter 7 Trustee of the estates of the above-captioned Debtors, has filed the **Motion of the Chapter 7 Trustee for Entry of an Order Pursuant to Fed. R. Bankr. P. 9019 Approving Stipulation by and Between Chapter 7 Trustee and Glovis America, Inc.** (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE any responses or objections to the Motion must be filed with the Bankruptcy Court in accordance with the local rules and served upon the undersigned counsel on or before **October 8, 2024 at 4:00 p.m. (ET).**

PLEASE TAKE FURTHER NOTICE that if no objection is filed timely and in accordance with the procedures set forth above, the Bankruptcy Court may enter an order approving the Motion without further notice or hearing.

PLEASE TAKE FURTHER NOTICE that if an objection is timely filed, a hearing on the Motion will be held on **October 23, 2024 at 2:00 p.m. (ET)** before the Honorable Mary F. Walrath, United States Bankruptcy Judge, via Zoom.

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors are: Electric Last Mile Solutions, Inc. (8711) and Electric Last Mile, Inc. (0357).

- 2 -

| | |
|---|---|
| Dated: September 24, 2024<br>Wilmington, Delaware | **CHIPMAN BROWN CICERO & COLE, LLP**<br><br>*/s/ Alan M. Root*<br>Alan M. Root (No. 5427)<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br>Telephone: (302) 295-0192<br>Email: root@chipmanbrown.com<br><br>*Counsel for the Chapter 7 Trustee* |

- 2 -

4863-6736-3048, v. 1