## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| Electric Last Mile Solutions, Inc., *et al.*, [1] | Case No. 22-10537 (MFW) (Joint Administration) |
| Debtors. | |

### CERTIFICATE OF SERVICE

I, Alan M. Root, hereby certify that on September 24, 2024, I caused true and correct copies of the **Motion of the Chapter 7 Trustee for Entry of an Order Pursuant to Fed. R. Bankr. P. 9019 Approving Stipulation by and Between Chapter 7 Trustee and Glovis America, Inc.** to be served (i) by CM/ECF on all parties registered to receive notices in this case and (ii) on all parties on the attached service list via electronic mail.

Dated:  September 24, 2024
Wilmington, Delaware

CHIPMAN BROWN CICERO & COLE, LLP

*/s/ Alan M. Root*
Alan M. Root (No. 5427)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0192
Email:   root@chipmanbrown.com

*Counsel for the Chapter 7 Trustee*

---

[1]    The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors are: Electric Last Mile Solutions, Inc. (8711) and Electric Last Mile, Inc. (0357).

**<u>SERVICE LIST</u>**

Linda J. Casey, Esquire
*Office of United States Trustee*
844 King Street, Suite 2207
Wilmington, DE 19801
Linda.Casey@usdoj.gov

Jacob A. Adlerstein, Esquire
Andrew Ehrlich, Esquire
Roberto Finzi, Esquire
Gregory Laufer, Esquire
*Paul Weiss Rifkind Wharton Garrison LLP*
1285 Avenue of the Americas
New York, NY 10019-6064
jadlerstein@paulweiss.com
AEhrlich@paulweiss.com
rfinzi@paulweiss.com
glaufer@paulweiss.com

Matthew Stachel, Esquire
*Paul, Weiss, Rifkind, Wharton & Garrison LLP*
500 Delaware Avenue, Suite 200
Post Office Box 32
Wilmington, DE 19899-0032
mstachel@paulweiss.com

Brendan G. Best, Esquire
*Varnum LLP, Esquire*
160 West Fort Street, 5th Floor
Detroit, MI 48226
bgbest@varnumlaw.com

Kara Hammond Coyle, Esquire
*Young Conaway Stargatt & Taylor LLP*
Rodney Square
1000 North King Street
Wilmington, DE 19801
bankfilings@ycst.com

Geoffrey M. Johnson, Esquire
*Scott & Scott Attorneys at Law LLP*
12434 Cedar Road, Suite 12
Cleveland Heights, OH 44106
gjohnson@scott-scott.com

Scott R. Jacobsen, Esquire
*Scott & Scott Attorneys at Law LLP*
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
sjacobsen@scott-scott.com

Maxwell R. Huffman, Esquire
Joseph A. Pettigrew, Esquire
*Scott & Scott Attorneys at Law LLP*
600 West Broadway, Suite 3300
San Diego, CA 92101
mhuffman@scott-scott.com
jpettigrew@scott-scott.com

Michael K. Yarnoff, Esquire
*The Kehoe Law Firm*
Two Penn Center Plaza
1500 JFK Boulevard, Suite 1020
Philadelphia, PA 19102
myarnoff@kehoelawfirm.com

GianClaudio Finizio, Esquire
*Bayard, P.A.*
600 North King Street, Suite 400
Wilmington, DE 19801
gfinizio@bayardlaw.com

4863-6736-3048, v. 1

Mark E. Felger, Esquire
Gregory F. Fischer, Esquire
Simon E. Fraser, Esquire
*Cozen O'Connor*
1201 North Market Street, Suite 1001
Wilmington, DE 19801
mfelger@cozen.com
gfischer@cozen.com
sfraser@cozen.com

David J Kozlowski, Esquire
Joseph T. Moldovan, Esquire
*Morrison Cohen LLP*
909 Third Avenue
New York, NY 1002
dkozlowski@morrisoncohen.com
bankruptcy@morrisoncohen.com

Brian J. McLaughlin, Esquire
*Offit Kurman, PA*
222 Delaware Avenue, Suite 1105
Wilmington, DE 19801
brian.mclaughlin@offitkurman.com

Judith Greenstone Miller, Esquire
*Jaffe Raitt Heuer & Weiss, P.C.*
27777 Franklin Road, Suite 2500
Southfield, MI 48034
jmiller@jaffelaw.com

Carl L. Grumer, Esquire
*Manatt, Phelps & Phillips, LLP*
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
cgrumer@manatt.com

Mark T. Hurford, Esquire
*A.M. Sacccullo Legal, LLC*
27 Crimson King Drive
Bear, DE 19701
Mark@saccullolegal.com

Karen C. Bifferato, Esquire
Jeffrey C. Wisler, Esquire
*Connolly Gallagher LLP*
1201 North Market Street, 20th Floor
Wilmington, DE 19801
kbifferato@connollygallagher.com
jwisler@connollygallagher.com

Lisa Bittle Tancredi, Esquire
*Womble Bond Dickinson (US) LLP*
1313 North Market Street, Suite 1200
Wilmington, DE 19801
lisa.tancredi@wbd-us.com

Kevin M. Capuzzi, Esquire
*Benesch Friedlander Coplan & Aronoff LLP*
1313 North Market Street, Suite 1201
Wilmington, DE 19801-1611
kcapuzzi@beneschlaw.com

Steve Jakubowski, Esquire
*Robbins Salomon & Patt, Ltd.*
180 North LaSalle Street, Suite 3300
Chicago, IL 60601
sjakubowski@robbinsdimonte.com

Guy C. Fustine
Knox McLaughlin Gornall & Sennett, P.C.
120 West Tenth Street, Erie, PA 16501-1461
814-923-4850   814-453-4530 (fax)
gfustine@kmgslaw.com