# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| Electric Last Mile Solutions, Inc., *et al.*,[1] | Case No. 22-10537 (MFW) |
| Debtors. | (Jointly Administered) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON OCTOBER 23, 2024, AT 2:00 P.M. (EASTERN TIME)

**THIS PROCEEDING WILL BE CONDUCTED REMOTELY *VIA* ZOOM. PLEASE REFER TO JUDGE WALRATH'S CHAMBERS PROCEDURES AND THE COURT'S WEBSITE (HTTP://WWW.DEB.USCOURTS.GOV/ECOURT-APPEARANCES) FOR INFORMATION ON THE METHOD OF ALLOWED PARTICIPATION (VIDEO OR AUDIO), JUDGE WALRATH'S EXPECTATIONS OF REMOTE PARTICIPANTS, AND THE ADVANCE REGISTRATION REQUIREMENTS. REGISTRATION IS REQUIRED BY 4:00 P.M. (EASTERN TIME) THE BUSINESS DAY BEFORE THE HEARING UNLESS OTHERWISE NOTICED USING THE ECOURT APPEARANCES TOOL AVAILABLE ON THE COURT'S WEBSITE.**

**I.  RESOLVED MATTER(S)**

1. Motion of the Chapter 7 Trustee for Entry of an Order Pursuant to Fed. R. Bankr. P. 9019 Approving Stipulation by and Between Chapter 7 Trustee and Glovis America, Inc, filed on September 24, 2024 [Docket No. 259].

    Objection Deadline:     October 8, 2024, at 4:00 p.m. (Eastern Time).

    Responses Received:     None.

    Related Pleadings:

    (a)   Certificate of No Objection Regarding Motion of the Chapter 7 Trustee for Entry of an Order Pursuant to Fed. R. Bankr. P. 9019 Approving Stipulation by and Between Chapter 7 Trustee and Glovis America, Inc., filed on October 21, 2024 [Docket No. 260].

    Status: A certificate of no objection has been filed. Therefore, no hearing is necessary unless otherwise requested by the Court.

---

[1]   The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors are: Electric Last Mile Solutions, Inc. (8711) and Electric Last Mile, Inc. (0357).

| | |
|---|---|
| Dated: October 21, 2024<br>Wilmington, Delaware | **CHIPMAN BROWN CICERO & COLE, LLP**<br><br>*/s/ Alan M. Root*<br>Alan M. Root (No. 5427)<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br>Telephone: (302) 295-0192<br>Email: root@chipmanbrown.com<br><br>*Counsel for the Chapter 7 Trustee* |