**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| Electric Last Mile Solutions, Inc., *et al.*,[1] | Case No. 22-10537 (MFW) <br> (Jointly Administered) |
| Debtors. | Hearing Date: 11/20/24 at 2:00 p.m. (ET) <br> Objection Deadline: 11/13/24 at 4:00 p.m. (ET) |

**FIRST INTERIM FEE APPLICATION OF**
**CHIPMAN BROWN CICERO & COLE, LLP, ATTORNEYS FOR**
**DAVID W. CARICKHOFF, CHAPTER 7 TRUSTEE, FOR COMPENSATION**
**AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD**
**FEBRUARY 5, 2024 THROUGH SEPTEMBER 30, 2024**

| | |
|---|---|
| *Name of Applicant*: | Chipman Brown Cicero & Cole, LLP |
| *Authorized to Provide Professional Services to*: | David W. Carickhoff, Chapter 7 Trustee |
| *Date of Retention*: | February 23, 2024, effective as of February 5, 2024 |
| *Period for which Compensation and Reimbursement is Sought*: | February 5, 2024 through September 30, 2024 |
| *Amount of Compensation Sought as Actual, Reasonable, and Necessary*: | $38,552.00 |
| *Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary*: | $62.91 |

This is an:   ✓  Interim     _____ Final Application     _____ Monthly Statement

| Prior Interim Applications | | Requested | | Allowed | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| N/A | N/A | $0 | $0 | $0 | $0 |

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors are: Electric Last Mile Solutions, Inc. (8711) and Electric Last Mile, Inc. (0357).

1

## ATTACHMENT B
## TO FEE APPLICATION

| NAME OF PROFESSIONAL | POSITION, YEAR ASSUMED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| David W. Carickhoff | Partner - Admitted in DE and PA since 1998. | $720.00 | 1.8 | $1,296.00 |
| Alan M. Root | Partner - Admitted in DE 2010. | $525.00 | 62.6 | $31,867.50 |
| Bryan J. Hall | Partner - Admitted in NY 2012. Admitted in DE 2016. | $495.00 | 5.3 | $2,623.50 |
| Kristi Doughty | Counsel - Admitted in NJ and PA since 1987; Admitted in DE since 1999. | $475.00 | 1.8 | $855.00 |
| | | | | |
| Michelle Dero | Paralegal | $300.00 | 5.8 | $1,440.00 |
| Renae Fusco | Paralegal | $300.00 | 0.9 | $270.00 |
| | | | | |
| Rosanne DellAversano | Legal Assistant | $250.00 | 0.8 | $200.00 |
| | | | | |
| **Grand Total**: | | | 79.0 | $38,552.00 |
| | **Blended Rate** | **$488.00** | | |

3

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| B110 Case Administration | 9.5 | $3,127.50 |
| B120 Asset Analysis and Recovery | 10.9 | $5,586.00 |
| B130 Asset Disposition | 0.20 | $105.00 |
| B150 Meeting of and Communications with Creditors | 1.60 | $840.00 |
| B160 Fee/Employment Application | 3.40 | $1,425.00 |
| B190 Other Contested Matters (excluding assumption / rejection motions) | 17.00 | $8,778.00 |
| B310 Claims Administration and Objections | 36.40 | $18,690.50 |
| **TOTAL:** | **79.00** | **$38,552.00** |

**EXPENSE SUMMARY**

| EXPENSE CATEGORY | SERVICE PROVIDER | TOTAL EXPENSES |
|---|---|---|
| Courier | Reliable | $30.01 |
| Computer Data Research | PACER Service Center | $32.90 |
| **TOTAL** | | **$62.91** |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| Electric Last Mile Solutions, Inc., *et al.*, [1] | Case No. 22-10537 (MFW) (Jointly Administered) |
| Debtors. | |
| | **Hearing Date: 11/20/24 at 2:00 p.m. (ET)** <br> **Objection Deadline: 11/13/24 at 4:00 p.m. (ET)** |

