# Exhibit A

| Date | Matter | User | Activity | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|---|---|
| 2/5/2024 | 11341.026 | Alan Root | B110 Case Administration | Telephone call with Trustee and Stretto re mechanics in connection with potential distribution | 0.5 | $525.00 | $262.50 |
| 2/8/2024 | 11341.026 | Alan Root | B110 Case Administration | Telephone call with Continental and Stretto re stock transfer matters (.5); follow up with Trustee (.2); research re same (.7) | 0.5 | $525.00 | $735.00 |
| 2/20/2024 | 11341.026 | Alan Root | B110 Case Administration | Analyze letter from shareholder (.2); due diligence re same (.6); emails with Trustee re same (.2) | 0.5 | $525.00 | $525.00 |
| 2/22/2024 | 11341.026 | Alan Root | B110 Case Administration | Review and approve CNO for filing | 0.5 | $525.00 | $52.50 |
| 2/25/2024 | 11341.026 | Alan Root | B110 Case Administration | Review and approve COS for filing | 0.5 | $525.00 | $52.50 |
| 2/26/2024 | 11341.026 | Michelle Dero | B110 Case Administration | Finalize and file Certificate of Service regarding Order Authorizing Employment of Chipman Brown Cicero & Cole LLP as General Bankruptcy Counsel to Chapter 7 Trustee Effective as of February 5 2024 | 0.5 | $300.00 | $60.00 |
| 2/26/2024 | 11341.026 | Alan Root | B110 Case Administration | Communications with M. Dero re hearing agenda | 0.5 | $525.00 | $52.50 |
| 2/29/2024 | 11341.026 | Michelle Dero | B110 Case Administration | Prepare agenda notice canceling March 6 hearing and email same to A. Root for review/comment | 0.5 | $300.00 | $60.00 |
| 3/1/2024 | 11341.026 | Michelle Dero | B110 Case Administration | Review email message from A. Root regarding agenda notice (.1); Finalize and file Notice of Agenda of Matters Scheduled for Hearing on March 6  2024 (.2); Effectuate email service of agenda notice (.1) | 0.5 | $300.00 | $120.00 |
| 3/1/2024 | 11341.026 | Alan Root | B110 Case Administration | Review and comment on draft agenda | 0.5 | $525.00 | $52.50 |
| 3/18/2024 | 11341.026 | Alan Root | B110 Case Administration | Telephone call with SEC | 0.5 | $525.00 | $262.50 |
| 4/12/2024 | 11341.026 | Alan Root | B110 Case Administration | Research re request from shareholder and follow up with Trustee re same | 0.5 | $525.00 | $262.50 |
| 5/16/2024 | 11341.026 | Alan Root | B110 Case Administration | Communications with counsel for potential D&O | 0.5 | $525.00 | $105.00 |
| 5/23/2024 | 11341.026 | Alan Root | B110 Case Administration | Telephone call with Trustee on open case issues | 0.5 | $525.00 | $52.50 |
| 5/29/2024 | 11341.026 | Alan Root | B110 Case Administration | Review and approve CNO for filing | 0.5 | $525.00 | $52.50 |
| 5/30/2024 | 11341.026 | Michelle Dero | B110 Case Administration | Retrieve Order Approving Stipulation by and Between Chapter 7 Trustee and Randy Marion Isuzu  LLC dba Randy Marion ELMS (.1); Prepare June 12 agenda notice canceling hearing (.2) | 0.5 | $300.00 | $90.00 |
| 5/30/2024 | 11341.026 | Michelle Dero | B110 Case Administration | Finalize and file [HEARING CANCELLED] Notice of Agenda of Matters Scheduled for Hearing on June 12  2024 (.2); Effectuate email service of agenda notice and Order Approving Stipulation Between Chapter 7 Trustee and Randy Marion Isuzu  LLC dba Randy Marion ELMS (.1); Email as-filed copy to L. Capp  Judge Walrath's chambers (.1) | 0.5 | $300.00 | $120.00 |
| 5/30/2024 | 11341.026 | Alan Root | B110 Case Administration | Review and approve agenda for filing | 0.5 | $525.00 | $52.50 |
| 7/9/2024 | 11341.026 | Alan Root | B110 Case Administration | Telephone call with counsel to former director re case status; follow up with Trustee | 0.5 | $525.00 | $157.50 |
