IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| Electric Last Mile Solutions, Inc., *et al.*, [1] | Case No. 22-10537 (MFW) <br> (Jointly Administered) |
| Debtors. | Re: Dkt. No. ____ |

### ORDER GRANTING FIRST INTERIM FEE APPLICATION OF CHIPMAN BROWN CICERO & COLE, LLP, ATTORNEYS FOR DAVID W. CARICKHOFF, CHAPTER 7 TRUSTEE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FEBRUARY 5, 2024 THROUGH SEPTEMBER 30, 2024

Upon consideration of the First Interim Fee Application of Chipman Brown Cicero & Cole, LLP ("CBCC"), Attorneys for David W. Carickhoff, Chapter 7 Trustee ("Trustee") for Compensation and Reimbursement of Expenses for the Period February 4, 2024 Through September 30, 2024 (the "Fee Application") pursuant to Section 330(a) and 331 of Title 11 of the United States Code and Rule 2016 of the Federal Rules of Bankruptcy Procedure, for interim allowance of compensation and reimbursement of expenses for the period from February 4, 2024 through September 30, 2024 (the "Application Period"), and the Court having reviewed the Fee Application; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Fee Application, and any hearing thereon, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Fee Application, it is hereby

ORDERED, that the Fee Application is granted on an interim basis; and it is further

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors are: Electric Last Mile Solutions, Inc. (8711) and Electric Last Mile, Inc. (0357).

2

ORDERED, that CBCC is awarded, on an interim basis, compensation in the amount of $38,614.91 comprised of $38,552.00 for professional services rendered and $62.91 for costs and expenses incurred; and it is further

ORDERED, that payment may be made by the Trustee to CBCC of 100% of any and all fees and 100% of any and all expenses allowed hereby.