# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> Electric Last Mile Solutions, Inc., *et al.*, [1] <br><br> Debtors. | Chapter 7 <br><br> Case No. 22-10537 (MFW) <br> (Jointly Administered) <br><br> **Hearing Date: 11/20/24 at 2:00 p.m. (ET)** <br> **Objection Deadline: 11/13/24 at 4:00 p.m. (ET)** |

## NOTICE GRANTING FIRST INTERIM FEE APPLICATION OF CHIPMAN BROWN CICERO & COLE, LLP, ATTORNEYS FOR DAVID W. CARICKHOFF, CHAPTER 7 TRUSTEE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FEBRUARY 5, 2024 THROUGH SEPTEMBER 30, 2024

PLEASE TAKE NOTICE that Chipman Brown Cicero & Cole, LLP ("CBCC") has filed the *First Interim Fee Application of Chipman Brown Cicero & Cole, LLP, Attorneys for David W. Carickhoff, Chapter 7 Trustee for Compensation and Reimbursement of Expenses for the Period February 5, 2024 through September 30, 2024* (the "Fee Application"). By the Fee Application, CBCC seeks an interim allowance of fees in the amount of $38,552.00 and expenses in the amount of $62.91 for the period of February 5, 2024 through September 30, 2024.

PLEASE TAKE FURTHER NOTICE that any objections to the Fee Application must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"), on or before **November 13, 2024 by 4:00 p.m. (ET)** (the "Objection Deadline"). At the same time, you must also serve a copy of the response upon the undersigned counsel to the Trustee so that the response is received on or before the Objection Deadline.

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors are: Electric Last Mile Solutions, Inc. (8711) and Electric Last Mile, Inc. (0357).

PLEASE TAKE FURTHER NOTICE that if an objection is timely filed, a hearing on the Fee Application will be held on **November 20, 2024 at 2:00 p.m. (ET)** before the Honorable Mary F. Walrath, United States Bankruptcy Judge.

PLEASE TAKE FURTHER NOTICE that if no objection is timely filed in accordance with the procedures set forth above, the Bankruptcy Court may enter an order without further notice or hearing.

Dated:  October 28, 2024

/s/ *Alan M. Root*
Alan M. Root (No. 5427)
CHIPMAN BROWN CICERO & COLE, LLP
1313 N. Market Street, Suite 5400
Wilmington, DE 19801
Telephone: 302-434-4407
Facsimile: 302-295-0199
Email: root@chipmanbrown.com

*Counsel for the Chapter 7 Trustee*