**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| Electric Last Mile Solutions, Inc., *et al.*, [1] | Case No. 22-10537 (MFW) (Jointly Administered) |
| Debtors. | |

**CERTIFICATE OF SERVICE**

I, Alan M. Root, hereby certify that on October 28, 2024, I caused copies of the *First Interim Fee Application of Chipman Brown Cicero & Cole, LLP, Attorneys for David W. Carickhoff, Chapter 7 Trustee for Compensation and Reimbursement of Expenses for the Period February 5, 2024 through September 30, 2024* to be served via email upon all parties on the attached Service List.

Dated:  October 28, 2024

/s/ *Alan M. Root*
Alan M. Root (No. 5427)
CHIPMAN BROWN CICERO & COLE, LLP
1313 N. Market Street, Suite 5400
Wilmington, DE 19801
Telephone: 302-434-4407
Facsimile: 302-295-0199
Email: root@chipmanbrown.com

*Attorneys for the Chapter 7 Trustee*

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors are: Electric Last Mile Solutions, Inc. (8711) and Electric Last Mile, Inc. (0357).

## SERVICE LIST

**VIA EMAIL**

Linda J. Casey, Esquire
Office of the U.S. Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
Linda.Casey@usdoj.gov

Kara Hammond Coyle, Esquire
Young Conaway Stargatt & Taylor LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
bankfilings@ycst.com

Judith Greenstone Miller, Esquire
Jaffe Raitt Heuer & Weiss, P.C.
27777 Franklin Road, Suite 2500
Southfield, MI 48034
jmiller@jaffelaw.com

Mark T. Hurford, Esquire
A.M. Saccullo Legal, LLC
27 Crimson King Drive
Bear, DE 19701
Mark@saccullolegal.com

Carl L. Grumer, Esquire
Manatt, Phelps & Phillips, LLP
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
cgrumer@manatt.com

GianClaudio Finizio, Esquire
BAYARD, P.A.
600 North King Street, Suite 400
Wilmington, DE 19801
gfinizio@bayardlaw.com

Brendan G. Best, Esquire
Varnum LLP
160 West Fort Street, Fifth Floor
Detroit, MI 48226
bgbest@varnumlaw.com

Mark E. Felger, Esquire
Gregory F. Fischer, Esquire
Cozen O'Connor
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
mfelger@cozen.com
gfischer@cozen.com

Andrew J. Ehrlich, Esquire
Jacob A. Adlerstein, Esquire
Roberto Finzi, Esquire
Paul, Weiss, Rifkind,
Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
aehrlich@paulweiss.com
jadlerstein@paulweiss.com
rfinzi@paulweiss.com

Brian J. McLaughlin, Esquire
Offit Kurman, P.A.
222 Delaware Avenue, Suite 1105
Wilmington, DE 19801
brian.mclaughlin@offitkurman.com

Joseph T. Moldovan, Esquire
David J. Kozlowski, Esquire
Morrison Cohen LLP
909 Third Avenue, 27th Floor
New York, NY 10022
bankruptcy@morrisoncohen.com
dkozlowski@morrisoncohen.com

Geoffrey M. Johnson, Esquire
Scott+Scott Attorneys at Law LLP
12434 Cedar Road, Suite 12
Cleveland Heights, OH 44106
gjohnson@scott-scott.com

Scott R. Jacobsen, Esquire
The Helmsley Building
230 Park Avenue
17th Floor
New York, NY 10169
sjacobsen@scott-scott.com

Maxwell R. Huffman, Esquire
Joseph A. Pettigrew, Esquire
600 W. Broadway
Suite 3300
San Diego, CA 92101
mhuffman@scott-scott.com
jpettigrew@scott-scott.com

Michael K. Yarnoff. Esquire
The Kehoe Law Firm
Two Penn Center Plaza
1500 JFK Boulevard, Suite 1020
Philadelphia, PA 19102
myarnoff@kehoelawfirm.com

Gregory F. Laufer, Esquire
Paul, Weiss, Rifkind,
Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
glaufer@paulweiss.com