## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| Electric Last Mile Solutions, Inc.., *et al.* | Case No. 22-10537 (MFW) |
| Debtors. | (Jointly Administered) |

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 38 [CASE NO. 22-10538]

**PLEASE TAKE NOTICE** that Proof of Claim number 38 filed by SF Motors, Inc. on the claims register of Electric Last Mile Inc. (case no. 22-10538) is hereby withdrawn with prejudice.

Dated: February 11, 2025

SF MOTORS, INC.

By: /s/ *[signature]*

Name: Brendan G. Best, Esq.

Title: Authorized Attorney