# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| Electric Last Mile Solutions, Inc.., *et al.* | Case No. 22-10537 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Re: Dkt. No. 138** |

## REPORT OF SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS

David W. Carickhoff, the chapter 7 trustee (the "**Trustee**") for the estates (the "**Estates**") of the above-captioned debtors (the "**Debtors**"), reports, in accordance with Federal Rule of Bankruptcy Procedure 6004(f), that on October 13, 2022, the Court entered the *Order Pursuant to 11 U.S.C. §§ 105(a), 363, and 365 and Federal Rules of Bankruptcy Procedure 2002, 6004 and 6006 (I) Approving the Sale of Substantially All of the Debtors' Assets; (II) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief* [Dkt. No. 138] (the "**Sale Order**").[1]

The Trustee further reports that on November 30, 2022 (the "**Closing Date**"), the Trustee closed and consummated the sale approved by the Sale Order. On the Closing Date, pursuant to the terms and conditions of the Asset Purchase Agreement (as subsequently amended or modified, the "**Purchase Agreement**") by and between the Trustee and Mullen Automotive, Inc. (the "**Buyer**"), in exchange for the consideration set forth in the Purchase Agreement, the Trustee conveyed to the Buyer all of the Debtors' right, title and interest in and to the Acquired Assets (as more fully described in the Purchase Agreement).

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Sale Order.

Dated: March 11, 2025
Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ Alan M. Root*
Alan M. Root (No. 5427)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0192
Email: root@chipmanbrown.com

*Counsel for the Chapter 7 Trustee*