# EXHIBIT A

**(Time and Expense Detail)**

| Date | Professional | Activity | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 10.21.2024 | Michelle M. Dero | B110 Case Administration | Prepare agenda notice for October 23 hearing (.1); Finalize and file *Notice of Agenda of Matters Scheduled for Hearing on October 23, 2024* (.2); Email as-filed copy to L. Capp, Judge Walrath's chambers (.1); Effectuate email service of agenda notice (.1) | 0.50 | $300.00 | $150.00 |
| 10.21.2024 | Alan M. Root | B110 Case Administration | Review and approve certificate of no objection and hearing agenda; Communications with chambers regarding same | 0.30 | $525.00 | $157.50 |
| 10.22.2024 | Michelle M. Dero | B110 Case Administration | Prepare *amended* agenda notice canceling hearing (.2); Finalize and file *Notice of Amended Agenda of Matters Scheduled for Hearing on October 23, 2024* (.2); Effectuate email service of *amended* agenda notice (.1) | 0.50 | $300.00 | $150.00 |
| 10.22.2024 | Alan M. Root | B110 Case Administration | Communications with chambers regarding *amended* agenda; Review and approve *amended* agenda | 0.20 | $525.00 | $105.00 |
| 10.24.2024 | Alan M. Root | B110 Case Administration | Review and approve certificate of service for filing | 0.10 | $525.00 | $52.50 |
| 11.15.2024 | Michelle M. Dero | B110 Case Administration | Review email messages between A. Root and L. Capp, Judge Walrath's chambers, regarding canceling hearing (.1); Prepare agenda notice canceling November 20 hearing and certificate of service (.2); Finalize and file *Notice of Agenda of Matters Scheduled for Hearing on November 20, 2024* (.2); Effectuate email service of order and agenda notice (.1) | 0.60 | $300.00 | $180.00 |
| 11.15.2024 | Alan M. Root | B110 Case Administration | Review and approve certificate of no objection for filing; Communications with chambers regarding same | 0.20 | $525.00 | $105.00 |
| 11.15.2024 | Alan M. Root | B110 Case Administration | Review and comment on draft hearing agenda | 0.10 | $525.00 | $52.50 |
| 06.04.2025 | Alan M. Root | B110 Case Administration | Review proposal from stock transfer agent regarding equity distribution services (.3); Discuss with Trustee (.4) | 0.70 | $600.00 | $420.00 |
| 07.24.2025 | Alan M. Root | B110 Case Administration | Respond to inquiries from equity holders | 0.40 | $600.00 | $240.00 |
| 09.08.2025 | Alan M. Root | B110 Case Administration | Telephone call with counsel to equity holder | 0.30 | $600.00 | $180.00 |
| 09.17.2025 | Alan M. Root | B110 Case Administration | Telephone call with counsel to equity holder | 0.50 | $600.00 | $300.00 |
| | | | **B110 TOTAL:** | **4.50** | | **$2,152.50** |
| | | | | | | |
| 07.16.2025 | Alan M. Root | B130 Asset Disposition | Telephone call with Mullen regarding post-closing matters | 0.50 | $600.00 | $300.00 |
| | | | **B130 TOTAL:** | **0.50** | | **$300.00** |
| | | | | | | |
| 10.29.2024 | Alan M. Root | B150 Meetings of and Communications with Creditors | Field creditor inquiry | 0.30 | $525.00 | $157.50 |
| 11.11.2024 | Alan M. Root | B150 Meetings of and Communications with Creditors | Field creditor inquiry | 0.20 | $525.00 | $105.00 |
| 11.12.2024 | Alan M. Root | B150 Meetings of and Communications with Creditors | Field creditor inquiry | 0.20 | $525.00 | $105.00 |
| 11.13.2024 | Alan M. Root | B150 Meetings of and Communications with Creditors | Field creditor inquiry | 0.40 | $525.00 | $210.00 |
| 12.23.2024 | Alan M. Root | B150 Meetings of and Communications with Creditors | Field inquiry from creditor | 0.20 | $525.00 | $105.00 |
| 02.13.2025 | Alan M. Root | B150 Meetings of and Communications with Creditors | Respond to creditor inquiry | 0.20 | $600.00 | $120.00 |
| 04.11.2025 | Alan M. Root | B150 Meetings of and Communications with Creditors | Telephone call with equity holder regarding case status | 0.30 | $600.00 | $180.00 |
