IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| Electric Last Mile Solutions, Inc., *et al.*, [1] | Case No. 22-10537 (MFW) |
| Debtor. | (Jointly Administered) |
| | **Related Docket No. 271** |

**CERTIFICATE OF NO OBJECTION REGARDING APPLICATION
OF GIULIANO MILLER AND COMPANY LLC FOR ALLOWANCE OF SECOND
INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS
ACCOUNTANTS AND FINANCIAL ADVISORS TO THE TRUSTEE
FOR THE PERIOD JANUARY 1, 2023 THROUGH SEPTEMBER 30, 2025**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection, or other responsive pleading to the relief requested in the *Application of Giuliano Miller and Company LLC for Allowance of Second Interim Compensation and Reimbursement of Expenses as Accountants and Financial Advisors to the Trustee for the Period January 1, 2023 Through September 30, 2025* [Docket No. 271] (the "**Application**") filed on November 6, 2025. Pursuant to the notice of Application, objections to the Motion were to be filed and served no later than November 20, 2025, at 4:00 p.m. (Eastern Time). The undersigned further certifies that a review of the Court's docket in these cases reflects that no answer, objection, or other responsive pleading to the relief requested in the Application has been filed.

**WHEREFORE**, the undersigned respectfully requests that the Court enter the form of order attached to the Application, at the Court's earliest convenience.

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors are: Electric Last Mile Solutions, Inc. (8711) and Electric Last Mile, Inc. (0357).

| | |
|---|---|
| Dated: November 21, 2025<br>Wilmington, Delaware | **CHIPMAN BROWN CICERO & COLE, LLP**<br><br>*/s/ Alan M. Root*<br>Alan M. Root (No. 5427)<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br>Telephone: (302) 295-0191<br>Email:  root@chipmanbrown.com<br><br>*Counsel for the Chapter 7 Trustee* |

4897-5648-1403, v. 1