**FIRST INTERIM FEE APPLICATION OF
CHIPMAN BROWN CICERO & COLE, LLP, ATTORNEYS FOR
DAVID W. CARICKHOFF, CHAPTER 7 TRUSTEE, FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
FEBRUARY 5, 2024 THROUGH SEPTEMBER 30, 2024**

Pursuant to Sections 330 and 331 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Local Rule 2016-2, Chipman Brown Cicero & Cole, LLP ("CBCC"), counsel to David W. Carickhoff, the Chapter 7 Trustee (the "Trustee"), hereby submits the *First Interim Fee Application of Chipman Brown Cicero & Cole, LLP, Attorneys for David W. Carickhoff, Chapter 7 Trustee for Compensation and Reimbursement of Expenses for the Period of February 5, 2024 through September 30, 2024* (the "Fee Application").

By this Fee Application, CBCC seeks interim allowance of compensation in the amount of $38,552.00 and actual and necessary expenses in the amount of $62.91, for a total of $38,614.91, and payment of the unpaid amount of such fees and expenses, for the period of February 5, 2024 through Sepetmber 30, 2024 (the "Application Period").

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors are: Electric Last Mile Solutions, Inc. (8711) and Electric Last Mile, Inc. (0357).

1

## JURISDICTION

1. The Court has jurisdiction over this matter under 28 U.S.C. § 1334. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue of these chapter 7 cases in this district is proper under 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND

2. On June 14, 2022 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware.

3. On the Petition Date, David W. Carickhoff was appointed as Chapter 7 Trustee.

4. The section 341 meeting of creditors was held on July 12, 2022, and concluded.

5. On February 6, 2024, the Trustee filed the *Application of the Chapter 7 Trustee for Entry of an Order the Employment of Chipman Brown Cicero & Cole, LLP as General Bankruptcy Counsel to the Chapter 7 Trustee, Effective as of February 5, 2024* [Dkt. No. 239] (the "Retention Application"). The Court approved the employment of CBCC, effective as of February 5, 2024, by order entered February 23, 2024 [Dkt. No. 242].

6. CBCC is a nationally recognized law firm with extensive experience and expertise in bankruptcy and reorganization proceedings, particularly with respect to the representation of debtors, creditors' committees, and chapter 7 trustees.

## IDENTITY OF PROFESSIONALS

7. The attorneys and paraprofessionals of CBCC who have rendered professional services in these cases during the Application Period are identified in Attachment "B" which form is included directly behind the cover sheet of this Fee Application.

8. CBCC has provided legal advice and services to the Trustee with respect to administration of the Debtors' estates and the Trustee's duties and responsibilities under the

2

Bankruptcy Code.  CBCC has performed all necessary and appropriate professional services as described and narrated in detailed and on Exhibit "A" attached hereto.

9. The rates charged are CBCC's normal hourly rates for work of this nature.  The reasonable value of the services rendered by CBCC to the Trustee in connection with this matter during the Application Period is $38,552.00.

## SUMMARY OF SERVICES BY PROJECT

(a)  B110:  Case Administration

Fees:  $3,127.50          Total Time: 9.5

This category includes tasks related to case management, monitoring docket updates, electronic filing, preparing certificates of no objection and hearing agendas, research and general matters of administration. Among other things, during the Application Period, CBCC prepared various administrative filings, including certificates of no objection and hearing agendas.  CBCC also communicated with the SEC, the Debtors' stock transfer agent, and responded to inquiries received by shareholders.

(b)  B120:  Asset Analysis and Recovery

Fees:  $5,586.00          Total Time:  10.90

This category includes all matters related to the investigation of the Debtors' assets other than for litigation, valuation or sale purposes. During the Application Period, CBCC assisted the Trustee in negotiating, documenting and seeking Bankruptcy Court approval of a settlement with Glovis, which resulted in the estates receiving an almost $400,000 in additional funds.

    (c)    <u>B160:  Fee/Employment Applications</u>

        Fees:  $1,425.00        Total Time:  3.40

This category includes all time spent preparing, reviewing and filing retention and fee applications for the Trustee's professionals. During the Application Period, CBCC prepared and obtained Bankruptcy Court approval of CBCC's retention application.