| | | | **B110 Case Administration Total** | | **9.5** | | **$3,127.50** |
| 2/5/2024 | 11341.026 | Alan Root | B120 Asset Analysis and Recovery | Telephone call with Consolio on document preservation matters | 0.3 | $525.00 | $157.50 |
| 7/23/2024 | 11341.026 | Alan Root | B120 Asset Analysis and Recovery | Review letter from Glovis and discuss with Trustee (.3); email and phone call to Glovis counsel (.2) | 0.5 | $525.00 | $262.50 |
| 7/29/2024 | 11341.026 | Kristi Doughty | B120 Asset Analysis and Recovery | Exchange emails and telephone call with Alan Root regarding assignment to draft stipulation and 9019 motion. | 0.2 | $475.00 | $95.00 |
| 7/29/2024 | 11341.026 | Alan Root | B120 Asset Analysis and Recovery | Communications with Trustee re Glovis resolution (.3); discuss with K. Doughty (.2) | 0.5 | $525.00 | $262.50 |
| 8/2/2024 | 11341.026 | Kristi Doughty | B120 Asset Analysis and Recovery | Draft settlement agreement (.9); draft 9019 motion with order (.6); send drafts to Alan Root (.1) | 1.6 | $475.00 | $760.00 |
| 8/2/2024 | 11341.026 | David Carickhoff | B120 Asset Analysis and Recovery | Review and provide comments to Glovis stipulation and 9019 motion | 0.5 | $720.00 | $360.00 |
| 8/2/2024 | 11341.026 | Alan Root | B120 Asset Analysis and Recovery | Revise Glovis settlement agreement and 9019 motion | 3.6 | $525.00 | $1,890.00 |
| 8/13/2024 | 11341.026 | Alan Root | B120 Asset Analysis and Recovery | communications with Glovis counsel re settlement agreement and upcoming hearing dates | 0.2 | $525.00 | $105.00 |
| 8/14/2024 | 11341.026 | Alan Root | B120 Asset Analysis and Recovery | Communications with Glovis counsel re settlement agreement | 0.2 | $525.00 | $105.00 |
| 8/19/2024 | 11341.026 | David Carickhoff | B120 Asset Analysis and Recovery | Review and provide comments to stipulation with Glovis | 0.3 | $720.00 | $216.00 |
| 8/19/2024 | 11341.026 | Alan Root | B120 Asset Analysis and Recovery | Call with Glovis counsel to discuss settlement agreement (.4); revise settlement agreement and 9019 motion (.6); emails with Trustee re same (.2) | 1.2 | $525.00 | $630.00 |
| 9/18/2024 | 11341.026 | Alan Root | B120 Asset Analysis and Recovery | Communications with Glovis counsel | 0.1 | $525.00 | $52.50 |
| 9/24/2024 | 11341.026 | Renae Fusco | B120 Asset Analysis and Recovery | draft notice  cos & service list re Glovis 9019 motion; efile same; prep service of same | 0.9 | $300.00 | $270.00 |
| 9/24/2024 | 11341.026 | Alan Root | B120 Asset Analysis and Recovery | Finalize Glovis settlement papers for filing | 0.8 | $525.00 | $420.00 |
| | | | **B120 Asset Analysis and Recovery Total** | | **10.9** | | **$5,586.00** |
| 9/16/2024 | 11341.026 | Alan Root | B130 Asset Disposition | Communications with Mullen re post-closing matters | 0.2 | $525.00 | $105.00 |
| | | | **B130 Asset Disposition Total** | | **0.2** | | **$105.00** |
| 2/9/2024 | 11341.026 | Alan Root | B150 Meetings of and Communications with Creditors | Field creditor inquiry | 0.2 | $525.00 | $105.00 |
| 4/29/2024 | 11341.026 | Alan Root | B150 Meetings of and Communications with Creditors | Field creditor inquiry | 0.1 | $525.00 | $52.50 |
| 5/14/2024 | 11341.026 | Alan Root | B150 Meetings of and Communications with Creditors | Field inquiry from shareholder | 0.2 | $525.00 | $105.00 |
| 6/27/2024 | 11341.026 | Alan Root | B150 Meetings of and Communications with Creditors | Field creditor inquiry | 0.1 | $525.00 | $52.50 |
| 7/8/2024 | 11341.026 | Alan Root | B150 Meetings of and Communications with Creditors | Field creditor inquiry | 0.1 | $525.00 | $52.50 |
| 8/2/2024 | 11341.026 | Alan Root | B150 Meetings of and Communications with Creditors | Respond to inquiry from shareholder | 0.2 | $525.00 | $105.00 |