| 06.16.2025 | Alan M. Root | B150 Meetings of and Communications with Creditors | Respond to creditor inquiry | 0.10 | $600.00 | $60.00 |

| Date | Professional | Activity | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 07.02.2025 | Alan M. Root | B150 Meetings of and Communications with Creditors | Telephone call with shareholder and follow-up with Trustee | 0.50 | $600.00 | $300.00 |
| 08.18.2025 | Alan M. Root | B150 Meetings of and Communications with Creditors | Telephone call with counsel to creditor | 0.40 | $600.00 | $240.00 |
| 08.27.2025 | Alan M. Root | B150 Meetings of and Communications with Creditors | Telephone call with creditor | 0.30 | $600.00 | $180.00 |
| 09.04.2025 | Alan M. Root | B150 Meetings of and Communications with Creditors | Telephone call with counsel to creditor | 0.30 | $600.00 | $180.00 |
| | | | **B150 TOTAL:** | **3.40** | | **$1,942.50** |
| | | | | | | |
| 10.11.2024 | Rosanne DellAversano | B160 Fee/Employment Applications | Work on fee application | 0.20 | $250.00 | $50.00 |
| 10.14.2024 | Alan M. Root | B160 Fee/Employment Applications | Work on CBCC's fee application | 0.70 | $525.00 | $367.50 |
| 10.16.2024 | Rosanne DellAversano | B160 Fee/Employment Applications | Work on CBCC's fee application | 0.60 | $250.00 | $150.00 |
| 10.16.2024 | Rosanne DellAversano | B160 Fee/Employment Applications | Work on CBCC's fee application | 3.00 | $250.00 | $750.00 |
| 10.17.2024 | Rosanne DellAversano | B160 Fee/Employment Applications | Continue work on CBCC's fee application | 0.70 | $250.00 | $175.00 |
| 10.28.2024 | Renae M. Fusco | B160 Fee/Employment Applications | Edit and finalize CBCC's fee application; Emails regarding fee application; Efile; Prepare service | 1.40 | $300.00 | $420.00 |
| 10.28.2024 | Alan M. Root | B160 Fee/Employment Applications | Review and revise CBCC's interim fee application | 1.20 | $525.00 | $630.00 |
| 11.14.2024 | Michelle M. Dero | B160 Fee/Employment Applications | Review email message from A. Root regarding interim fee index and delivery to chambers (.1); Prepare interim fee index, add CBCC's first interim application and email virtual binder to L. Capp, Judge Walrath's chambers (.3) | 0.40 | $300.00 | $120.00 |
| 11.14.2024 | Alan M. Root | B160 Fee/Employment Applications | Communications with chambers regarding fee binder; Review and approve draft fee binder | 0.20 | $525.00 | $105.00 |
| 11.15.2024 | Michelle M. Dero | B160 Fee/Employment Applications | Review email message from A. Root regarding certificate of no objection and reply to same (.1); Finalize and file *Certificate of No Objection Regarding First Interim Application of Chipman Brown Cicero & Cole, LLP for February 5, 2024 Through September 30, 2024* (.2) and upload proposed order (.1); Retrieve as-entered order (.1) | 0.40 | $300.00 | $120.00 |
| | | | **B160 TOTAL:** | **8.80** | | **$2,887.50** |
| | | | | | | |
| 10.08.2024 | Alan M. Root | B190 Other Contested Matters (excluding assumption/rejection motions) | Communications with potential litigation target regarding extension to tolling agreement | 0.20 | $525.00 | $105.00 |
| 10.14.2024 | Alan M. Root | B190 Other Contested Matters (excluding assumption/rejection motions) | Research and draft amendment to tolling agreement | 0.60 | $525.00 | $315.00 |
| 10.21.2024 | Michelle M. Dero | B190 Other Contested Matters (excluding assumption/rejection motions) | Review email message from A. Root regarding 9019 motion objection status and hearing (.1); Prepare certificate of no objection regarding Glovis 9019 motion and update proposed order (.2); Finalize and file *Certificate of No Objection Regarding Chapter 7 Trustee's Motion for Order Approving Stipulation Between Chapter 7 Trustee and Glovis America, Inc*. (.2) and upload proposed order (.1) | 0.60 | $300.00 | $180.00 |