    (d)    <u>B190:  Other Contested Matters</u>

        Fees:  $8,778.00        Total Time:  17.00

This category includes all matters related to litigation and adversary proceedings. During the Application Period, CBCC assisted the Trustee in addressing document requests in connection with a third-party subpoena as well as issues related to a settlement of a securities class action involving certain former directors and officers of the Debtors.  CBCC also investigated estate causes of action and drafted and entered into certain tolling agreements.

    (e)    <u>B310:  Claims Administration and Objections</u>

        Fees:  $18,848.00        Total Time:  36.70

This category relates to tasks dealing with the analysis of claims filed against the Debtors and resolution and/or objections thereto.  During the Application Period, CBCC assisted the Trustee in negotiating, documenting and obtaining Bankruptcy Court approval of a resolution of almost $32 million in claims asserted against the estates by Randy Marion Isuzu.  At the request of the Trustee, CBCC analyzed certain other proofs of claim that the Trustee identified as potentially subject to objection.  In connection therewith, among other things, CBCC prepared and filed the Trustee's First Notice of Satisfied Claims.

## ACTUAL AND NECESSARY EXPENSES

10. A summary of actual and necessary expenses incurred by CBCC for the Application Period is attached hereto as <u>Exhibit A</u>. CBCC charges photocopying charges at $0.10 per page. In addition, CBCC uses outside copier services for high volume projects, and this application seeks recovery of those costs, if applicable. CBCC also charges clients $0.25 per page for outgoing facsimile transactions and does not charge for incoming facsimile transactions. Online legal research is charged at CBCC's actual cost.

11. CBCC believes the foregoing rates are market rates that are equivalent to what many law firms comparable to CBCC charge clients for such services. The reasonable value of the expenses incurred by CBCC to the Trustee in connection with this matter during the Application Period is $62.91

## RELIEF REQUESTED

12. Pursuant to this Fee Application, CBCC requests allowance of compensation for actual and necessary professional services rendered in the amount of $38,552.00, and reimbursement of reasonable and necessary out-of-pocket expenses in the amount of $62.91

13. At all relevant times, CBCC has been a disinterested person as that term is defined in section 101(14) of the Bankruptcy Code and has not represented or held an interest adverse to the interest of the Trustee.

14. All services for which compensation is requested by CBCC were performed for or on behalf of the Trustee.

15. CBCC has received no payment and no promises for payment from any source other than the Debtors' estates for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Fee Application. No agreement or understanding exists between CBCC and any other entity for the sharing of compensation received or to be

received for services rendered in or in connection with these cases. CBCC has received no retainer in this matter.

16. The professional services and related expenses for which CBCC requests interim allowance of compensation and reimbursement of expenses were rendered and incurred in connection with these cases and the discharge of CBCC's professional responsibilities as attorneys for the Trustee. CBCC's services have been necessary and beneficial to the Trustee, creditors and other parties in interest.

17. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount of fees requested by CBCC is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.

18. The undersigned hereby certifies that this Fee Application complies with Del. Bankr. LR 2016-2.

## **NOTICE**

19. As required by the Bankruptcy Rules, notice of this Fee Application has been served upon the Office of the United States Trustee and all parties requesting notice pursuant to Bankruptcy Rule 2002.

**WHEREFORE**, Chipman Brown Cicero & Cole, LLP respectfully requests that the Court enter an order, in the form attached hereto (i) approving this Fee Application, (ii) providing interim allowance of (a) $38,552.00 as compensation for reasonable and necessary professional services rendered to the Trustee and (b) $62.91 for reimbursement of actual and necessary costs and expenses incurred, for a total of $38,614.91, (iii) authorizing the Trustee to pay CBCC the

outstanding amount of such sums, and (iv) for such other and further relief as the Court deems proper and just.

Dated: October 28, 2024

/s/ *Alan M. Root*
Alan M. Root (No. 5427)
CHIPMAN BROWN CICERO & COLE, LLP
1313 N. Market Street, Suite 5400
Wilmington, DE 19801
Telephone: 302-434-4407
Facsimile: 302-295-0199
Email: root@chipmanbrown.com

*Counsel for the Chapter 7 Trustee*

7