| 8/6/2024 | 11341.026 | Alan Root | B150 Meetings of and Communications with Creditors | Telephone call with shareholder | 0.4 | $525.00 | $210.00 |
| 9/30/2024 | 11341.026 | Alan Root | B150 Meetings of and Communications with Creditors | Communications with counsel for former D&Os | 0.3 | $525.00 | $157.50 |
| | | | **B150 Meetings of and Communications with Creditors Total** | | **1.6** | | **$840.00** |
| 2/5/2024 | 11341.026 | Alan Root | B160 Fee/Employment Applications | Draft CBCC retention application | 1.2 | $525.00 | $630.00 |
| 2/6/2024 | 11341.026 | Michelle Dero | B160 Fee/Employment Applications | Review email message from A. Root regarding retention application (.1); Review/update retention application proposed order  declaration and notice (.2); Finalize and file Chapter 7 Trustee's Application for Order Authorizing Employment of Chipman Brown Cicero & Cole  LLP as General Bankruptcy Counsel  Effective as of February 5  2024 (.2); Effectuate email service of retention application (.1); Calendar deadlines (.1) | 0.7 | $300.00 | $210.00 |
| 2/6/2024 | 11341.026 | Alan Root | B160 Fee/Employment Applications | Finalize CBCC retention application for filing | 0.6 | $525.00 | $315.00 |
| 2/22/2024 | 11341.026 | Michelle Dero | B160 Fee/Employment Applications | Review calendar and emails with A. Root regarding objection status (.1); Prepare certificate of no objection regarding CBCC's retention application (.2); Update proposed order for same (.1); Finalize and file Certificate of No Objection Regarding Chapter 7 Trustee's Application for Order Authorizing Employment of Chipman Brown Cicero & Cole  LLP as General Bankruptcy Counsel to Chapter 7 Trustee  Effective as of February 5  2024 (.2) and upload proposed order (.1) | 0.7 | $300.00 | $210.00 |
| 2/23/2024 | 11341.026 | Michelle Dero | B160 Fee/Employment Applications | Serve Order Authorizing the Employment of Chipman Brown Cicero & Cole  LLP as General Bankruptcy Counsel to the Chapter 7 Trustee  Effective as of February 5  2024 | 0.1 | $300.00 | $30.00 |
| 2/24/2024 | 11341.026 | Michelle Dero | B160 Fee/Employment Applications | Prepare certificate of service regarding service of CBCC's retention order entered on February 23 | 0.1 | $300.00 | $30.00 |
| | | | **B160 Fee/Employment Applications Total** | | **3.4** | | **$1,425.00** |
| 4/2/2024 | 11341.026 | Bryan Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Call with R. Gibson  counsel to SF Motors/Seres  re document subpoena for ELMs documents | 0.3 | $495.00 | $148.50 |
| 4/2/2024 | 11341.026 | Bryan Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Discuss case status with A. Root | 0.1 | $495.00 | $49.50 |
| 4/2/2024 | 11341.026 | Bryan Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Call with D. Carickhoff re SF Motors documents | 0.1 | $495.00 | $49.50 |
| 4/2/2024 | 11341.026 | Bryan Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Email exchange with R. Gibson re document subpoena | 0.1 | $495.00 | $49.50 |
| 4/3/2024 | 11341.026 | Bryan Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Privilege review of ELMS documents from SF Motors | 2.9 | $495.00 | $1,435.50 |
| 4/3/2024 | 11341.026 | Bryan Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Review and respond to emails re SF Motors documents | 0.2 | $495.00 | $99.00 |
| 4/4/2024 | 11341.026 | Bryan Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Meet with D. Carickhoff re SF Motors documents | 0.1 | $495.00 | $49.50 |
| 4/5/2024 | 11341.026 | Bryan Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Draft response to D. Enright re document request | 0.5 | $495.00 | $247.50 |