| 10.22.2024 | Michelle M. Dero | B190 Other Contested Matters (excluding assumption/rejection motions) | Retrieve Order Pursuant to Fed. R. Bankr. P. 9019 Approving Stipulation by and Between Chapter 7 Trustee and Glovis America Inc. | 0.10 | $300.00 | $30.00 |
| 10.24.2024 | Michelle M. Dero | B190 Other Contested Matters (excluding assumption/rejection motions) | Prepare certificate of service regarding 9019 order | 0.20 | $300.00 | $60.00 |
| 10.25.2024 | Michelle M. Dero | B190 Other Contested Matters (excluding assumption/rejection motions) | Finalize and file *Certificate of Service regarding Order Approving Stipulation Between Chapter 7 Trustee and Glovis America, Inc.* | 0.20 | $300.00 | $60.00 |

| Date | Professional | Activity | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 10.28.2024 | Alan M. Root | B190 Other Contested Matters (excluding assumption/rejection motions) | Communications with Glovis counsel regarding settlement payment | 0.20 | $525.00 | $105.00 |
| 11.07.2024 | Alan M. Root | B190 Other Contested Matters (excluding assumption/rejection motions) | Communications with Glovis and Trustee regarding settlement payment | 0.20 | $525.00 | $105.00 |
| 11.21.2024 | Alan M. Root | B190 Other Contested Matters (excluding assumption/rejection motions) | Communications with D&O counsel | 0.20 | $525.00 | $105.00 |
| 12.04.2024 | Alan M. Root | B190 Other Contested Matters (excluding assumption/rejection motions) | Draft amendment to tolling agreement | 0.60 | $525.00 | $315.00 |
| 01.23.2025 | Alan M. Root | B190 Other Contested Matters (excluding assumption/rejection motions) | Telephone call with D&O counsel; Follow-up with Trustee | 0.40 | $600.00 | $240.00 |
| 03.04.2025 | Alan M. Root | B190 Other Contested Matters (excluding assumption/rejection motions) | Telephone call with mediator on D&O claim issues | 0.40 | $600.00 | $240.00 |
| 03.10.2025 | Bryan Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Review and draft response to books and records demand | 0.40 | $575.00 | $230.00 |
| 03.10.2025 | Alan M. Root | B190 Other Contested Matters (excluding assumption/rejection motions) | Prepare for and attend D&O mediation (6.9); Meeting with Trustee after (.4) | 7.30 | $600.00 | $4,380.00 |
| 05.07.2025 | Alan M. Root | B190 Other Contested Matters (excluding assumption/rejection motions) | Communications with BDO's counsel and prepare *amended* tolling agreement | 0.50 | $600.00 | $300.00 |
| 06.09.2025 | Bryan Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Discuss case with Trustee and A. Root | 0.10 | $575.00 | $57.50 |
| 06.10.2025 | Alan M. Root | B190 Other Contested Matters (excluding assumption/rejection motions) | Telephone call with Luo counsel | 0.30 | $600.00 | $180.00 |
| 06.10.2025 | Alan M. Root | B190 Other Contested Matters (excluding assumption/rejection motions) | Communications with Trustee and mediator rgardinge D&O litigation | 0.20 | $600.00 | $120.00 |
| 06.10.2025 | Gregory E. Stuhlman | B190 Other Contested Matters (excluding assumption/rejection motions) | Emails regarding call with D&O mediator | 0.20 | $645.00 | $129.00 |
| 06.16.2025 | Alan M. Root | B190 Other Contested Matters (excluding assumption/rejection motions) | Draft and circulate tolling agreement amendment | 0.70 | $600.00 | $420.00 |
| 06.23.2025 | Alan M. Root | B190 Other Contested Matters (excluding assumption/rejection motions) | Review and markup document production stipulation with Mullen | 1.00 | $600.00 | $600.00 |
| 06.24.2025 | David W. Carickhoff | B190 Other Contested Matters (excluding assumption/rejection motions) | Review and provide comments to draft stipulation regarding Mullen subpoena issues | 0.40 | $795.00 | $318.00 |
| 06.27.2025 | Alan M. Root | B190 Other Contested Matters (excluding assumption/rejection motions) | Telephone call with mediator regarding D&O claims (.3); Follow-up with Trustee (.4) | 0.70 | $600.00 | $420.00 |