| 4/8/2024 | 11341.026 | Bryan Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Call with plaintiffs' counsel re document requests | 0.4 | $495.00 | $198.00 |
| 4/10/2024 | 11341.026 | Alan Root | B190 Other Contested Matters (excluding assumption/rejection motions) | Communications with claims administrator for NJ securities class action litigation (.5); analysis of preliminary approval order entered by NJ District Court (.4) | 0.9 | $525.00 | $472.50 |
| 4/11/2024 | 11341.026 | Alan Root | B190 Other Contested Matters (excluding assumption/rejection motions) | Communications with Trustee and stock transfer agent re information request from claims administrator for NJ securities class action | 0.4 | $525.00 | $210.00 |
| 4/12/2024 | 11341.026 | Alan Root | B190 Other Contested Matters (excluding assumption/rejection motions) | Communications with stock transfer agent re shareholder registry (.4); review data provided by transfer agent (.2); communications with claims administrator for NJ securities class action re same (.3) | 0.9 | $525.00 | $472.50 |
| 4/15/2024 | 11341.026 | Alan Root | B190 Other Contested Matters (excluding assumption/rejection motions) | Communications with potential litigation targets re tolling agreements | 0.2 | $525.00 | $105.00 |
| 4/23/2024 | 11341.026 | Alan Root | B190 Other Contested Matters (excluding assumption/rejection motions) | Communications with counsel for potential litigation targets re tolling agreements | 0.2 | $525.00 | $105.00 |
| 4/25/2024 | 11341.026 | Alan Root | B190 Other Contested Matters (excluding assumption/rejection motions) | Draft tolling agreement | 0.6 | $525.00 | $315.00 |
| 5/2/2024 | 11341.026 | Alan Root | B190 Other Contested Matters (excluding assumption/rejection motions) | Communications with potential litigation targets re tolling agreements | 0.3 | $525.00 | $157.50 |
| 5/2/2024 | 11341.026 | Alan Root | B190 Other Contested Matters (excluding assumption/rejection motions) | Finalize tolling agreement with potential litigation target | 0.2 | $525.00 | $105.00 |
| 5/14/2024 | 11341.026 | Alan Root | B190 Other Contested Matters (excluding assumption/rejection motions) | Meeting with Trustee re potential estate claims | 0.5 | $525.00 | $262.50 |
| 5/20/2024 | 11341.026 | Bryan Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Discuss litigation matters with A. Root | 0.2 | $495.00 | $99.00 |
| 5/20/2024 | 11341.026 | Alan Root | B190 Other Contested Matters (excluding assumption/rejection motions) | Draft tolling agreements (1.2); Discuss litigation with B. Hall (.2) | 1.4 | $525.00 | $735.00 |
| 5/21/2024 | 11341.026 | Alan Root | B190 Other Contested Matters (excluding assumption/rejection motions) | Research potential estate claims (1.2); discuss with Trustee (.2) | 1.4 | $525.00 | $735.00 |
| 5/22/2024 | 11341.026 | Alan Root | B190 Other Contested Matters (excluding assumption/rejection motions) | Discuss tolling agreement with counsel to potential litigation party and revise and finalize same (.6); research for potential claim objections (1) | 1.6 | $525.00 | $840.00 |
| 5/22/2024 | 11341.026 | Alan Root | B190 Other Contested Matters (excluding assumption/rejection motions) | Telephone calls with D&O counsel | 0.5 | $525.00 | $262.50 |
| 5/28/2024 | 11341.026 | Alan Root | B190 Other Contested Matters (excluding assumption/rejection motions) | Telephone call with party re potential estate claims and follow up with Trustee | 0.5 | $525.00 | $262.50 |
| 5/29/2024 | 11341.026 | Alan Root | B190 Other Contested Matters (excluding assumption/rejection motions) | Review and respond re comments to tolling agreement | 0.2 | $525.00 | $105.00 |