| 07.15.2025 | Alan M. Root | B190 Other Contested Matters (excluding assumption/rejection motions) | Telephone calls with D&O counsel and Plaintiff's counsel regarding mediation and discovery issues regarding shareholder class action | 0.80 | $600.00 | $480.00 |
| 07.24.2025 | Alan M. Root | B190 Other Contested Matters (excluding assumption/rejection motions) | Review revised stipulation regarding production of documents in Chancery Court litigation | 0.30 | $600.00 | $180.00 |
| 08.07.2025 | Alan M. Root | B190 Other Contested Matters (excluding assumption/rejection motions) | Communications with Trustee and G. Stuhlman regarding D&O mediation | 0.30 | $600.00 | $180.00 |
| 08.14.2025 | Samantha Callejas | B190 Other Contested Matters (excluding assumption/rejection motions) | Prepare for and attend call with G. Danilow; Meeting with Trustee and A. Root regarding D&O issues | 0.30 | $395.00 | $118.50 |

| Date | Professional | Activity | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 08.22.2025 | Alan M. Root | B190 Other Contested Matters (excluding assumption/rejection motions) | Review and approve stipulation regarding production of documents (.3); Communications with D&O mediator (.2) | 0.50 | $600.00 | $300.00 |
| 09.08.2025 | Bryan Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Telephone call with A. Root regarding Chancery Court litigation | 0.20 | $575.00 | $115.00 |
| 09.08.2025 | Alan M. Root | B190 Other Contested Matters (excluding assumption/rejection motions) | Telephone call with D&O counsel | 0.70 | $600.00 | $420.00 |
| 09.09.2025 | Alan M. Root | B190 Other Contested Matters (excluding assumption/rejection motions) | Further due diligence and research regarding recent filings in Chancery D&O litigation | 0.90 | $600.00 | $540.00 |
| 09.09.2025 | Alan M. Root | B190 Other Contested Matters (excluding assumption/rejection motions) | Communications with Luo counsel | 0.20 | $600.00 | $120.00 |
| 09.10.2025 | Alan M. Root | B190 Other Contested Matters (excluding assumption/rejection motions) | Telephone call with D&O counsel | 0.40 | $600.00 | $240.00 |
| 09.12.2025 | Alan M. Root | B190 Other Contested Matters (excluding assumption/rejection motions) | Prepare amendment to tolling agreement | 0.50 | $600.00 | $300.00 |
| | | | **B190 TOTAL:** | **21.30** | | **$12,405.50** |
| | | | | | | |
| 05.14.2024 | Alan M. Root | B310 Claims Administration and Objections | Communications with M. Dero regarding Randy Marion 9019 motion | 0.20 | $525.00 | $105.00 |
| 05.14.2024 | Alan M. Root | B310 Claims Administration and Objections | Analysis of claims identified by Trustee as potentially subject to objection (3.6); Communications with counsel to class action Plaintiff regarding filed proof of claim (.2); Prepare and file notice of withdrawal of class action claim (.2) | 4.00 | $525.00 | $2,100.00 |
| 10.25.2024 | David W. Carickhoff | B310 Claims Administration and Objections | Telephone call with A. Root regarding claim issues and related strategy | 0.40 | $720.00 | $288.00 |
| 10.25.2024 | Alan M. Root | B310 Claims Administration and Objections | Telephone call with D. Carickhoff on issues (.4); Prepare for and attend call with D&O counsel (.7) | 1.10 | $525.00 | $577.50 |
| 11.15.2024 | Alan M. Root | B310 Claims Administration and Objections | Telephone call with SF Motors' counsel regarding unliquidated claim | 0.30 | $525.00 | $157.50 |
| 02.10.2025 | Alan M. Root | B310 Claims Administration and Objections | Communications with SF Motors regarding withdrawal of unliquidated claim (.3); Draft notice of withdrawal (.2) | 0.50 | $600.00 | $300.00 |
| 02.11.2025 | Alan M. Root | B310 Claims Administration and Objections | Finalize SF Motors claim withdrawal | 0.20 | $600.00 | $120.00 |
| 02.12.2025 | Michelle M. Dero | B310 Claims Administration and Objections | Finalize and file *Notice of Withdrawal of Proof of Claim No. 38* | 0.20 | $350.00 | $70.00 |