| 6/3/2024 | 11341.026 | Alan Root | B190 Other Contested Matters (excluding assumption/rejection motions) | Draft tolling agreement | 0.6 | $525.00 | $315.00 |
| 6/4/2024 | 11341.026 | Alan Root | B190 Other Contested Matters (excluding assumption/rejection motions) | Communications with counsel to former GC re 3rd party subpoena | 0.2 | $525.00 | $105.00 |

| Date | Matter | Timekeeper | Task Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 6/5/2024 | 11341.026 | Alan Root | B190 Other Contested Matters (excluding assumption/rejection motions) | further communications with counsel for former GC re 3rd party subpoena | 0.2 | $525.00 | $105.00 |
| 6/5/2024 | 11341.026 | Alan Root | B190 Other Contested Matters (excluding assumption/rejection motions) | Finalize tolling agreement | 0.2 | $525.00 | $105.00 |
| 6/7/2024 | 11341.026 | Alan Root | B190 Other Contested Matters (excluding assumption/rejection motions) | Further communications with GC counsel re subpoena | 0.3 | $525.00 | $157.50 |
| 6/12/2024 | 11341.026 | Alan Root | B190 Other Contested Matters (excluding assumption/rejection motions) | Discuss with Trustee subpoena served on former GC (.3); follow up with GC's counsel (.2) | 0.5 | $525.00 | $262.50 |
| 6/19/2024 | 11341.026 | Alan Root | B190 Other Contested Matters (excluding assumption/rejection motions) | Communications with counsel to former GC re third party subpoena | 0.1 | $525.00 | $52.50 |
| 8/26/2024 | 11341.026 | Alan Root | B190 Other Contested Matters (excluding assumption/rejection motions) | Finalize Glovis settlement stipulation | 0.2 | $525.00 | $105.00 |
| | | | **B190 Other Contested Matters Total** | | **17** | | **$8,778.00** |
| 2/16/2024 | 11341.026 | Alan Root | B310 Claims Administration and Objections | Telephone call with counsel to former directors (.6); follow up with Trustee (.4) | 1 | $525.00 | $525.00 |
| 3/12/2024 | 11341.026 | Alan Root | B310 Claims Administration and Objections | Telephone call with D&O counsel | 0.6 | $525.00 | $315.00 |
| 4/5/2024 | 11341.026 | Alan Root | B310 Claims Administration and Objections | Prepare for and attend call with D&O counsel | 0.6 | $525.00 | $315.00 |
| 4/11/2024 | 11341.026 | Alan Root | B310 Claims Administration and Objections | meeting with Trustee re potential resolution of D&O claims | 0.5 | $525.00 | $262.50 |
| 4/11/2024 | 11341.026 | Alan Root | B310 Claims Administration and Objections | Meetings with Trustee to discuss Randy Marion Claims (.3); analyze Randy Marion claims and underlying agreements (1.7); telephone call with counsel to Randy Marion (.3); draft settlement proposal (.6) | 2.9 | $525.00 | $1,522.50 |
| 4/12/2024 | 11341.026 | Alan Root | B310 Claims Administration and Objections | Telephone call with counsel to D&Os re claim resolution issues | 0.5 | $525.00 | $262.50 |
| 4/15/2024 | 11341.026 | Alan Root | B310 Claims Administration and Objections | Communications with Trustee and Randy Marion counsel re potential claims resolution | 0.3 | $525.00 | $157.50 |
| 4/15/2024 | 11341.026 | Alan Root | B310 Claims Administration and Objections | Communications with Mullen re potential global resolution with Randy Marion | 0.2 | $525.00 | $105.00 |
| 4/16/2024 | 11341.026 | David Carickhoff | B310 Claims Administration and Objections | Meet with A. Root re settlement with Randy Marion Isuzu (.2); review and provide comments to settlement agreement (.4) | 0.6 | $720.00 | $432.00 |
| 4/16/2024 | 11341.026 | Alan Root | B310 Claims Administration and Objections | Telephone call with Randy Marion counsel re claim resolution (.5); follow up with Trustee (.2) | 0.7 | $525.00 | $367.50 |