| 02.28.2025 | Alan M. Root | B310 Claims Administration and Objections | Discuss claims mediation with Trustee; Follow up with claimants | 0.60 | $600.00 | $360.00 |
| 05.13.2025 | Alan M. Root | B310 Claims Administration and Objections | Communications with G. Stuhlman regarding analysis of D&O indemnification claims | 0.20 | $600.00 | $120.00 |
| 05.14.2025 | Gregory E. Stuhlman | B310 Claims Administration and Objections | Confer with A. Root regarding indemnification issues; Review proofs of claim filed by directors; Review motion to dismiss filed by founders and Court's decision regarding same; Review of docket | 4.90 | $645.00 | $3,160.50 |
| 05.14.2025 | Alan M. Root | B310 Claims Administration and Objections | Meeting with G. Stuhlman regarding D&O indemnification claim analysis (.4); Review and circulate indemnification agreements (.3) | 0.70 | $600.00 | $420.00 |
| 05.15.2025 | Gregory E. Stuhlman | B310 Claims Administration and Objections | Review of docket and pleadings in Chancery action; Review indemnification agreements of directors and officers; Emails regarding bylaws and domestication of company in Delaware and adoption of new bylaws or charter | 7.10 | $645.00 | $4,579.50 |
| 05.16.2025 | Gregory E. Stuhlman | B310 Claims Administration and Objections | Review merger agreement to determine continued indemnification obligations if any; Further review of indemnification agreements; Begin legal research regarding MultiPlan-style claims in de-SPAC transactions; Research regarding DGCL Section 145 and MultiPlan-style claims; Emails regarding same | 5.50 | $645.00 | $3,547.50 |
| 05.21.2025 | Gregory E. Stuhlman | B310 Claims Administration and Objections | Continue review of docket and complaint; Compile notes of review | 2.10 | $645.00 | $1,354.50 |

| Date | Professional | Activity | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 05.22.2025 | Gregory E. Stuhlman | B310 Claims Administration and Objections | Review merger agreement; Confer with D. Carickhoff and A. Root regarding indemnification issues | 1.00 | $645.00 | $645.00 |
| 05.22.2025 | Alan M. Root | B310 Claims Administration and Objections | Meeting with Trustee and G. Stuhlman regarding D&O indemnification claims (.6); Follow-up with D&O counsel (.2) | 0.80 | $600.00 | $480.00 |
| 05.29.2025 | Alan M. Root | B310 Claims Administration and Objections | Telephone call with stock transfer agent regarding equity distribution procedures; Follow-up with Trustee | 0.50 | $600.00 | $300.00 |
| 05.29.2025 | Alan M. Root | B310 Claims Administration and Objections | Communications with D&O counsel and G. Stuhlman regarding indemnification claims | 0.20 | $600.00 | $120.00 |
| 06.05.2025 | Alan M. Root | B310 Claims Administration and Objections | Communications with D&O Counsel; Follow-up with G. Stuhlman regarding indemnification claims | 0.20 | $600.00 | $120.00 |
| 06.06.2025 | Alan M. Root | B310 Claims Administration and Objections | Meeting with Trustee and G. Stuhlman regarding D&O indemnification claims (.5); Follow-up with D&O counsel (.2) | 0.70 | $600.00 | $420.00 |
| 06.06.2025 | Gregory E. Stuhlman | B310 Claims Administration and Objections | Telephone call with D. Carickhoff and A. Root regarding indemnity analysis | 0.50 | $645.00 | $322.50 |
| 06.10.2025 | Alan M. Root | B310 Claims Administration and Objections | Telephone call with counsel to former employee regarding claims (.6); Follow-up with Trustee (.3) | 0.90 | $600.00 | $540.00 |
| 06.12.2025 | Alan M. Root | B310 Claims Administration and Objections | Further call with former employee counsel regarding claims | 0.20 | $600.00 | $120.00 |
| 06.18.2025 | Alan M. Root | B310 Claims Administration and Objections | Review letter from Randy Marion on claim settlement and potential amendment; Follow-up email to Randy Marion's counsel | 0.60 | $600.00 | $360.00 |