| 4/16/2024 | 11341.026 | Alan Root | B310 Claims Administration and Objections | Draft revised settlement offer to Randy Marion | 0.2 | $525.00 | $105.00 |
| 4/16/2024 | 11341.026 | Alan Root | B310 Claims Administration and Objections | Draft settlement stipulation with Randy Marion | 2.5 | $525.00 | $1,312.50 |
| 4/17/2024 | 11341.026 | Alan Root | B310 Claims Administration and Objections | Revise Randy Marion stipulation based on Trustee comments and circulate to Randy Marion counsel | 0.5 | $525.00 | $262.50 |
| 4/17/2024 | 11341.026 | Alan Root | B310 Claims Administration and Objections | Draft Randy Marion 9019 motion | 1.7 | $525.00 | $892.50 |
| 4/26/2024 | 11341.026 | Alan Root | B310 Claims Administration and Objections | Email to Randy Marion counsel re claim stipulation | 0.1 | $525.00 | $52.50 |
| 4/29/2024 | 11341.026 | Alan Root | B310 Claims Administration and Objections | Call with D&O counsel re potential claims resolution and tolling agreement | 0.5 | $525.00 | $262.50 |
| 4/30/2024 | 11341.026 | Alan Root | B310 Claims Administration and Objections | Communications with Randy Marion counsel re claim stipulation | 0.1 | $525.00 | $52.50 |
| 5/5/2024 | 11341.026 | Alan Root | B310 Claims Administration and Objections | Review Randy Marion comments to claim stipulation (.3); further revise claim stipulation (.3); communications with Trustee re same (.1) | 0.7 | $525.00 | $367.50 |
| 5/10/2024 | 11341.026 | Alan Root | B310 Claims Administration and Objections | Communications with Randy Marion counsel; follow up with Trustee | 0.1 | $525.00 | $52.50 |
| 5/13/2024 | 11341.026 | Alan Root | B310 Claims Administration and Objections | Finalize Randy Marion claim stipulation and 9019 motion for filing | 0.7 | $525.00 | $367.50 |
| 5/14/2024 | 11341.026 | Michelle Dero | B310 Claims Administration and Objections | Review email message from A. Root attaching 9019 motion and stipulation (.1); Prepare notice and certificate of service and email to same for review/comment (.2); Review stipulation and revise per email with A. Root (.1); Review/update motion and proposed order (.1); Finalize and file Chapter 7 Trustee's Motion for Order Approving Stipulation Between Chapter 7 Trustee and Randy Marion Isuzu LLC dba Randy Marion ELMS (.2); Effectuate email service of 9019 motion (.1); Calendar deadlines (.1) | 0.9 | $300.00 | $270.00 |
| 5/14/2024 | 11341.026 | Alan Root | B310 Claims Administration and Objections | Communications with M. Dero re Randy Marion 9019 motion | 0.2 | $525.00 | $105.00 |
| 5/14/2024 | 11341.026 | Alan Root | B310 Claims Administration and Objections | Analysis of claims identified by Trustee as potentially subject to objection (3.6); communication with counsel to class action plaintiff re filed proof of claim (.2); prepare and file notice of withdrawal of class action claim | 4 | $525.00 | $2,100.00 |
| 5/16/2024 | 11341.026 | Bryan Hall | B310 Claims Administration and Objections | Meet with A. Root and Trustee re: claims | 0.4 | $495.00 | $198.00 |
| 5/16/2024 | 11341.026 | Alan Root | B310 Claims Administration and Objections | Due diligence research and draft first notice of satisfaction of claims (2.9); discuss with B. Hall and Trustee (.3) | 3.2 | $525.00 | $1,680.00 |
| 5/17/2024 | 11341.026 | Rosanne DellAversano | B310 Claims Administration and Objections | Prepare address list for Exhibit A to Notice of Satisfaction of Claims | 0.8 | $250.00 | $200.00 |
| 5/17/2024 | 11341.026 | Alan Root | B310 Claims Administration and Objections | Continued analysis of claims identified by Trustee as potentially subject to objection | 3.3 | $525.00 | $1,732.50 |
| 5/20/2024 | 11341.026 | Alan Root | B310 Claims Administration and Objections | Research and work on notice of satisfied claims | 0.4 | $525.00 | $210.00 |