| 06.27.2025 | David W. Carickhoff | B310 Claims Administration and Objections | Telephone call with G. Stuhlman, A. Root and mediator regarding indemnification claims | 0.30 | $795.00 | $238.50 |
| 06.27.2025 | Gregory E. Stuhlman | B310 Claims Administration and Objections | Review notes from D&O claim review (.5); Telephone call with mediator (.3) | 0.80 | $645.00 | $516.00 |
| 07.04.2025 | Alan M. Root | B310 Claims Administration and Objections | Communications with Trustee regarding potential claim objections | 0.50 | $600.00 | $300.00 |
| 07.09.2025 | Alison R. Maser | B310 Claims Administration and Objections | Communications with D. Carickhoff regarding case background and claims research | 0.20 | $400.00 | $80.00 |
| 07.14.2025 | Alison R. Maser | B310 Claims Administration and Objections | Conduct claims research as requested by Trustee | 2.00 | $400.00 | $800.00 |
| 08.04.2025 | Alan M. Root | B310 Claims Administration and Objections | Research regarding claims identified by Trustee as potentially subject to objection | 2.30 | $600.00 | $1,380.00 |
| 08.05.2025 | Alan M. Root | B310 Claims Administration and Objections | Communications with mediator and internally regarding D&O claims | 0.20 | $600.00 | $120.00 |
| 08.05.2025 | Alan M. Root | B310 Claims Administration and Objections | Continue research on potential claim objections | 2.60 | $600.00 | $1,560.00 |
| 08.12.2025 | Alan M. Root | B310 Claims Administration and Objections | Prepare for and atttend call with mediator on D&O claims (.9); Follow up with Trustee and G. Stuhlman after call (.4) | 1.30 | $600.00 | $780.00 |
| 08.12.2025 | Gregory E. Stuhlman | B310 Claims Administration and Objections | Prepare for and attend call with mediator (1.0); Follow-up meeting with Trustee and A. Root regarding D&O issues (.4) | 1.40 | $645.00 | $903.00 |
| 08.14.2025 | Samantha Callejas | B310 Claims Administration and Objections | Research regarding D&O claim issues | 0.30 | $395.00 | $118.50 |
| 08.15.2025 | Samantha Callejas | B310 Claims Administration and Objections | Continue research regading D&O claim issues | 2.00 | $395.00 | $790.00 |
| 08.15.2025 | Gregory E. Stuhlman | B310 Claims Administration and Objections | Review research regarding D&O claim issues | 0.30 | $645.00 | $193.50 |
| 08.18.2025 | Alan M. Root | B310 Claims Administration and Objections | Review summary of research on recent D&O claim issues | 0.50 | $600.00 | $300.00 |
| 08.21.2025 | Alan M. Root | B310 Claims Administration and Objections | Telephone call with D&O claim mediator | 0.30 | $600.00 | $180.00 |
| 09.15.2025 | Alan M. Root | B310 Claims Administration and Objections | Work on potential claim objections | 1.10 | $600.00 | $660.00 |
| 09.19.2025 | Alan M. Root | B310 Claims Administration and Objections | Research regarding potential claim objections | 2.80 | $600.00 | $1,680.00 |
| | | | **B310 TOTAL:** | **47.50** | | **$28,566.00** |

| Date | Professional | Activity | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | **TOTAL FEES FOR OCTOBER 1, 2024 THROUGH SEPTEMBER 30, 2025:** | **86.00** | | **$48,254.00** |

| Date | Activity | Description | Expense |
|---|---|---|---|
| 10.10.2024 | E106 Online Research | PACER (07.01.2024 to 09.30.2024) | $1.20 |
| 01.09.2025 | E106 Online Research | PACER (10.01.2024 to 12.31.2024) | $1.30 |
| 09.29.2025 | E106 Online Research | PACER (04.01.2025 to 06.30.2025 | $1.00 |
| | | **E106 TOTAL:** | **$3.50** |
| | | | |
| 06.03.2025 | E107 Delivery Services/Messengers | FedEx Shipping (Invoice No. 8-881-94661) | $36.82 |
| | | **E107 TOTAL:** | **$36.82** |
| | | | |
| 11.20.2024 | E108 Postage | In-House Postage | $14.85 |
| 07.01.2025 | E108 Postage | In-House Postage (Certified Mail and First Class Mail) | $13.77 |
| | | **E108 TOTAL:** | **$28.62** |
| | | | |
| | | | |
| | **TOTAL EXPENSES FOR OCTOBER 1, 2024 THROUGH SEPTEMBER 30, 2025:** | | **$68.94** |