| 5/22/2024 | 11341.026 | Alan Root | B310 Claims Administration and Objections | Further revisions to notice of satisfied claims | 0.6 | $525.00 | $315.00 |
| 5/23/2024 | 11341.026 | Alan Root | B310 Claims Administration and Objections | Continued analysis and research re potential claim objections | 1.2 | $525.00 | $630.00 |
| 5/24/2024 | 11341.026 | David Carickhoff | B310 Claims Administration and Objections | Review and revise Notice of Satisfaction of Claims | 0.4 | $720.00 | $288.00 |
| 5/24/2024 | 11341.026 | Alan Root | B310 Claims Administration and Objections | Discuss notice of satisfied claims with Trustee and revise accordingly | 0.3 | $525.00 | $157.50 |
| 5/28/2024 | 11341.026 | Michelle Dero | B310 Claims Administration and Objections | Finalize and file First Notice of Satisfaction of Claims (.1); Effectuate email service of notice (.1); Calendar deadlines (.1) | 0.3 | $300.00 | $90.00 |
| 5/29/2024 | 11341.026 | Michelle Dero | B310 Claims Administration and Objections | Prepare certificate of no objection regarding Marion ELMS 9019 motion and update proposed order (.2); Finalize and file Certificate of No Objection Regarding Chapter 7 Trustee's Motion for Order Approving Stipulation Between Chapter 7 Trustee and Randy Marion Isuzu LLC dba Randy Marion ELMS (.2) and upload proposed order (.1) | 0.5 | $300.00 | $150.00 |
| 6/4/2024 | 11341.026 | Alan Root | B310 Claims Administration and Objections | Communications with counsel to certain D&Os | 0.3 | $525.00 | $157.50 |
| 6/11/2024 | 11341.026 | Alan Root | B310 Claims Administration and Objections | Communications with counsel to Forum III directors | 0.2 | $525.00 | $105.00 |
| 7/10/2024 | 11341.026 | Alan Root | B310 Claims Administration and Objections | Further analysis of claims identified as potentially subject to objection | 2.9 | $525.00 | $1,522.50 |
| 7/11/2024 | 11341.026 | Alan Root | B310 Claims Administration and Objections | Communications with former D&O counsel and follow up with Trustee | 0.4 | $525.00 | $210.00 |
| 7/17/2024 | 11341.026 | Alan Root | B310 Claims Administration and Objections | Communications with D&O counsel | 0.1 | $525.00 | $52.50 |
| 7/22/2024 | 11341.026 | Alan Root | B310 Claims Administration and Objections | Communications with D&O counsel re indemnification claims | 0.3 | $525.00 | $157.50 |
| 8/1/2024 | 11341.026 | Alan Root | B310 Claims Administration and Objections | Communications with D&O counsel re indemnification claims | 0.4 | $525.00 | $210.00 |
| 9/27/2024 | 11341.026 | Alan Root | B310 Claims Administration and Objections | Review report of sold vehicles from Randy Marion Isuzu and emails with Trustee re same | 0.3 | $525.00 | $157.50 |
| | | | **B310 Claims Administration and Objections Total** | | **36.4** | | **$18,690.50** |
| | | | **TOTAL FEES** | | **79** | | **$38,552.00** |

| Date | Matter | Timekeeper | Task Code | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 3/8/2024 | 11341.026 | Lauren Hitchens | E106 Online research | PACER (Docket Report first quarter 2024) | 1 | $21.30 | $21.30 |
| 7/10/2024 | 11341.026 | Lauren Hitchens | E112 Court fees | PACER (4/1/2024 to 6/30/2024 for AMR Acct) | 1 | $2.20 | $2.20 |
| 7/10/2024 | 11341.026 | Lauren Hitchens | E112 Court fees | PACER (4/1/2024 to 6/30/2024) | 1 | $8.20 | $8.20 |
| 10/10/2024 | 11341.026 | Kaylee Paranczak | E106 Online research | PACER (Docket Report from 7/01/24 to 9/30/24) | 1 | $1.20 | $1.20 |
| 5/30/2024 | 11341.026 | Lauren Hitchens | | Reliable - Mailing Services Inv. #WL117076 | 1 | $30.01 | $30.01 |
| | | | **TOTAL EXPENSES** | | | | **$62.91** |